Exhibit C



# NATIONAL ABORTION FEDERATION

## CONFIDENTIALITY AGREEMENT FOR NAF ANNUAL MEETING
## APRIL 5 – 8, 2014

It is NAF policy that all people attending its conferences (Attendees) sign this confidentiality agreement. The terms of attendance are as follows:

**1. Videotaping or Other Recording Prohibited:** Attendees are prohibited from making video, audio, photographic, or other recordings of the meetings or discussions at this conference.

**2. Use of NAF Conference Information:** NAF Conference Information includes all information distributed or otherwise made available at this conference by NAF or any conference participants through all written materials, discussions, workshops, or other means. NAF Conference Information is provided to Attendees to help enhance the quality and safety of services provided by NAF members and other participants. Attendees may not use NAF Conference Information in any manner inconsistent with these purposes.

**3. Disclosure of NAF Materials to Third Parties:** Attendees may not disclose any NAF Conference Information to third parties without first obtaining NAF's express written consent, which will not be unreasonably withheld. An Attendee may distribute NAF Conference Information to the Attendee's employees without written consent, provided that the Attendee instructs each such employee concerning the Attendee's obligations under this Agreement. Attendees are responsible for ensuring that any third party (including employees) to whom it discloses NAF Conference Information complies with the terms of this Agreement, and are subject to enforcement, as described below, if any such third party (including employees) fails to comply.

**4. Requests for disclosure of NAF Conference Information:** Upon learning that NAF Conference Materials are or are likely to become the subject of a discovery request in a judicial, legislative, administrative, or other legal proceeding or investigation, Attendees must: (a) immediately notify NAF, (b) cooperate with NAF (if NAF so requests) in taking all lawful steps to resist or narrow the request or requirement, and (c) if disclosure is required or deemed advisable by NAF, cooperate with NAF in obtaining a protective order or other reliable assurance that the NAF Conference Information will receive confidential treatment.

**5. Inadvertent Disclosure of NAF Conference Information:** In the event that an Attendee discovers that he or she has inadvertently disclosed any NAF Conference Information to any third party without having first obtained NAF's express written permission, the Attendee must immediately notify NAF and shall cooperate with NAF in retrieving the NAF Conference Information or taking other reasonable steps to prevent further unauthorized disclosure.

**6. Enforcement:** NAF reserves the right to terminate the membership (where applicable) of any Attendee found to violate this agreement and/or take legal action to seek redress for any violations of this Agreement.

By signing below, you hereby agree to comply with all of the terms of this Agreement:

_Susan Thompson_ _____ _[signature]_ _____ 4/5/14
Name (Please print clearly.)    Signature                      Date

_Bio Max_ _____ CEO _____
Name of Organization             Professional Title