LINDA E. SHOSTAK (CA SBN 64599)
LShostak@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
CHRISTOPHER L. ROBINSON (CA SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
NATIONAL ABORTION FEDERATION (NAF)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 |
| Plaintiff, | Judge: |
| v. | **DECLARATION OF DEREK F.** |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | **FORAN IN SUPPORT OF NATIONAL ABORTION FEDERATION (NAF)'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| Defendants. | |

I, DEREK F. FORAN, declare as follows:

1. I am a partner with the law firm of Morrison & Foerster LLP, attorneys of record in this action for Plaintiff National Abortion Federation (NAF). I submit this declaration in support of Plaintiff National Abortion Federation (NAF)'s concurrently filed *Ex Parte* Motion for a Temporary Restraining Order and for other relief. Except where expressly stated on information and belief, I have personal knowledge of the matters set forth below, and if called as a witness I could and would testify competently as follows:

**Notice of Application of Ex Parte Temporary Restraining Order**

2. On July 30, 2015, at about 10:02 p.m., I caused a letter to be sent via email to Catherine Short (lldfojai@earthlink.net), who is the attorney identified as the registered agent for service of process for The Center for Medical Progress (CMP) on the California Secretary of State website. I caused the same letter to be sent via the same email to Paul N. Jonna, Esq. (pjonna@ConscienceDefense.org), who I understand made a special appearance on behalf of CMP in response to an application for a temporary restraining order filed in the matter titled *StemExpress, LLC et al. versus The Center for Medical Progress et al.* (Jul. 28, 2015), Case No. BC589145, in the Superior Court of the State of California, County of Los Angeles, Central District. I caused the same letter to be sent via the same email to email addresses associated with Biomax Procurement Services LLC (info@biomaxps.com), David Daleiden (david@centerformedicalprogress.org), and Troy Newman (info.operationrescue@gmail.com). Attached as Exhibit 1 hereto is a true and correct copy of letter that I caused to be sent via email to these persons.

3. The letter notified CMP, Biomax, Daleiden and Newman ("Defendants") that NAF would be filing an application on July 31, 2015, in the United States District Court for the Northern District of California, San Francisco, for an *ex parte* temporary restraining order, order to show cause, preliminary injunction, and expedited discovery. The letter also stated that NAF would be seeking a hearing on its application for that same day, and asked whether the Defendants intended to appear at the hearing and/or oppose NAF's application.

4. As of the time of filing, Defendants have not responded to the letter.

5.     I asked an associate working under my direction, Christopher Robinson, to try to make contact with the Defendants by telephone on the morning of July 31, 2015, and prepare a declaration to be filed separately in support of this motion describing his activities.

**Exhibits**

6.     Attached as Exhibit 2 hereto is a true and correct copy of a table from the *National Abortion Federation* entitled "NAF Violence and Disruption Statistics" covering 1977-2014. This document was obtained by downloading it from the NAF website, at: http://prochoice.org/ education-and-advocacy/violence/violence-statistics-and-history/

7.     Attached as Exhibit 3 hereto is a true and correct copy of an article from the *New York Times* entitled "Abortion Doctor Shot to Death in Kansas Church" by Joe Stumpe and Monica Davey, dated May 31, 2009.  This document was obtained by downloading it from *The New York Times'* website, at: http://www.nytimes.com/2009/06/01/us/01tiller.html? pagewanted=all.

8.     Attached as Exhibit 4 hereto is a true and correct copy of an article from the *Guardian* entitled "For years anti-abortionists tried to stop Doctor Tiller. Finally a bullet did" by Ed Pilkington, dated June 1, 2009.  This document was obtained by downloading it from the *Guardian* website, at: http://www.theguardian.com/world/2009/jun/01/us-doctor-tiller-killing-abortions.

9.     Attached as Exhibit 5 hereto is (on information and belief) a true and correct copy of Biomax's "NAF Application and Agreement for Exhibit Space," "Exhibit Rules and Regulations", and NAF "Annual Meeting Registration Form" for the NAF Annual meeting held in San Francisco, CA, between April 5-8, 2014, with all personal and credit card information redacted.   The Application and Agreement for Exhibit Space lists "Brianna Allen" (Procurement Assistant), "Susan Tennenbaum" (CEO), and "Robert Sarkis" (VP of Operations).   The NAF "Exhibit Rules and Regulations" is signed by "Susan Tennenbaum" (CEO) representing Biomax Procurement Services, dated February 5, 2014.  The Annual Meeting Registration Form is signed by Phil Cronin.  The names and contact information of NAF staff have been redacted for their protection.

