Exhibit 19

About these ads

# The Last Refuge

*Rag Tag Bunch of Conservative Misfits – Contact Info: TheLastRefuge@reagan.com*



Home    About Us    Twittering in the Treehouse

← Epic Broadcast Presentation by Tomi Lahren…

Donald Trump In South Carolina Today – Responds To Senator Lindsey Graham Smear… →

About these ads

## Yet Another Disturbing "For Profit" Planned Parenthood Baby Harvest Video Surfaces…

Posted on July 21, 2015 by sundance

The Center for Medical Progress has released another video of Planned Parenthood Federation of America's Medical Directors' Council President Mary Gatter seemingly haggling over the price of fetal tissue. "What would you expect for intact tissue?" an undercover actor asks her.



Second Planned Parenthood Senior Executive Haggles Over Baby Parts Prices, Change

Buyer: If you lowball, I'll act pleasantly surprised and you'll know it's a lowball.

ADVERTISEMENT



Share ✦

skip ▸▸

"Well, why don't you start by telling me what you're used to paying," Gatter says. "…You know, in negotiations whoever throws out the figure first is at a loss, right?"

"What I want to know is, what would work for you? Don't lowball it, tell me—"



**Prayer Requests**

**Contact E-Mail**
- TheLastRefuge@reagan.com

**Support The Treehouse**

[Donate]

**Follow the Last Refuge Blog**
RSS - Posts

[            ] [Search]

**Choose A Topic**
Select Category

"$75 a specimen," Gatter cuts across.

Later in the discussion, she says that she wants a higher price if it turns out Planned Parenthood's California affiliates are getting more. "Let me just figure out what others are getting, and if this is in the ballpark, then it's fine, if it's still low, then we can bump it up. I want a Lamborghini!" Gatter joked.

"What did you just say?" the actor asked.

"I said I want a Lamborghini!" she repeated.

Throughout the video, Gatter constantly clarifies that Planned Parenthood is not in it for the money. "You know the money is not the important thing for me," she says after the Lamborghini crack. "But it has to be big enough that it's worthwhile for me."

The Center for Medical Progress also alleges that the video shows that Planned Parenthood alters its abortion procedures to ensure preserving organs, which is against federal law. In fact, Gatter seems aware that doing so would be unethical, but tells the actors she'll try anyways.

"If our usual technique is suction at 10 to 12 weeks, and we switch to using an IPAS [a brand of manual vacuum aspirator] or something with less suction to increase the odds that it will come out as an intact specimen, then we're kind of violating that protocal that says to the patient, 'We're not doing anything different in our care of you,'" she warns at first. (link)

About these ads



### Share this:

- ✉ Email
- f Facebook 13
- 🐦 Twitter 60
- 📌 Pinterest
- 8+ Google
- 📑 Reddit
- t Tumblr
- ➤ More

★ Like   

One blogger likes this.

### Related

**Yet Another Planned Parenthood Clinic exposed... This time in Virginia...**
With 9 comments

**Lefties' Growing Rabid Video Propaganda.... Now Produces Videos with Kids Demanding Right to Sex.**
With 4 comments

**Third Planned Parenthood Video Released - "Human Capital"...**
In "Choose Life"

This entry was posted in Conspiracy ?, Death Threats, media bias, Notorious Liars, Occupy Type Moonbats, Professional Idiots, propaganda, Typical Prog Behavior, Uncategorized. Bookmark the permalink.

← Epic Broadcast Presentation by Tomi Lahren...

Donald Trump In South Carolina Today – Responds To Senator Lindsey Graham Smear... →

## 102 Responses to *Yet Another Disturbing "For Profit" Planned Parenthood Baby Harvest Video Surfaces...*

 **Mr. Izz** *says:*
July 21, 2015 at 3:22 pm

The brazen way in which these individuals talk about this is incredible. To them, it's nothing. It's just a money-making process, and they are happy to do it. In fact,

---

### Recent Comments

 chiavarm on **Undeterred – Despite Jud...**

 Lea on **Oh My – Local News Stati...**

 belle on **Bumper Sticker Of The Day...**

 oldladyguy on **Thursday Open Thread – J...**

 JohnP on **Thursday Open Thread – J...**

 keebler AC on **BOOM! Shock Poll: Donald Trump...**

 auscitizenmom on **Fear and Fascism – Calif...**

 revbacon on **Undeterred – Despite Jud...**

keebler AC on **New National Poll Shows Trump...**

 1hearzlearn on **New National Poll Shows Trump...**

 chiavarm on **Undeterred – Despite Jud...**

MaryfromMarin on **Undeterred – Despite Jud...**

tyrannocankles on **Oh My – Local News Stati...**

MaryfromMarin on **Undeterred – Despite Jud...**

letjusticeprevail201... on **New National Poll Shows Trump...**

### Recent Posts

- **Bumper Sticker Of The Day...**
- **Leader of President Obama's Anti-ISIS Strategy Kidnapped in Syria....**
- **New National Poll Shows Trump Dominating – One Week Prior To First GOP Debate... (Full Poll Data Included)**
- **Undeterred – Despite Judicial Threat CMP Releases Planned Parenthood Investigative Video #4...**
- **Oh My – Local News Station Reports On Hillary's Appearance – The Bloom Is Off The Ruse....**

### Now Available at Amazon



### July 2015

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

« Jun

### Historical Campfire Conversations

Select Month ▾

### Follow us on Twitter!

- Bumper Sticker Of The Day...
theconservativetreehouse.com/20
15/07/30/bum...
http://t.co/SL1QYEY4Bw
2 hours ago
- Leader of President Obama's Anti-ISIS Strategy Kidnapped in Syria....
theconservativetreehouse.com/20

it's nothing. It's just a money making process, and they are happy to do it. In fact, they want to do it!

