UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR MEDICAL PROGRESS,<br>BIOMAX PROCUREMENT SERVICES LLC,<br>DAVID DALEIDEN (aka "ROBERT SARKIS"),<br>and TROY NEWMAN,<br><br>Defendants. | Case No. 3:15-cv-3522<br><br>Judge: William H. Orrick, III<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

TO DEFENDANTS THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN:

This matter comes before me on Plaintiff National Abortion Federation's (NAF") *Ex Parte* Motion for a Temporary Restraining Order and for an Order to Show Cause Regarding a Preliminary Injunction, Memorandum of Points and Authorities, and supporting papers.

Having considered the arguments and papers submitted, in order to preserve the status quo and finding good cause based on the record before me, I GRANT NAF's *Ex Parte* Motion, pending a hearing on Monday, August 3. Based on the record before me, I find that NAF is likely to prevail on the merits of its claims, the balance of hardships tips in its favor, NAF would be likely to suffer irreparable injury, absent an *ex parte* temporary restraining order, in the form of harassment, intimidation, violence, invasion of privacy, and injury to reputation, and the requested relief is in the public interest.

YOU ARE HEREBY ORDERED TO SHOW CAUSE on **Monday, August 3, 2015 at 4:00 p.m.**, before the Honorable William H. Orrick, at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 2, why you, your officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with you, should not be enjoined and restrained from engaging in, committing, or performing, directly and indirectly, any and all of the following acts:

(1) publishing or otherwise disclosing to any third party any video, audio, photographic, or other recordings taken, or any confidential information learned, at any NAF annual meetings;

(2) publishing or otherwise disclosing to any third party the dates or locations of any future NAF meetings;

(3) publishing or otherwise disclosing to any third party the names or addresses of any NAF members learned at any NAF annual meetings; and

(4) attempting to gain access to any future NAF meetings.

Pending hearing on the above Order to Show Cause you, your officers, agents, servants, employees, and attorneys, and any other persons who are in active concert or participation with

you ARE HEREBY RESTRAINED AND ENJOINED from:

    (1)    publishing or otherwise disclosing to any third party any video, audio, photographic, or other recordings taken, or any confidential information learned, at any NAF annual meetings;

    (2)    publishing or otherwise disclosing to any third party the dates or locations of any future NAF meetings; and

    (3)    publishing or otherwise disclosing to any third party the names or addresses of any NAF members learned at any NAF annual meetings.

NAF shall not be required to post a bond for issuance of this Order.

This Order and supporting papers must be served on Defendants as soon as possible, but no later than **August 1, 2015**. Any response or opposition to this Order to Show Cause must be filed and served on NAF's counsel no later than **August 3, 2015 at 12:00 p.m.**

**IT IS SO ORDERED.**

Dated: July 31, 2015    By: _____

Honorable William H. Orrick, III

United States District Court Judge