| | |
|---|---|
| 1 | BRIAN R. CHAVEZ-OCHOA |
| | CALIFORNIA STATE BAR # 190289 |
| 2 | CHAVEZ-OCHOA LAW OFFICES, INC. |
| | 4 JEAN STREET, SUITE 4 |
| 3 | VALLEY SPRINGS, CALIFORNIA 95252 |
| | TEL: (209) 772-3013 |
| 4 | FAX: (209) 772-3090 |
| | E-Mail: brianr@chavezochoalaw.com |
| 5 | |
| | Attorneys for Defendants, |
| 6 | The Center For Medical Progress, |
| | Biomax Procurement Services, LLC, |
| 7 | David Daleiden, (aka "Robert Sarkis") |
| | and Troy Newman |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL ABORTION FEDERATION (NAF) | ) | CASE NO.: 3:15-cv-03522-WHO |
| | ) | |
| | ) | NOTICE OF APPEARANCE OF |
| Plaintiffs, | ) | COUNSEL FOR DEFENDANTS, THE |
| vs. | ) | CENTER FOR MEDICAL PROGRESS, |
| | ) | BIOMAX PROCUREMENT SERVICES, |
| THE CENTER FOR MEDICAL | ) | LLC, DAVID DALEIDEN (aka "ROBERT |
| PROGRESS, BIOMAX PROCUREMENT | ) | SARKIS"), and TROY NEWMAN |
| SERVICES, LLC, DAVID DALEIDEN | ) | |
| (aka "ROBERT SARKIS"), and TROY | ) | |
| NEWMAN | ) | |
| Defendants. | ) | |
| | ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    I, BRIAN R. CHAVEZ-OCHOA, of Chavez-Ochoa Law Offices, Inc., hereby enter my appearance as counsel for Defendants, THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address and telephone number are as follows:

///

///

Page 1
Notice of Appearance of Counsel

1  Brian R. Chavez-Ochoa
   CHAVEZ-OCHOA LAW OFFICES, INC.
2  4 Jean Street, Suite 4
   Valley Springs, California 95252
3  Telephone: (209) 772-3013
   Facsimile: (209) 772-3090
4  E-Mail: brianr@chavezochoalaw.com

5      Please serve said counsel with all pleadings and notices in this action.

6

7  Dated: July 31, 2015                    CHAVEZ-OCHOA LAW OFFICES, INC.

8

9
                                           By /s/ Brian R. Chavez-Ochoa
10                                             Brian R. Chavez-Ochoa
                                               Attorney for Defendants,
11                                             The Center For Medical Progress, Biomax
                                               Procurement Services, LLC, David Daleiden,
12                                             (aka "Robert Sarkis") and Troy Newman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 2
Notice of Appearance of Counsel