UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** August 3, 2015 | **Time:** 30 minutes<br>3:58 p.m. to 4:28 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 15-cv-03522-WHO | **Case Name:** National Abortion Federation v. Center for Medical Progress | |

**Attorney for Plaintiff:** Derek Foran, Christopher Robinson, and Alexandra Eve S. Laks
**Attorney for Defendant:** Brian R. Chavez-Ochoa and Catherine W. Short

**Deputy Clerk:** Jean Davis          **Court Reporter:** Belle Ball

**PROCEEDINGS**

Parties heard as to Motion for Temporary Restraining Order. Plaintiff withdraws its fourth request for relief contained in the motion (enjoining defendants from making attempts to gain access to any future meetings).

The parties discuss the appropriate scope of discovery. The Court is inclined to grant some targeted discovery for a more complete record to consider plaintiff's motion for preliminary injunction, the hearing for which is set on August 27, 2015.

Discovery may be served by noon on Wednesday, August 5, 2015. If there are objections to the propounded discovery, after a good faith effort to meet and confer to resolve those objections, a joint letter outlining any disputed issues should be filed by noon on Friday, August 7, 2015. Any hearing necessary to resolve the discovery disputes will be conducted on Friday, August 7, 2015 at 4:00 p.m.

Plaintiff's Opening Brief and other papers in support of its request for a preliminary injunction should be filed by August 19, 2015. Opposition to the motion should be filed by August 24, 2015. A Reply, if any, should be filed by August 26, 2015. The hearing will occur on August 27, 2015 at 4:00 p.m.

The Temporary Restraining Order issued July 31, 2015 remains in effect. The defendants are restrained and enjoined from the following:

1) publishing or otherwise disclosing to any third party any video, audio, photographic or other recordings taken, or any confidential information learned, at any NAF annual meetings;

2) publishing or otherwise disclosing to any third party the dates or locations of any future NAF meetings; and

3) publishing or otherwise disclosing to any third party the names or addresses of any NAF members learned at any annual NAF annual meetings.

Any modifications to the Temporary Restraining Order will be made in writing. A written order will follow. The parties are encouraged to work cooperatively to narrow any discovery disputes which require resolution by the Court.