Exhibit 10

**From:** ██████
**Sent:** Monday, December 02, 2013 6:52 AM
**To:** Brianna Allen; ██████
**Cc:** susan@biomaxps.com; ██████
**Subject:** RE: Exhibitor Information for SF Conference

HI Brianna,
Thank you so much for writing! I have included ██████ on this email, who is our new Group Purchasing Manager, in charge of our Exhibit Hall. She can give you all the information you need to register for an exhibit booth. Registration will open in mid-late December.

Best,

██████

██████

Director of Training and Education



National Abortion Federation
1660 L St. NW Suite 450
Washington, DC 20036
www.prochoice.org

202.667.5881 ██████
██████

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient, and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you have received this e-mail in error, please immediately notify the sender by e-mail at the address shown. Please delete it from your files if you are not the intended recipient. Thank you for your compliance.

**From:** biomaxprocurementservices@gmail.com [mailto:biomaxprocurementservices@gmail.com] **On Behalf Of** Brianna Allen
**Sent:** Wednesday, November 27, 2013 6:08 PM
**To:** ██████
**Cc:** susan@biomaxps.com
**Subject:** Exhibitor Information for SF Conference

Hi ██████

This is Brianna, the assistant for Susan Tennenbaum at BioMax. Susan and I really enjoyed meeting both of you at the ARHP conference in September.

I was hoping to catch you before all the Thanksgiving/holiday craziness starts here about reserving exhibitor space at the conference your organization will have in San Francisco. We were too late to reserve space for ARHP, and I feel like you mentioned something about an end-of-the-year deadline?

Thanks!

Brianna Allen
Procurement Assistant, *BioMax, LLC*

**From:** Brianna Allen <brianna@biomaxps.com>
**Sent:** Tuesday, January 07, 2014 8:39 PM
**To:** ▮▮▮▮▮▮▮
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Thanks ▮▮▮▮ I hope you had a fun New Year too (I got a little sick =( ...). I'll show this to Susan and let you know what she's thinking.
-Brianna

Sent from my iPhone

On Thu, Jan 2, 2014 at 12:23 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Brianna,

Happy New Year! I have attached the exhibitor prospectus for the upcoming Annual Meeting in April. Please let me know if you have any questions. Thanks

**From:** Brianna Allen [mailto:brianna@biomaxps.com]

**Sent:** Monday, December 16, 2013 3:19 PM
**To:** ▮▮▮▮▮▮▮
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Hi ▮▮▮▮

▮▮▮▮ said to get in touch with you around mid-December about Exhibit Hall registration for the April meeting. Can you tell us about pricing and location availability?

Thanks!

Brianna Allen

Procurement Assistant, *BioMax, LLC*

Sent from my iPhone

**From:** Brianna Allen <brianna@biomaxps.com>
**Sent:** Monday, January 13, 2014 8:30 PM
**To:**
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Hi ████!

Susan and I talked about this today and we're having a little trouble understanding the format/agenda of the meeting in terms of which sessions are included in the Exhibitor registration and what additional registrations to purchase. I expect to be at the booth full-time, but I know that Susan really likes to be able to attend sessions and mingle with attendees.

Could you tell us if all the "conference educational sessions" are the same as the pre-conference workshops or are they something different on Mon/Tues? Is the $395 exhibitor personnel registration the same as registering for the Monday and Tuesday sessions? If there is a preliminary agenda ready that would really help.

Thank you so much,

Brianna

Brianna Allen,
Procurement Assistant, *BioMax, LLC*

On Wed, Jan 8, 2014 at 6:28 AM, ████████████████ wrote:

Hi Brianna,

Sounds great. Again, please feel free to reach out to me with any questions. Thanks

**From:** Brianna Allen [mailto:brianna@biomaxps.com]
**Sent:** Tuesday, January 07, 2014 8:39 PM

**To:** ████████
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Thanks ████████ I hope you had a fun New Year too (I got a little sick =( ...). I'll show this to Susan and let you know what she's thinking.

