1
2
3
4
5

Derek F. Foran (CA SBN 224569)
DForan@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

6
7

*Attorney for Plaintiff NATIONAL
ABORTION FEDERATION (NAF)*

8
9
10
11

Brian R. Chavez-Ochoa (CA Bar 190289)
brianr@chavezochoalaw.com
CHAVEZ-OCHOA LAW OFFICES, INC.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Tel: (209) 772-3013; Fax: (209) 772-3090

12
13
14

*Attorney for Defendants, THE CENTER
FOR MEDICAL PROGRESS, BIOMAX
PROCUREMENT SERVICES, LLC, DAVID
DALEIDEN, AND TROY NEWMAN*

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17
18
19
20
21
22
23
24
25

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF) <br><br> Plaintiffs, <br><br> vs. <br><br> THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 3:15-cv-03522-WHO <br><br> Judge William H. Orrick, III <br><br> JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDING TEMPORARY RESTRAINING ORDER; EXTENDING SCHEDULING ORDER REGARDING DISCOVERY AND PRELIMINARY INJUNCTION; AND EXTENDING DEADLINE TO ANSWER COMPLAINT |

26
27
28

        Pursuant to Civil L.R. 6-2, Plaintiff National Abortion Federation (NAF) and Defendants

The Center for Medical Progress, Biomax Procurement Services LLC, David Daleiden (aka

"Robert Sarkis"), and Troy Newman ("Defendants") file this stipulation regarding extending the

Joint Stipulation and Proposed Order
Page 1

briefing and hearing schedule on NAF's preliminary injunction motion, and concurrently extending the temporary restraining order through the date of the Court's final disposition on NAF's preliminary injunction motion.

WHEREAS, on July 31, 2015, NAF filed the Complaint and moved for a temporary restraining order, order to show cause, preliminary injunction motion, and motion for expedited discovery (Docket Nos. 1, 3, 5);

WHEREAS, on the same day, the Court granted a temporary restraining order and order to show cause, setting a hearing for August 3, 2015 (Docket No. 15);

WHEREAS, on August 3, 2015, the Court extended the temporary restraining order to remain in effect pending resolution of NAF's preliminary injunction motion, granted NAF's motion for expedited discovery, and set a briefing and hearing schedule (Docket No. 26, 27);

WHEREAS, the parties met and conferred regarding NAF's discovery requests and the current scheduling order;

WHEREAS, the Court and the parties would benefit from an extension of the current schedule to accommodate conflicts in the calendars of the witnesses subject to deposition notices, to accommodate travel schedules for certain counsel of record, and to allow the parties more time to engage in discovery and prepare papers in connection with NAF's preliminary injunction motion;

WHEREAS, both parties are amenable to extending the Court's temporary restraining order to remain in effect through the Court's final disposition on NAF's preliminary injunction motion;

WHEREAS, the parties' agreed that Defendants' deadline for responding to the Complaint be extended until 21 days after the Court's final disposition on NAF's preliminary injunction motion;

WHEREAS, there have been no previous time modifications in this case;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

///

Joint Stipulation and Proposed Order
Page 2

1.     The Court's temporary restraining order (Docket No. 15, 27) shall remain in effect through the Court's final disposition on NAF's preliminary injunction motion; and

2.     The following deadlines shall apply:

| | |
|---|---|
| Thursday, August 20 | Deadline for the parties to submit a joint discovery letter concerning any discovery disputes relating to Plaintiff's motion for a preliminary injunction that they are unable to resolve. |
| Friday, August 21 at 4:00 pm | Hearing on any disagreements concerning discovery if a joint discovery letter was previously filed by the parties. |
| Friday, September 4 | Deadline for conducting discovery relating to Plaintiff's motion for a preliminary injunction. |
| Wednesday, September 16 | Deadline for Plaintiff's submission of a brief in support of its motion for a preliminary injunction. |
| Monday, September 28 | Deadline for Defendants' submission of a brief opposing the motion. |
| Monday, October 5 | Deadline for Plaintiff's submission of a reply brief in support of the motion. |
| Thursday, October 8, at 4:00 pm | Hearing on the motion. |
| 21 days after the Court's final disposition on NAF's preliminary injunction motion | Defendants' deadline to respond to the Complaint. |

3.     The deadlines set in the existing Order Setting Initial Case Management Conference and ADR Deadlines (Aug. 3, 2015) (Docket No. 19) be vacated, to be reset after Defendants file their response to the Complaint.

