Catherine W. Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, California 93024-1313
Tel: (707) 337-6880
LLDFOjai@earthlink.net

D. John Sauer*
James Otis Law Group, LLC
231 South Bemiston Ave., Suite 800
St. Louis, Missouri 63105
(314) 854-1372
jsauer@jamesotis.com

Thomas Brejcha*
Thomas More Society
19 La Salle St., Ste. 603
Chicago, IL 60603
(312) 782-1680
tbrejcha@thomasmoresociety.org

*Pro Hac Vice

Attorneys for Defendants
THE CENTER FOR MEDICAL PROGRESS,
BIOMAX PROCUREMENT SERVICES, LLC,
AND DAVID DALEIDEN

## UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>Plaintiff,<br><br>vs.<br><br>THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN,<br><br>Defendants. | Case No. 3:15-cv-3522 (WHO)<br><br>Judge William H. Orrick, III<br><br>DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

## INTRODUCTION

Defendants Center for Medical Progress, Biomax Procurement Services, LLC,  and David Daleiden (together, "Defendants") respectfully request that this Court file specified portions of (1) Defendants' Motion to Clarify TRO As It Relates to Nucatola Transcript and (2) exhibits 1-2 of the Defendants' Motion to Clarify TRO As It Relates to Nucatola Transcript under seal pursuant to Local Rule 7-11 and 79-5 as well as this Court's Standing Order on the same, or that, in the alternative, it affirmatively rule that such information is not subject to sealing.

## CERTIFICATIONS

1. Defendants certify they have reviewed and complied with this Court's Standing Order On Administrative Motions To File Under Seal.

2. Defendants certify they have reviewed and complied with Civil Local Rule 79-5.

3. Defendants identify the following portions of the documents be sealed or redacted:

    a. Defendants' Motion to Clarify TRO As It Relates to Nucatola Transcript:

        i. Table of Authorities, sources 1, 4-13 under "Websites and Articles;"

        ii. A summary of the statements NAF argues are confidential at the top of page 2;

        iii. Several paragraphs referring to specific statements or names from the Nucatola conversation and additional references regarding this information: Paragraph 2 on page 5 through the top of page 7.

    b. Exhibit 1 of the Defendants' Motion to Clarify TRO As It Relates to Nucatola Transcript:

        i. The name of an individual and his job title from page 1

        ii. The last paragraph of page 1

        iii. The first three paragraphs of page 2

    c. Exhibit 2 of the Defendants' Motion to Clarify TRO As It Relates to Nucatola Transcript:

        i. The second half of the second full paragraph on page 2 through the top of page 3.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ii.  The name and affiliation of an individual in the first full paragraph on the top of page 3.

4.     Matters discussed in the Motion to Clarify and attached exhibits relate to whether certain information is confidential and/or subject to restrictions on disclosure under the Court's August 3, 2015 Temporary Restraining Order ("TRO").  For the reasons stated in the sealed Motion, Defendants do not believe that this information is confidential or subject to the TRO. Plaintiff, however, contends that the information is highly confidential and should be restricted from disclosure.  At Plaintiff's request, the parties have agreed to request sealing of this Motion until the Court may resolve these disputed issues.

5.     Defendant certifies that all other materials required by Local Rule, including courtesy copies and a proposed Order, will be tendered in the correct format.

## CONCLUSION

For the reasons stated, Defendants Center for Medical Progress, Biomax Procurement Services, LLC, and David Daleiden respectfully request that this Court file specified portions of (1) Defendants' Motion to Clarify TRO As It Relates to Nucatola and (2) exhibits 1-3 of the Defendants' Motion to Clarify TRO As It Relates to Nucatola Transcript under seal, or that, in the alternative, it affirmatively rule that such information is not subject to sealing.

Respectfully submitted,

Catherine W. Short

Catherine W. Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, California  93024-1313
Tel:  (707) 337-6880
Fax: (805) 640-1940
LLDFOjai@earthlink.net

D. John Sauer
James Otis Law Group, LLC
231 South Bemiston Ave., Suite 800

St. Louis, Missouri 63105
(314) 854-1372
jsauer@jamesotis.com
*Pro Hac Vice

Thomas Brejcha
Thomas More Society
19 La Salle St., Ste. 603
Chicago, IL 60603
(312) 782-1680
tbrejcha@thomasmoresociety.org
*Pro Hac Vice