UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>    Defendants. | Case No. 15-cv-03522-WHO<br><br>**ORDER RE MOTION TO CLARIFY TRO AND MOTION TO SEAL** |

Defendants filed a Motion for Clarification of TRO on August 12, 2015. Dkt. No. 57. In accordance with District procedures, a normal briefing schedule was set for this motion. No party has filed a motion to shorten time. If either party desires a different schedule, the parties should meet and confer regarding the briefing and hearing schedule and submit either a stipulation or administrative motion for an order shortening time.

On August 13, 2015, plaintiff filed a motion to seal various documents relating defendants' motion for clarification and to a separate motion for an order to show cause that plaintiff filed. Dkt. No. 58. Plaintiff did not file redacted versions of all of the documents that it seeks to file under seal, including defendants' motion. If plaintiff fails to comply with the Local Rules by August 18, 2015, I will deny the motion as to the documents that are not filed in compliance with the Local Rules. [1]

**IT IS SO ORDERED**.

Dated: August 14, 2015

WILLIAM H. ORRICK
United States District Judge

---

[1] Defendants also filed a motion to seal that appears to comply with the Local Rules. Dkt. No. 60.