10. Attached as Exhibit 6 hereto are (on information and belief) true and correct copies of Confidentiality Agreements for NAF Annual Meeting signed by "Brianna Allen" (representing Biomax), "Susan Tennebaum" (CEO of Biomax), and "Robert Sarkis" (Procurement Manager of Biomax/VP of Operations) dated April 5, 2014. The signature is dated April 5, 2013; the confidentiality agreement states that it is a 2014 document on its face.

11. Attached as Exhibit 7 hereto is a true and correct copy of the Biomax Company page as it appeared on July 8, 2015. This document was obtained by downloading it from http://webcache.googleusercontent.com/search?q=cache:SxAA3Tk6xS0J:www.biomaxps.com/company/+&cd=2&hl=en&ct=clnk&gl=us.

12. Attached as Exhibit 8 hereto is a true and correct copy of the Biomax website accessed July 30, 2015. This document was obtained by downloading it from www.biomaxps.com.

13. Attached as Exhibit 9 hereto is a true and correct copy of a transcript from a July 15, 2015, *The O'Reilly Factor* television program. This transcript was downloaded from Lexis Nexis.

14. Attached as Exhibit 10 hereto is (on information and belief) a true and correct copy of an email exchange that took place between December 2013 and March 2014 between Jennifer A. Hart (Director of Training and Education for NAF), Nichelle Davis, and "Brianna Allen." "Brianna Allen" is a representative of Biomax and copies "Susan Tennenbaum" and "Robert Sarkis." The names and contact information of NAF staff have been redacted for their protection.

15. Attached as Exhibit 11 hereto is (on information and belief) a true and correct copy of an email exchange of an email exchange that took place in 2015 between "Brianna Allen" and Nichelle Davis. "Brianna Allen" is a representative of Biomax and copies "Susan Tennenbaum" and "Robert Sarkis." Biomax's "NAF Application and Agreement for Exhibit Space" with a deadline of February 23, 2015, with Biomax representatives listed as "Susan Tennenbaum" (CEO), "Robert Sarkis" (Procurement Manager), "Adrian Lopez" (Procurement Technician). Also attached are (on information and belief) true and correct copies of the NAF

"Exhibit Rules and Regulations" signed by "Susan Tennenbaum" (CEO) of Biomax and dated March 25, 2015", and the NAF Annual Meeting Registration Form signed by "Rebecca Wagner" representing Biomax, with all personal and credit card information redacted.  The names and contact information of NAF staff have been redacted for their protection.

16.     Attached as Exhibit 12 hereto is (on information and belief) a true and correct copy of Biomax's "NAF Application and Agreement for Exhibit Space" with a deadline of February 23, 2015, with Biomax representatives listed as "Susan Tennenbaum" (CEO), "Robert Sarkis" (Procurement Manager), "Adrian Lopez" (Procurement Technician).  Also attached are (on information and belief) true and correct copies of the NAF  "Exhibit Rules and Regulations" signed by "Susan Tennenbaum" (CEO) of Biomax and dated March 25, 2015", and the NAF Annual Meeting Registration Form signed by "Rebecca Wagner" representing Biomax, with all personal and credit card information redacted.  The names and contact information of NAF staff have been redacted for their protection.

17.     On information and belief, attached as Exhibit 13 is a photocopy of a driver's license purporting to be for "Robert Daoud Sarkis."  Also on information and belief, Exhibit 13 also contains a photocopy of an identification purportedly belonging to "Susan Sarah Tennenbaum."

18.     On information and belief, Exhibit 14 contains photos taken by NAF staff during an annual NAF conference.

19.     Attached as Exhibit 15 hereto are (on information and belief) true and correct copies of documents that purport to be the Biomax business cards of "Susan Tennenbaum" (Founder and CEO), "Robert Daoud Sarkis" (Procurement Manager/VP Operations), and "Brianna Allen" (Procurement Assistant).

20.     Attached as Exhibit 16 hereto is (on information and belief) a true and correct copy of a Confidentiality Agreement for an NAF Annual Meeting signed by "Adrian Lopez" (Biomax Procurement Tech), dated April 18, 2015.

21.     Attached as Exhibit 17 hereto is a true and correct copy of an article from the *New York Times* entitled "With Planned Parenthood videos, Activist Ignites Abortion Issue" by Jackie

Clames, dated July 21, 2015.  This document was obtained by downloading it from the *New York Times*' website, at: http://www.nytimes.com/2015/07/22/us/with-planned-parenthood-videos-activist-ignites-abortion-issue.html?_r=0.