Are we to assume from the Lamborghini remark that if a lot of these babies are preserved for their bodies and sell well, that this woman gets rewarded?

★ Liked by 3 people

Reply

 **MaryfromMarin** *says:*
July 21, 2015 at 6:44 pm

Sort of like Mary Kay for baby butchers?

[NB: no putdown of Mary Kay intended whatsoever]

★ Like

Reply

 **BigMamaTEA** *says:*
July 22, 2015 at 12:21 am

Yes, with higher bonuses for more valuable parts.

http://www.centerformedicalprogress.org/wp-content/uploads/2015/05/FAX_20130110_1357862283_45.pdf

AND-

StemExpress also gives bonus to technicians in clinic- per organ/skin

http://www.centerformedicalprogress.org/wp-content/uploads/2015/05/PT-Comp-Policy-Effective-20130101.pdf

This is a Procurement Log of baby parts harvested from Planned Parenthood Mar Monte's flagship abortion clinic in San Jose, CA, (one day/ 9 specimens were harvested from 8 different fetuses by StemExpress. At the time, StemExpress paid Planned Parenthood $50/specimen, so this one day of procurement at one clinic yielded $450 for Planned Parenthood Mar Monte. StemExpress also harvests from PPMM clinics in Sacramento, Fresno, and Stockton, and so a similar yield at those clinics just one day per week means at least $1800/week, $7200/month, and $86,400/year for this Planned Parenthood affiliate.

http://www.centerformedicalprogress.org/human-capital/document-vault/

★ Like

Reply

 **bodicacia** *says:*
July 21, 2015 at 3:25 pm

Of all that is unholy!!

Ian (the surgeon) can use a "less crunchy" technique and that vampire wants a Lamborghini!!

Pure EVIL!

★ Liked by 1 person

Reply

 **letjusticeprevail2014** *says:*
July 21, 2015 at 3:30 pm

"I want a Lamborghini!" Gatter joked.

15/07/30/tea...
http://t.co/5nrTrocMaP
3 hours ago

• New National Poll Shows Trump
Dominating – One Week Prior To
First GOP Debate... (Full Poll...
theconservativetreehouse.com/20
15/07/30/new...
http://t.co/ILSYkndqY9
4 hours ago

• Just uploaded US National GOP
Poll - Quinipac 7-30
scribd.com/doc/27307348/...
#ScribdDocs 5 hours ago

• Undeterred – Despite Judicial
Threat CMP Releases Planned
Parenthood Investigative
Video #4...
theconservativetreehouse.com/20
15/07/30/und... 7 hours ago

Follow @TheLastRefuge2

**George Zimmerman Case
Research**



**The Bard of Murdock**



Treehouse Poet Laureate

**Emergency and Survival
Planning 101 (Tips)**



**Our Tree House**



**Our Chapel in the Woods**



**Our Mission Statement**



**Research and Analysis**

I don't think she was joking at all. Seems like she's willing to give her *soul* away to get one.

★ Liked by 4 people

Reply

 **Anubis** *says:*
July 21, 2015 at 4:37 pm

I am glad they are following Beitbarts lead in showing one vid and letting people make statements before the next one comes out. The Lamborghini refutes a lot of what was said.

★ Liked by 5 people

Reply

 **chiavarm** *says:*
July 21, 2015 at 6:50 pm

She already gave her soul away

★ Liked by 1 person

Reply

 **Dr. Bogus Pachysandra** *says:*
July 21, 2015 at 3:30 pm

She looks evil!

★ Liked by 2 people

Reply

 **letjusticeprevail2014** *says:*
July 21, 2015 at 3:57 pm

Yeah…. kinda like a real-life version of *this*



★ Liked by 2 people

Reply

 **bodicacia** *says:*
July 21, 2015 at 3:58 pm



**Conservative Heroes & Legislative Contact List**



**Blogroll**

- 2 Helena Handbaskets
- American Thinker
- Atlas Shrugs
- Bad Blue
- Barnhardt Commodity Brokerage – Ann Barnhardt
- Bill Whittle's Common Sense Resistance
- Breitbart
- BurtPrelutsky.com
- Call Of The Patriot
- Conservatives 4 Palin
- Cubachi
- Daily Caller
- Datechguy's Blog
- Death By 1000 Papercuts
- DiwataMan
- Doug Ross @ Journal
- Gates of Vienna
- Gateway Pundit
- Honey Trail Redux
- Hot Air
- Human Events
- IOTW Report (I Own The World)
- Iowahawk
- Jihad Watch
- Le-gal In-sur-rec-tion
- Learn WordPress.com
- Lucianne
- Mark America
- Michelle Malkin
- Moonbattery
- Pajamas Media
- Palin4America
- Patriot Retort
- Peoples Cube
- Poll Insider
- Random Topics (Rumpole)
- Red State
- Ricochet
- Robin of Berkeley
- Stop Shouting
- Tammy Bruce
- The Blaze
- The Mellow Jihadi
- The News Commenter
- The Other McCain
- The Strident Conservative
- Townhall
- Truth Revolt
- Weasel Zippers
- Weird and Pissed Off
- Zombietime

**Follow The Last Refuge**

Enter your email address to subscribe to this blog and receive notifications of new posts by email.