-Brianna

███████

| | |
|---|---|
| **From:** | Brianna Allen <brianna@biomaxps.com> |
| **Sent:** | Tuesday, January 14, 2014 4:29 PM |
| **To:** | |
| **Cc:** | Susan Tennenbaum |
| **Subject:** | Re: Exhibitor Information for SF Conference |

Thanks ██████ That makes it a lot clearer, actually. I think we'll probably end up doing that. =)

Brianna

On Tue, Jan 14, 2014 at 8:50 AM, ████████████████████████ wrote:

Hi Brianna,

The pre-conference workshops are on Saturday, April 5 and Sunday, April 6. The pre-conference educational sessions and the luncheon on Monday are ticket items and priced out separately as listed in the exhibitor prospectus.

As an exhibitor, you receive 1 complimentary conference registration providing access to the exhibit hall and sessions on Monday and Tuesday. The $395 for an additional person would cover access to the exhibit hall and educational sessions held on Monday, April 7 and Tuesday, April 8. The $300 fee for an additional person grants access to the exhibit hall only, none of the conference sessions or other ticketed activities are included. So if Susan is wanting to attend the sessions on Monday and Tuesday plus be in the exhibit hall, than I would recommend listing her name as the primary contact on the exhibitor registration. Then add yourself under the additional exhibitor registration for $300.

The preliminary agenda is in the final stages and should be sent out shortly.

I hope this helps. If not, please feel free to call me at 202-667-5881 ████ Thanks

**From:** Brianna Allen [mailto:brianna@biomaxps.com]
**Sent:** Monday, January 13, 2014 8:30 PM

**To:** ████████████
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Hi ██████

Susan and I talked about this today and we're having a little trouble understanding the format/agenda of the meeting in terms of which sessions are included in the Exhibitor registration and what additional registrations to purchase. I expect to be at the booth full-time, but I know that Susan really likes to be able to attend sessions and mingle with attendees.

Could you tell us if all the "conference educational sessions" are the same as the pre-conference workshops or are they something different on Mon/Tues? Is the $395 exhibitor personnel registration the same as registering for the Monday and Tuesday sessions? If there is a preliminary agenda ready that would really help.

Thank you so much,

Brianna

Brianna Allen,

Procurement Assistant, *BioMax, LLC*

On Wed, Jan 8, 2014 at 6:28 AM, ███████████████████ wrote:

Hi Brianna,

Sounds great. Again, please feel free to reach out to me with any questions. Thanks

**From:** Brianna Allen [mailto:brianna@biomaxps.com]
**Sent:** Tuesday, January 07, 2014 8:39 PM

**To:** ████████████
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Thanks ██████████ I hope you had a fun New Year too (I got a little sick =( ...). I'll show this to Susan and let you know what she's thinking.

-Brianna



| From: | Brianna Allen <brianna@biomaxps.com> |
|---|---|
| Sent: | Friday, February 07, 2014 8:19 PM |
| To: | |
| Cc: | Susan Tennenbaum; Robert Sarkis |
| Subject: | Re: Exhibitor Information for SF Conference |

Hi ██████ TGiF!

I'm going to mail out our exhibitor registration form Monday afternoon--I just wanted to make sure I'm not leaving anything out. We are registering for 1 commercial firm exhibit booth ($2100). Susan is not sure about her travel plans yet but we will most likely arrive separately, so I will be the primary representative. We would like 2 additional representatives with the session access ($395), one for Susan and one for our new VP for Operations, Robert Sarkis. Susan is also interested in the Second-Trimester Abortion Workshop ($345). So I believe the total comes to $3235?

Thanks so much! See you soon,

-Brianna


Brianna Allen
Procurement Assistant, *BioMax, LLC*


On Tue, Jan 14, 2014 at 1:28 PM, Brianna Allen <brianna@biomaxps.com> wrote:

Thanks ██████ That makes it a lot clearer, actually. I think we'll probably end up doing that. =)

Brianna


On Tue, Jan 14, 2014 at 8:50 AM, ████████████████████████ wrote:

Hi Brianna,

The pre-conference workshops are on Saturday, April 5 and Sunday, April 6. The pre-conference educational sessions and the luncheon on Monday are ticket items and priced out separately as listed in the exhibitor prospectus.


As an exhibitor, you receive 1 complimentary conference registration providing access to the exhibit hall and sessions on Monday and Tuesday. The $395 for an additional person would cover access to the exhibit hall and educational sessions held on Monday, April 7 and Tuesday, April 8. The $300 fee for an additional person grants access to the exhibit hall only, none of the conference sessions or other ticketed activities are included. So if Susan is wanting to attend the sessions on Monday and Tuesday plus be in the exhibit hall, than I would recommend listing her name as the primary contact on the exhibitor registration. Then add yourself under the additional exhibitor registration for $300.