///

///

Joint Stipulation and Proposed Order
Page 3

**IT IS SO STIPULATED.**

Dated August 6, 2015.                    Respectfully submitted,

/s/ Derek F. Foran                     /s/ Brian R. Chavez-Ochoa

LINDA E. SHOSTAK (CA SBN         BRIAN R. CHAVEZ-OCHOA (CA Bar 190289)
64599)                                brianr@chavezochoalaw.com
LShostak@mofo.com                CHAVEZ-OCHOA LAW OFFICES, INC.
DEREK F. FORAN (CA SBN 224569)   4 Jean Street, Suite 4
Dforan@mofo.com                  Valley Springs, CA 95252
CHRISTOPER L. ROBINSON           Tel: (209) 772-3013; Fax: (209) 772-3090
(CA SBN 260778)
ChristopherRobinson@mofo.com     CATHERINE W. SHORT (CA Bar 117442)
MORRISON & FOERSTER LLP          LIFE LEGAL DEFENSE FOUNDATION
425 Market Street                P.O. Box 1313
San Francisco, California 94105-2482  Ojai, CA 93024-1313
Telephone: 415.268.7000          Tel: (707) 337-6880; Fax: (805) 640-1940
Facsimile: 415.268.7522          E-Mail: LLDFOjai@earthlink.net

*Attorney for Plaintiff NATIONAL*     JAY ALAN SEKULOW (DC Bar 496335)
*ABORTION FEDERATION (NAF)*           STUART J. ROTH (DC Bar 475937)
                                      ANDREW J. EKONOMOU (GA Bar 242750)
                                      CECILIA N. HEIL (CA Bar 165392)
                                      CARLY F. GAMMILL (TN Bar 28217)
                                      ABIGAIL A. SOUTHERLAND (TN Bar 022608)
                                      JOSEPH WILLIAMS (TN Bar 033626)
                                      AMERICAN CENTER FOR LAW & JUSTICE
                                      201 Maryland Avenue, NE
                                      Washington, DC 20002
                                      Tel: (202) 546-8890
                                      Fax: (202) 546-9309
                                      E-Mail: sekulow@aclj.org

                                      EDWARD L. WHITE III (MI Bar P62485)
                                      ERIK M. ZIMMERMAN (MI Bar P78026)
                                      AMERICAN CENTER FOR LAW & JUSTICE
                                      3001 Plymouth Road, Suite 203
                                      Ann Arbor, MI 48105
                                      Tel: (734) 680-8007; Fax: (734) 680-8006
                                      E-Mail: ezimmerman@aclj.org

                                      *Attorney for Defendants, THE CENTER*
                                      *FOR MEDICAL PROGRESS, BIOMAX*
                                      *PROCUREMENT SERVICES, LLC, DAVID*
                                      *DALEIDEN, and TROY NEWMAN*

1
2

## <u>ORDER</u>

3      Based on the foregoing stipulation,

4      **IT IS SO ORDERED, as modified below:**

5      1.   **The deadline to submit the joint discovery letter is Wednesday, August 19, 2015.**

6      2.   **The hearing on any discovery disagreement will be on Friday, August 21, 2015 at**
          **10:00 a.m.**

7
8      3.   **The hearing on plaintiff's motion for preliminary injunction is set for 3:00 p.m. on**
          **Friday, October 9, 2015.**

9      **With those exceptions, all other terms and conditions of the parties' Joint Stipulation are**
      **approved and adopted without modification.**

10

11

12
     Dated:  August 6, 2015                    _____

13                                   The Honorable Judge William H. Orrick
                                  United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation and Proposed Order
Page 5