22.    Attached as Exhibit 18 hereto is a true and correct copy of a transcript of a video released by the Center for Medical Progress on July 14, 2015.  This document was obtained by downloading it from the Center for Medical Progress website, at: http://www.centerformedical progress.org/wp-content/uploads/2015/05/PPFAtranscript072514_final.pdf.

23.    Attached as Exhibit 19 hereto is a true and correct copy of an article from *The Last Refuge* entitled "Yet Another Disturbing 'For Profit' Planned Parenthood Baby Harvest Video Surfaces" by "sundance" dated July 21, 2015.  This document was obtained by downloading it from *TheConservativeTreeHouse* website, at: http://theconservativetreehouse.com/2015/07/21/yet-another-disturbing-for-profit-planned-parenthood-baby-harvest-video-surfaces/.

24.    Attached as Exhibit 20 hereto is a true and correct copy of an article from *LifeNews.com* entitled "Planned Parenthood Doc Deletes Twitter Account After Exposed Selling Aborted Baby Body Parts" by Steven Ertelt, dated July 14, 2015.  This document was obtained by downloading it from LifeNews.com, at: http://www.lifenews.com/2015/07/14/planned-parenthood-doc-deletes-twitter-account-after-exposed-selling-aborted-baby-body-parts/.

25.    Attached as Exhibit 21 hereto is a true and correct copy of an article from *Heavy* entitled "Dr. Deborah Nucatola: 5 Fast Facts You need to Know" by Paul Farrell, dated July 14, 2015.  This document was obtained by downloading it from Heavy.com, at: http://heavy.com/news/2015/07/deborah-nucatola-planned-parenthood-doctor-center-for-medical-progress/.

26.    Attached as Exhibit 22 hereto is a true and correct copy of a transcript of a video released by the Center for Medical Progress on July 21, 2015.  This document was obtained by downloading it from the Center for Medical Progress website, at: http://www.centerformedical progress.org/wp-content/uploads/2015/05/PPFA020615_transcript.pdf.

27.    Attached as Exhibit 23 hereto is a true and correct copy of a Temporary Restraining Order, Order To Show Cause Re: Preliminary Injunction, and Expedited Discovery Order granted July 28, 2015 by Hon. Joanne O'Donnell of the Los Angeles County Superior

Court in Case No. BC589145, *StemExpress, LLC, and Catherine Dyer v. The Center For Medical Progress, Biomax Procurement Services, LLC, David Daleiden (aka "Robert Sarkis"), Doe 1 (aka "Susan Tennenbaum"), and Does 2 through 100, inclusive.*

28.     Attached as Exhibit 24 hereto is a true and correct copy of an article from *LifeNews.com* entitled "A Dozen Very 'Shocking' Videos of Planned Parenthood Selling Aborted Babies Still to Come" by Steven Ertelt, dated July 24, 2015.  This document was obtained by downloading it from LifeNews.com, at: http://www.lifenews.com/2015/07/24/a-dozen-very-shocking-videos-of-planned-parenthood-selling-aborted-babies-still-to-come/.

29.     Attached as Exhibit 25 hereto is a true and correct copy of a transcript from a July 22, 2015 *Hannity* television program.  This transcript was downloaded from Lexis Nexis.

30.     Attached as Exhibit 26 hereto is a true and correct copy of a press release from The Center for Medical Progress entitled "Human Capital – Episode 1: Planned Parenthood's Black Market in Baby Parts" dated July 28, 2015.  This document was obtained by downloading it from The Center for Medical Progress' website, at: http://www.centerformedicalprogress. org/2015/07/human-capital-episode-1/.

31.     Attached as Exhibit 27 hereto is a true and correct copy of a press release from the Center for Medical Progress entitled "Planned Parenthood VP says Fetuses May Come Out Intact, Agrees Payments Specific to the Specimen" dated July 30, 2015.  This document was obtained by downloading it from The Center for Medical Progress website, at: http://www.centerformedical progress.org/2015/07/planned-parenthood-vp-says-fetuses-may-come-out-intact-agrees-payments-specific-to-the-specimen/.

32.     Attached as Exhibit 28 hereto is a true and correct copy of a press release from The Center for Medical Progress entitled "CMP Statement on Planned Parenthood's Refusal to Produce Senior Director of Medical Services for House Committee" dated July 20, 2015.  This document was obtained by downloading it from The Center for Medical Progress' website, at: http://www.centerformedicalprogress.org/2015/07/cmp-statement-on-planned-parenthoods-refusal-to-produce-senior-director-of-medical-services-for-house-committee/.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 31st day of July, 2015 at San Francisco, California.

_/s/ Derek F. Foran_
DEREK F. FORAN