Join 6,764 other followers

Bingo!!

★ Like

Reply

> **letjusticeprevail2014** *says:*
> July 21, 2015 at 4:26 pm
>
> They really have a striking resemblance, don't they?
>
> ★ Like
> Reply

---

**BigMamaTEA** *says:*
July 21, 2015 at 3:34 pm

This makes me ill.

★ Liked by 3 people
Reply

> **sundance** *says:*
> July 21, 2015 at 8:39 pm
>
> 
>
> ★ Liked by 2 people
> Reply

---

**Nick** *says:*
July 21, 2015 at 3:35 pm

Who gives birth to these demons. Seriously, you can see the wickedness in her eyes. These are not normal people.

★ Liked by 1 person
Reply

> **MaryfromMarin** *says:*
> July 21, 2015 at 6:47 pm
>
> Nick–
>
> The problem is, they ARE normal people. Normal people who have willingly put themselves totally under the influence of evil.
>
> Could happen to any of us. Take that as a warning.
>
> ★ Like
> Reply
>
> > **Nick** *says:*
> > July 21, 2015 at 8:09 pm

Enter your email address

Sign me up!

Meta
- Register
- Log in
- Entries RSS
- Comments RSS
- WordPress.com

I understand but what I can't get my head around is the satisfaction factor in this profession (if you can even call it a profession). It's like, at what point in your life do you tell yourself, gee, wouldn't it be a nice job to kill babies and sell their parts for a living, day in and day out. You can't deny these demons get satisfaction from killing life.

★ Like

Reply

 **georgiafl** *says:*

July 21, 2015 at 8:52 pm

The human conscience is able to grow slowly harder and harder, until it is impossible to feel remorse.

One of the Archbishops of Ireland interviewed a huge number of pedophile predator priests and said only one showed any sort of remorse for the damage he had caused to the children he molested....only one. He said all the rest had every excuse, rationalization, denial, sense of entitlement. Their own stone cold consciences/hearts were like millstones around their necks.

Brings to mind what Jesus said about harming a child, "It would be better for them to be thrown into the sea with a millstone tied around their neck than to cause one of these little ones to stumble."

★ Liked by 1 person

Reply

 **Spar Harmon** *says:*

July 22, 2015 at 1:58 am

see Hannah Arendt's THE BANALITY OF EVIL a deep analysis of the rise and existence of the III REICH

★ Like

Reply

 **Spar Harmon** *says:*

July 22, 2015 at 2:03 am

also look up the UTUBE videos of Margaret Sanger, founder of PPH
We don't have to wrap our heads around evil, only be a witness to what is so and to guard ourselves from slipping into evil mindsets– —

★ Like

Reply

**michellc** *says:*

July 21, 2015 at 11:18 pm

My daughter being a new mother does what many of us mothers have done and reflects on her pregnancy, the love she felt for her unborn son but not really realizing how much she could actually love someone until he was born and how in 6 months she can't now imagine her life without him in it. These videos are really getting to her, she said what I often wonder about, do these women doctors who perform these abortions have children of their own? If so then how could they take these innocent lives and talk about selling their organs like they were talking about selling parts out of a car? She told me she wants to go sit outside abortion clinics and beg them to let them raise their baby and not kill it.

I've always said I could sort of understand a man not really realizing these

little babies are little humans, but I've never understood a woman, especially a woman who is a mother talking about killing a baby as a choice and it's even harder to understand a mother taking the life of a baby. I can't explain how you can let evil take over your life, but there is no other explanation for it, evil runs their life.

⭐ Like

Reply

 **Stormy** *says:*

July 21, 2015 at 11:37 pm

*They know ...*

⭐ Like

Reply

---

 **Col.(R) Ken** *says:*

July 21, 2015 at 3:35 pm

This just sickens me, these people need to be locked up, and the key thrown away. My personal opinion on abortion, that's someone challenged, it's murder. And these people are murders. God will have vengeance upon them.

⭐ Liked by 1 person

Reply

---

 **robertnotsowise** *says:*

July 21, 2015 at 3:38 pm

I mean, really, where is a real life Paul Kersey when you need one....

⭐ Like

Reply

---

 **TheLastDemocrat** *says:*

July 21, 2015 at 3:49 pm

The first video had discussion of unifying the buying across Planned Parenthood locations. As could be seen, this has not been adopted by Planned Parenthood, or there would be no doctor to lure at the local level.