The preliminary agenda is in the final stages and should be sent out shortly.

| | |
|---|---|
| **From:** | Brianna Allen <brianna@biomaxps.com> |
| **Sent:** | Tuesday, February 11, 2014 12:53 PM |
| **To:** | |
| **Cc:** | Susan Tennenbaum; Robert Sarkis |
| **Subject:** | Re: Exhibitor Information for SF Conference |

Great! I sent it out yesterday afternoon, I think it will arrive by Thursday.
-Brianna

Sent from my iPhone

On Mon, Feb 10, 2014 at 5:06 AM, ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Brianna,

Yes, that is correct. Thanks

**From:** Brianna Allen [mailto:brianna@biomaxps.com]
**Sent:** Friday, February 07, 2014 8:19 PM
**To:** ▮▮▮▮▮▮▮
**Cc:** Susan Tennenbaum; Robert Sarkis

**Subject:** Re: Exhibitor Information for SF Conference

Hi ▮▮▮▮ TGiF!

I'm going to mail out our exhibitor registration form Monday afternoon--I just wanted to make sure I'm not leaving anything out. We are registering for 1 commercial firm exhibit booth ($2100). Susan is not sure about her travel plans yet but we will most likely arrive separately, so I will be the primary representative. We would like 2 additional representatives with the session access ($395), one for Susan and one for our new VP for Operations, Robert Sarkis. Susan is also interested in the Second-Trimester Abortion Workshop ($345). So I believe the total comes to $3235?

Thanks so much! See you soon,

-Brianna

| | |
|---|---|
| **From:** | Brianna Allen <brianna@biomaxps.com> |
| **Sent:** | Friday, February 21, 2014 2:53 PM |
| **To:** | ███████████ |
| **Subject:** | Re: Exhibitor Information for SF Conference |

Hi ███████--just left you a voicemail, wanted to make sure you received all of our registration material. Susan was asking me about it. Thanks!
-Brianna

Sent from my iPhone

On Tue, Feb 11, 2014 at 9:53 AM, Brianna Allen <brianna@biomaxps.com> wrote:
  Great! I sent it out yesterday afternoon, I think it will arrive by Thursday.
  -Brianna

Sent from my iPhone

On Mon, Feb 10, 2014 at 5:06 AM, ████████████████████ wrote:

  Hi Brianna,

  Yes, that is correct. Thanks

  **From:** Brianna Allen [mailto:brianna@biomaxps.com]
  **Sent:** Friday, February 07, 2014 8:19 PM
  **To:** ██████████
  **Cc:** Susan Tennenbaum; Robert Sarkis

  **Subject:** Re: Exhibitor Information for SF Conference

  Hi ████████ TGiF!

  I'm going to mail out our exhibitor registration form Monday afternoon--I just wanted to make sure I'm not leaving anything out. We are registering for 1 commercial firm exhibit booth ($2100). Susan is not sure about her travel plans yet but we will most likely arrive separately, so I will be the primary representative. We would like 2 additional representatives with the session access ($395), one for Susan and one for our new VP for Operations, Robert Sarkis. Susan is also interested in the Second-Trimester Abortion Workshop ($345). So I believe the total comes to $3235?

  Thanks so much! See you soon,

| From: | Brianna Allen <brianna@biomaxps.com> |
|---|---|
| Sent: | Friday, March 14, 2014 3:49 PM |
| To: | |
| Subject: | Re: Exhibitor Information for SF Conference |

Hi ████, Can you tell me where we're going to be placed in the exhibit hall? We are ordering our custom signage from the printers and it would be helpful to know the exact setting we'll be working with!
Thanks,

Brianna

Sent from my iPhone


On Fri, Feb 21, 2014 at 12:04 PM, ████████████████████ wrote:

Hi Brianna,

Yes, I received your paperwork. Once our registration team enters it into our system, you will receive a confirmation email. Please let me know if you have any other questions. Thanks


**From:** Brianna Allen [mailto:brianna@biomaxps.com]
**Sent:** Friday, February 21, 2014 2:53 PM
**To:** ████████

**Subject:** Re: Exhibitor Information for SF Conference


Hi ████--just left you a voicemail, wanted to make sure you received all of our registration material. Susan was asking me about it. Thanks!