The nationwide Planned Parenthood organization may have decided to simply ignore what the locals are doing. This allows Cecile to declare that they, the nationwide PP, does not sell body parts, while sustaining the infrastructure (consent forms, refrigerators, etc.) for this altruistic "tissue donation" effort.

Some liberals will wake up. I jumped off the crazy train before Obama's first run. I figured out this train was headed straight for Greece, with a stop at Bernie Sanders Land along the way.

Yet, for the most part, the virtue-cult members will repeat the spoon-fed replies in order to sustain their membership in the virtue cult: they will parrot the "heavily-edited" talking point and the "tissue donation for science" point in order to be free from facing the sick reality their political world view holds.

I really don't know how to talk to your zombie, body-snatched friends and family – they are trained to react with indignancy or with self-righteous vehemence when you counter their views. This is because their thought architecture cannot handle close examination, since it will fall apart, and so the cult needs automatic protection from logical scrutiny of their positions – so their automatic answers are: you are mislead by FauxNews (totally hilarious – my wife and I have limited cable that does not include Faux News, yet one facebook friend throws this out all the time), or you are ignorant/not yet enlightened (total cult move: i.e., we don't yet perceive the necessity of abortion for women to be on equal footing with men in society, or we do not yet perceive the institutional racism in our nation – the

micro-aggression, marihuana laws, etc.), or you simply get labelled as one of the enemy: a living, breathing, walking, talking conservative Christian white stingey racist misogynist straw man.

If you try to break it down really slow, and into mutually agreeable pieces of the issue, and stay on one topic, they sense danger to their world-view and throw out a red herring – always a hypothetical sob story or a TM/MB story where the actual facts do not fit their narrative.

At times, if you focus on one specific situation in order to prove at least one point, and hope for a chink in their cult-worldview, you will get labelled for being overly obsessed with one topic or issue, such as the issue of when life begins. That labeling is yet another pre-programmed rhetorical trick to avoid the fear of discovering they are in a cult.

This is pretty much all they got.

★ Liked by 1 person

Reply

 **Les** *says:*
July 21, 2015 at 6:38 pm

Good post. It's like arguing with a 13-year-old, more mouth than sense.

★ Like

Reply

---

 **boutis** *says:*
July 21, 2015 at 3:51 pm

All of these PP women in their marketing biz look like they crawled out of a crypt. Creepy, ugly, and bizarre.

★ Liked by 1 person

Reply

 **lilbirdee'12** *says:*
July 21, 2015 at 4:17 pm

They truly do, don't they? Since 2008 we know what it looks like to have no soul. We can now spot them a mile away.

★ Liked by 2 people

Reply

 **Cymrygirl** *says:*
July 21, 2015 at 6:39 pm

I have seen some people on FB referring to this particular woman as the Crypt Keeper (I suppose it's a reference to the old TV show "Tales From the Crypt.").

★ Like

Reply

 **BigMamaTEA** *says:*
July 21, 2015 at 7:06 pm

http://i2.wp.com/www.thisishorror.co.uk/wp-content/uploads/2012/04/Crypt-Keeper.jpg?resize=259%2C253

★ Like

Reply

 **BigMamaTEA** *says:*
July 21, 2015 at 7:10 pm

again....



★ Like

Reply

**Totally Domestic** *says:*
July 21, 2015 at 7:11 pm

That's her right there!!!!

★ Like

Reply

**Les** *says:*
July 21, 2015 at 6:40 pm

I have found IRL that conservatives are generally better-looking than
liberals. I think because many liberals imbibe too often and try to look as
cheap and available as possible.

★ Like

Reply

**ZurichMike** *says:*
July 21, 2015 at 3:57 pm

Oh my God, this is so utterly soul-destroying and despicably evil.

Archangel Michael, we pray for your intervention to you who patrol the border
between heaven and hell. We are inundated with evil and vicious demonic forces
that mock and destroy life and traffic in the body parts of God's most innocent
creations. We pray fervently for you to marshal the seraphim, cherubim, thrones,
dominions, virtues, powers, principalities, archangels and angels — indeed all the
heavenly host — and rally to the aid of these innocent souls ripped untimely from
the womb. And we pray mightily to find, capture, and cast the demonic forces
prowling the earth back to the eternal filth and hellfires that spawned and await
them. In the name Jesus the Lord. Amen.

★ Liked by 5 people

Reply

**mikayla825** *says:*
July 21, 2015 at 5:26 pm

Amen.

★ Liked by 3 people

Reply

**BigMamaTEA** *says:*
July 21, 2015 at 5:33 pm

Amen.

★ Liked by 2 people

Reply



**RonJ** *says:*
July 21, 2015 at 6:48 pm

Amen

★ Like
Reply

> **Jennifer Joseph** *says:*
> July 23, 2015 at 4:59 pm
>
> Amen!
>
> ★ Like
> Reply

**lilbirdee'12** *says:*
July 21, 2015 at 4:13 pm

Not sure if I can/will watch the full video here. The one-minute clip on the news was enough since I am still reeling from the Immigration hearing this mornin' and the words of the loved ones of those murdered by illegal aliens.