-Brianna



Sent from my iPhone



On Tue, Feb 11, 2014 at 9:53 AM, Brianna Allen <brianna@biomaxps.com> wrote:

Great! I sent it out yesterday afternoon, I think it will arrive by Thursday.

-Brianna

**From:** Brianna Allen <brianna@biomaxps.com>
**Sent:** Wednesday, March 19, 2014 3:26 PM
**To:**
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Hi ████-If you could get us that information today, that would be great! Also, will we have an electrical outlet at the booth?

Thanks!

-Brianna


On Fri, Mar 14, 2014 at 1:00 PM, █████████████████ wrote:
  Hi Brianna,
  I am out of the office today and do not access to that information. I will send it to you on Monday.
  Thanks,
  ████████

  Sent from my iPhone

  On Mar 14, 2014, at 3:49 PM, "Brianna Allen" <brianna@biomaxps.com> wrote:

    Hi ███████. Can you tell me where we're going to be placed in the exhibit hall? We are ordering our custom signage from the printers and it would be helpful to know the exact setting we'll be working with!
    Thanks,

    Brianna

    Sent from my iPhone

    On Fri, Feb 21, 2014 at 12:04 PM, █████████████████ wrote:

      Hi Brianna,

      Yes, I received your paperwork. Once our registration team enters it into our system, you will receive a confirmation email. Please let me know if you have any other questions. Thanks


      **From:** Brianna Allen [mailto:brianna@biomaxps.com]
      **Sent:** Friday, February 21, 2014 2:53 PM
      **To:** ███████


      **Subject:** Re: Exhibitor Information for SF Conference

| | |
|---|---|
| **From:** | Brianna Allen <brianna@biomaxps.com> |
| **Sent:** | Thursday, March 27, 2014 4:29 PM |
| **To:** | |
| **Cc:** | Susan Tennenbaum; Robert Sarkis |
| **Subject:** | Re: Exhibitor Information for SF Conference |

Hi ▇▇▇▇ I'm sure you are entering crunch-time, but do you have the final program available? We have not received the exhibitor kit either.
Thanks.
-Brianna

Sent from my iPhone

On Wed, Mar 19, 2014 at 1:00 PM, ▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

Hi Brianna,

I do apologize for the delay however my layout was just approved today. Your booth number is 306. Please let me know if you have any other questions. Thanks

**From:** Brianna Allen [mailto:brianna@biomaxps.com]
**Sent:** Wednesday, March 19, 2014 3:26 PM

**To:** ▇▇▇▇▇▇
**Cc:** Susan Tennenbaum
**Subject:** Re: Exhibitor Information for SF Conference

Hi ▇▇▇▇ -If you could get us that information today, that would be great! Also, will we have an electrical outlet at the booth?

Thanks!

-Brianna

On Fri, Mar 14, 2014 at 1:00 PM, ▇▇▇▇▇▇▇▇▇▇▇ wrote:

Hi Brianna,

I am out of the office today and do not access to that information. I will send it to you on Monday.

**From:** Brianna Allen <brianna@biomaxps.com>
**Sent:** Monday, March 31, 2014 2:15 PM
**To:**
**Subject:** Re: Exhibitor Information for SF Conference

Thanks ▮▮▮▮ we're out in meetings this morning but I will look at it as soon as I can. See you this weekend!
Brianna

Sent from my iPhone

On Mon, Mar 31, 2014 at 10:37 AM, ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Brianna,

The exhibitors kit were sent directly from the Decorator. I have attached one for you.

Please let me know if there is anything else you need. Thanks

**From:** Brianna Allen [mailto:brianna@biomaxps.com]
**Sent:** Thursday, March 27, 2014 4:29 PM

**To:** ▮▮▮▮▮▮
**Cc:** Susan Tennenbaum; Robert Sarkis
**Subject:** Re: Exhibitor Information for SF Conference

Hi ▮▮▮▮ I'm sure you are entering crunch-time, but do you have the final program available? We have not received the exhibitor kit either.

Thanks.

-Brianna

Sent from my iPhone

On Wed, Mar 19, 2014 at 1:00 PM, ▮▮▮▮▮▮▮▮▮▮▮ wrote:

Hi Brianna,

1