The evil ones shopping baby parts will surely burn in hell. I ask for no mercy for them.
Here is a list of 25 representatives of our so-called govt. who took PP money. Grrrrrrr.

http://dailysignal.com/2015/07/21/planned-parenthood-spent-679596-in-2014-to-help-elect-these-candidates/

★ Liked by 1 person
Reply

**Ursula** *says:*
July 21, 2015 at 4:20 pm

I just pray that those fetuses feel no pain. This sounds like something Nazi Dr. Mengele would do.

★ Like
Reply

> **Justice_099** *says:*
> July 21, 2015 at 5:31 pm
>
> It certainly is no coincidence that abortion procedures were developed at the height of eugenics, when the socialist party was very strong in America, and Hitler was rising.
>
> Margaret Sanger was an admitted socialist and eugenicist. She shared a lot in common with Hitler's ideals.
>
> ★ Liked by 6 people
> Reply

>> **georgiafl** *says:*
>> July 21, 2015 at 7:37 pm
>>
>> Sanger was also a racist who met with the KKK.
>>
>> ★ Liked by 1 person
>> Reply

**michellc** *says:*
July 21, 2015 at 7:03 pm

These babies do feel pain and these people causing that pain before they murder these babies will someday face the wrath of God.

★ Liked by 1 person
Reply

 **Jersey Beach** *says:*
July 21, 2015 at 4:24 pm

The people in those videos are horrendous, even that is putting it mildly. Godforsaken disgusting.

★ Like
Reply

 **CrankyinAZ** *says:*
July 21, 2015 at 4:31 pm

I can't even wrap my head around this evil...

★ Like
Reply

 **Obomination** *says:*
July 21, 2015 at 4:39 pm

> *The founder of StemExpress, the private company that has engaged with Planned Parenthood in the sale of aborted baby body parts, is the younger sister of the health policy director of House Speaker Rep. John Boehner (R-OH)*

http://www.breitbart.com/big-government/2015/07/17/boehners-health-policy-director-is-sister-of-stemexpress-founder/

★ Like
Reply

 **letjusticeprevail2014** *says:*
July 21, 2015 at 4:44 pm

Wow.



★ Liked by 1 person
Reply

 **judyw** *says:*
July 21, 2015 at 8:06 pm

Thank you for posting this.....I wanted to post it on another thread earlier

but couldn't remember where I read it and no google search turned it up...
imagine that! 😞

★ Liked by 1 person
Reply



**William** *says:*
July 21, 2015 at 4:42 pm

Money is not important, except when it comes to wanting a Lamborghini. Hah?

★ Liked by 1 person
Reply

**aprilyn43** *says:*
July 21, 2015 at 4:55 pm

Anyone still wondering why this nation is under a curse from the Living God? ...

★ Liked by 2 people
Reply

> **MaryfromMarin** *says:*
> July 21, 2015 at 6:48 pm
>
> Not wondering in the slightest.
>
> ★ Liked by 2 people
> Reply

**Scott Spencer** *says:*
July 21, 2015 at 4:58 pm

Instead of a Lamborghini, how about a hangman's noose? How would that be?
Pure unadulterated evil..

★ Like
Reply

**conservativehippie** *says:*
July 21, 2015 at 5:13 pm

i think trump needs to make a statement about this. he absolutely needs to
mention this. like today.

★ Like
Reply

> **FTWPHil** *says:*
> July 21, 2015 at 6:31 pm
>
> Strike while the iron is hot!
>
> ★ Like
> Reply

**Justice_099** *says:*
July 21, 2015 at 5:33 pm

I just wonder when they are going to lose their minds and come out and say they
are doing us a favor by aborting minorities and other undesirables and that we
should be grateful for them keeping the population down.

After all, that's what this was all founded on.



★ Liked by 1 person

Reply

**TheLastDemocrat** *says:*

July 21, 2015 at 7:22 pm

if you look at the liberal news sites, and look at the comments, you will eventually see this.

"every child a wanted child."
what is the corollary to that?
"if you are not wanted, we just might kilt you off."

★ Like

Reply

**Concerned** *says:*

July 21, 2015 at 5:40 pm

She would have made a great Auschwitz guard.

★ Like

Reply

**Tkim** *says:*

July 21, 2015 at 5:44 pm

This makes me think of all of the women (for example Rosalyn Carter) who opined that although she herself would never have an abortion, she isn't "comfortable making that decision for other women."

Imagine a well known man saying," Well I myself would never hit a woman, but I'm not comfortable making that decision for other men."

Abortion advocates would immediately pipe up: well abortion is LEGAL, hitting women is not.

Hitting men isn't legal either. So, in reality, a tiny ninety pound woman could walk up to a burly guy and kick him in the shin and even if it felt like a mosquito bite to him she could be arrested.

That same woman could walk into an abortion facility, hugely pregnant, and announce she was about to have her baby torn limb from limb, and neither she nor the doctor would be breaking the law.

We are supposed to have laws against selling our body parts so the rich can't buy the kidneys or corneas of the poor. But we have people drooling over the possibility buying a sports cars, if only enough babies of many socioeconomic groups can be murdered.

One moment you're safe in Mommy's womb, the next you're being cut to pieces and your tiny body sold (or incinerated or tossed out with garbage).

With the evil we have rampant in our country it is a marvel we don't have a 9.5 earthquake ripping this nation from coast to coast. We deserve nothing less.

★ Liked by 2 people

Reply

**Elspeth** *says:*

July 22, 2015 at 8:18 pm

That argument often comes from horrific situations like rape and incest, where most people feel that the mental health of the sexual assault victim overrides the baby's life. One can understand the impetus behind this even though we disagree . However, if you look at the Guttmacher research,

only 1% of all abortions are for rape and incest. There is also a small percentage of abortions that occur because the mother's life is in mortal danger.

Explaining to people on the fence that at least 95% of all abortions are not rape, incest, or life of the mother can actually make a difference in their thinking.

★ Like

Reply

 **Totally Domestic** *says:*
July 21, 2015 at 5:47 pm

Best Cars and News:
Lamborghini Egoista
Cost can be over $500.000.00
That's a whole lot of baby parts Ms.Gatter!

★ Like

Reply

 **BigMamaTEA** *says:*
July 21, 2015 at 7:22 pm

I've got it in my files, (I'll post later tonight) some more "price lists" and stuff before they changed their website . If I remember correctly, prices went up to $24,000.00.

★ Liked by 1 person

Reply

 **MaryfromMarin** *says:*
July 21, 2015 at 11:53 pm

Glad you have that, BMT. Post it EVERYWHERE.

★ Liked by 1 person

Reply

 **taqiyyologist** *says:*
July 21, 2015 at 6:17 pm

Anyone seen Twitchy today?

Apparently "Lamborghini" is trending on Twitter:

http://twitchy.com/2015/07/21/why-is-lamborghini-trending-just-when-you-thought-planned-parenthood-couldnt-get-more-depraved/

(No idea how to embed a tweet, but...)

Stephen Miller said:
*Lamborghini social media team is like "I don't know what we did but hey check this ou- ... oh...oh.. oh shit"*

Remember, folks, the outrage of the day is not calling a man a woman because "feelings."

Baby parts for Lamborghinis? Not an outrage.

★ Liked by 1 person

Reply

 **BigMamaTEA** *says:*
July 21, 2015 at 6:42 pm



**Stephen Miller**
@redsteeze      🐦 Follow

Lamborghini social media team is like "I don't know what we did but hey check this ou- ... oh...oh... oh shit"

6:51 AM - 21 Jul 2015

↩  ♺ 122   ★ 112

★ Liked by 1 person
Reply

**BigMamaTEA** *says:*
July 21, 2015 at 6:46 pm

**Stephen Miller**
@redsteeze      🐦 Follow

Lamborghini social media team is like "I don't know what we did but hey check this ou- ... oh...oh... oh shit"

6:51 AM - 21 Jul 2015

↩  ♺ 122   ★ 112

★ Like
Reply

---

**taqiyyologist** *says:*
July 21, 2015 at 6:18 pm

How many livers and kidneys for, say, a Toyota Prius?

★ Like
Reply

**BigMamaTEA** *says:*
July 21, 2015 at 7:01 pm

h/t canadafreepress Captured this before StemExpress changed their website:

🖼

★ Like
Reply

---

**taqiyyologist** *says:*
July 21, 2015 at 6:20 pm

Folks, THIS is why they wanted late-late-late term abortions.

Not because banning them was restrictive of a woman's "right to choose", but because the longer you let them grow, the more parts you can harvest and sell.

SJWs always lie.

★ Liked by 5 people
Reply

**FTWPHil** *says:*
July 21, 2015 at 6:33 pm

SJW"s?

★ Like
Reply

**BigMamaTEA** *says:*
July 21, 2015 at 6:54 pm

social justice warriors. {hate capitalism; but always find a way to hustle a buck!}

★ Liked by 1 person

Reply

**conservativehippie** *says:*
July 21, 2015 at 6:38 pm

exactly. bet those late term organs are worth more. literally killing a human being to harvest their organs. i feel so sick today. where is trump on this? i will be beyond disappointed if he's silent.

★ Like

Reply

**taqiyyologist** *says:*
July 21, 2015 at 6:59 pm

Prepare to be beyond disappointed. I am not expecting Trump to bring this up.

★ Like

Reply

**BigMamaTEA** *says:*
July 22, 2015 at 12:28 am

They are. Somewhere on this thread I just posted links to some internal documents, and also more captured images (that have disappeared now from the StemExpress website. Huh? go figure.....{sarc}

★ Like

Reply

**Les** *says:*
July 21, 2015 at 6:43 pm

Soylent Green. 1984. Animal Farm. Fahrenheit 451. All non-fiction nowadays.

★ Liked by 2 people

Reply

**TheLastDemocrat** *says:*
July 21, 2015 at 8:23 pm

"Walden II" = "Nudge."

★ Liked by 1 person

Reply

**BigMamaTEA** *says:*
July 21, 2015 at 6:47 pm

taqiy's twitter from above {well, if this works, sometimes it doesn't}

Stephen Miller
@redsteeze    [ Follow ]

Lamborghini social media team is like "I don't know what we did but hey check this ou- ... oh...oh... oh shit"

6:51 AM - 21 Jul 2015

↩   ⟲ 122   ★ 112

★ Like

Reply

**BigMamaTEA** *says:*
July 21, 2015 at 6:50 pm

not working tonight.

Somebody on taqiy's tweet from @redsteeze thread is starting a new hastag
#silenceofthelambos

★ Liked by 1 person
Reply

**taqiyyologist** *says:*
July 21, 2015 at 6:56 pm

Absolute genius.

★ Liked by 1 person
Reply

**sundance** *says:*
July 21, 2015 at 8:47 pm



★ Like
Reply

**taqiyyologist** *says:*
July 22, 2015 at 12:16 am

Just a couple of years ago, Hilary won the Margaret Sanger award.

http://www.lifenews.com/2013/02/08/remember-when-hillary-clinton-got-planned-parenthoods-sanger-award/

Not going away, Ms. Braun.

★ Liked by 1 person
Reply

**BigMamaTEA** *says:*



July 22, 2015 at 12:31 am

ooh! Thanks. I had forgotten about that!

☆ Like

Reply

---



**Les** *says:*

July 21, 2015 at 6:58 pm

Do NOT donate to the United Way. It makes me sick they fund Planned Parenthood.

I'm looking for a full list of "charities" that fund PP, but here's a start:

Charities to avoid:
https://www.facebook.com/notes/the-drew-mariani-show/list-of-charities-and-organizations-that-are-linked-to-planned-parenthood-andor-/223486397683559

Additional to avoid:
Adobe, AOL, Bank of America, Bayer, Chevron, Darden Restaurants (Olive Garden, Red Lobster, etc.), eBay (PayPal, etc.), Laureate Education, Midas, Nationwide (insurance), Nike, Select Comfort (Sleep Number bed), Southwest Airlines (Jet Blue, etc.), Starwood Hotels (Aloft, Element, Four Points, Le Méridien, Sheraton, St. Regis, W, Westin, etc.), Symantec, Wells Fargo, and Whole Foods.
Comic Relief, Eagles Clubs, Elks Clubs, Elton John AIDS Foundation, and the Red Cross.

Continuing members of the list of nonprofits that associate with Planned Parenthood include: AARP, American Cancer Society, Amnesty International, Audubon Society, Boys & Girls Clubs, Camp Fire, Dr. Phil Foundation, Girl Scouts, Girls Inc., Human Rights Watch, Juvenile Diabetes Foundation, Kiwanis Clubs, Leukemia & Lymphoma Society, Lions Clubs, March of Dimes, Michael J. Fox Foundation, Muscular Dystrophy Association, Paralyzed Veterans of America, Parkinson's Disease Foundation, Ronald McDonald House Charities, Rotary Clubs, Salvation Army, Save the Children, Sierra Club, Susan G. Komen Breast Cancer Foundation, YMCA, and YWCA.

Advance Publications (magazines such as Bon Appetit, Details, Glamour, GQ, Self, Vanity Fair, and Vogue), Ameriprise Financial, Arthur Murray (dance studios), Bikram's Yoga, Bob Evans (restaurants), Danone (Dannon products), Fresh Enterprises (Baja Fresh Mexican Grill, Canyons Burger Co., and La Salsa Fresh Mexican Grill), and NACCO (Hamilton Beach and Proctor Silex products; Kitchen Collection and Le Gourmet Chef stores).

Pernod Ricard (alcoholic products including Absolute, Ballantine's, Beefeater, Chivas Regal, Kahlúa, Malibu, and Royal Salute), TD Bank Group, UBS (financial services), and Wyndham (lodging including Baymont, Days Inn, Dream Hotels, Hawthorne, Howard Johnson, Knights Inn, Microtel, Night, Ramada, Super 8, Travelodge, TRYP Hotels, Wingate, and Wyndham; eatery: Planet Hollywood).

I don't mind cord blood research if the parents have donated it.

Just give to Wounded Warriors or your church. Or better yet, give your money to your family. Start a savings account an make a deposit every time you feel the need to give.

This issue makes me ill and I'm not a regular church-goer. I'm not against birth control, I just don't think abortion is birth control. It's just so gut-wrenchingly wrong.

☆ Liked by 1 person

Reply

---



**georgiafl** *says:*

July 21, 2015 at 7:34 pm

Trump resorts are not on the list and there is no Trump business on the list that I can find.

⭐ Like

Reply



**BigMamaTEA** *says:*

July 21, 2015 at 7:34 pm

Agreed. And then to add this next level of selling, adds a whole new evil for me.

⭐ Like

Reply



**georgiafl** *says:*

July 21, 2015 at 7:42 pm

Bill and Melinda Gates Foundation is a likely sponsor since his father was once President of PP.

⭐ Like

Reply



**Les** *says:*

July 22, 2015 at 8:14 am

They DID give money in the past, but they stipulated it was NOT to be used for abortions.

⭐ Like

Reply



**TheLastDemocrat** *says:*

July 21, 2015 at 8:36 pm

Good call on the United Way campaign. we get encouraged Rah! Rah! But I do not sign up. I am a regular church-goer, and I tithe, plus give in other places, plus usually give at least a little bit for every friend or family doing the for-a-cause fun run. I don't need United Way to feel like I am helping out.

March of Dimes: they claim to be "neutral" on abortion, thus dodging controversy. But they support "secondary prevention," which "aims to reduce the number of children born with birth defects," including by aborting them before they are born. See how that works?

Komen. Each time a friend or family asks me to sponsor them for the three-day walk, or another Komen deal, I give to one of the other breast cancer research and advocacy charities, and let the requestor know.

Be wary of the organizations for overseas charity and development! Most are favorable to boosting abortion capacity! When the Haiti disaster happened, we felt moved to give. I asked a couple charities about explicit avoidance of abortion support of any kind. Samaritan's Purse gave a great answer, so we gave to them. You have to ask very specifically, and learn the euphamisms and tricky language.

⭐ Liked by 1 person

Reply



**Jersey Beach** *says:*

July 21, 2015 at 11:25 pm

Thanks for the listing, I can't believe I gave to Salvation Army for Texas and Oklahoma flooding victims. Wonder if went to them of PP. Bye bye SA, I'm done with you! Marking this site for future reference. Thanks again.

★ Like

Reply

**BigMamaTEA** *says:*

July 21, 2015 at 7:19 pm



★ Like

Reply

**SkidTorque** *says:*

July 21, 2015 at 7:47 pm

I had this emailed to me by Live Action News. Thought I would post it if anyone
would like to sign it.

https://petitions.whitehouse.gov/petition/order-attorney-general-investigate-
planned-parenthoods-sale-aborted-baby-parts-1

★ Like

Reply

**BigMamaTEA** *says:*

July 21, 2015 at 8:29 pm



Planned Parenthood's founder Margaret
Sanger was active in the eugenics movement
also was the Nazi Dr. Josef Mengele. ✕

You might be thinking "so what?" but truly
they were likeminded people as I will show
you in the examples below:

"inferior morons" should be
exterminated, added, "We
have to make sure that
nature's suspended eradication
will continue through human
arrangements ... birth control
can be done by sterilizing those
with deficient genes."

Josef Mengele, personal diary

"We should hire three or four colored



#BabiesLivesMatter 11 #PPSellsBabyParts 5 #ProLife

⭐ Liked by 1 person

Reply

**BigMamaTEA** *says:*

July 21, 2015 at 8:33 pm



⭐ Like

Reply

 **taqiyyologist** *says:*

July 21, 2015 at 8:47 pm

All I know is, I'm never eating the patè at a PP party again.

And yeah I know. The unwanted unviable, yet somehow viable and even profitable, "tissue" is probably in my hand lotions and skin creams and diet Pepsi, but still.

No patè at PP gatherings any more. Swear.

Let me know if I go too far.

I know who has gone too far. It ain't me.

⭐ Liked by 



Liked by 1 person
Reply

**taqiyyologist** *says:*
July 21, 2015 at 8:49 pm

This last week, month, and year, the Left just ripped their mask off — proudly.

★ Liked by 1 person
Reply

**taqiyyologist** *says:*
July 21, 2015 at 8:57 pm

Don't bring me down! Brrruce!

It just keeps echoing. Bouncing around like a ping-pong ball in my poor skull.

I've heard that E.L.O. was Satanic. Oh, Bruce.

★ Like
Reply

**BigMamaTEA** *says:*
July 21, 2015 at 9:00 pm

★ Like
Reply

**taqiyyologist** *says:*
July 21, 2015 at 9:42 pm

Damn.

★ Liked by 1 person
Reply

**BigMamaTEA** *says:*
July 21, 2015 at 9:01 pm



- Fetal Liver CD36+ Erythroid Progenitor Cells
- Fetal Liver CD133+ Stem/Progenitor Cells
- Fetal Liver Mononuclear Cells – 12 Weeks Gestation & Earlier
- Fetal Liver Mononuclear Cells – 13 Weeks Gestation & Later
- Fetal Liver Stromal Cells

★ Like
Reply

---

**BigMamaTEA** *says:*
July 21, 2015 at 9:06 pm

StemExpress flyer

http://www.centerformedicalprogress.org/wp-
content/uploads/2015/05/StemExpress-flyer.pdf

★ Like
Reply

---

**stella** *says:*
July 21, 2015 at 10:36 pm

Brit Hume's commentary yesterday on Special Report:



★ Like
Reply

**taqiyyologist** *says:*
July 22, 2015 at 12:22 am

The headline on the screenshot:

HUME: SCANDAL EXPOSES THE UNPLEASANT (as opposed to all those
normally PLEASANT) DETAILS OF ABORTION.

All this unpleasantness about ending human life is NOT OK.

We must make it all continue to be pleasant.

 Like
Reply



**taqiyyologist** *says:*

July 22, 2015 at 12:24 am

Am I, somehow, clear?

Treepers?

★ Liked by 1 person

Reply

**stella** *says:*

July 22, 2015 at 6:33 am

So what do you think about the substance of the remarks?

★ Like

Reply

## Leave a Reply

Enter your comment here...

**The Last Refuge**

*The Twenty Ten Theme.* Ⓦ *Blog at WordPress.com.*