1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  DEREK F. FORAN (CA SBN 224569)
   DForan@mofo.com
3  CHRISTOPHER L. ROBINSON (CA SBN 260778)
   ChristopherRobinson@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Plaintiff
   NATIONAL ABORTION FEDERATION (NAF)
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522-WHO |
|---|---|---|
| 13 | Plaintiff, | |
| 14 | v. | **MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS:  DOCKET NOS. 3-7 AND 3-20.** |
| 15 | THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, | |
| 16 | DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | Judge:  William H. Orrick, III |
| 17 | Defendants. | Date Action Filed:    July 31, 2015<br>Trial Date: |
| 18 | | |

1   Plaintiff National Abortion Federation ("NAF") hereby moves to remove the following documents from ECF, submitted electronically on July 31, 2015, in support of the Declaration of Derek F. Foran In Support of NAF's Motion for a Temporary Restraining Order and Preliminary Injunction ("Foran Declaration") (Dkt. No. 3-2):

(1)   Exhibit 5 to the Foran Declaration (Dkt. No. 3-7); and

(2)   Exhibit 18 to the Foran Declaration (Dkt. No. 3-20).

These documents contain highly confidential personal identification information whose disclosure creates a substantial risk of harm to the safety, security, and privacy of NAF and NAF's members.  Specifically, Exhibit 5 to the Foran Declaration—NAF's 2014 Exhibit Rules and Regulations—includes a reference to an NAF staff member's name and contact information. Similarly, Exhibit 18 to the Foran Declaration, which includes the Nucatola Transcript at issue in NAF's Motion for an Order to Show Cause as to Why Defendants Should Not Be Held in Contempt (Dkt. No. 58-3), includes references to confidential information and NAF members' names learned at NAF's annual meetings.  Public disclosure of this information not only violates the Court's Temporary Restraining Order (Dkt. Not. 27), but it also subjects NAF and its members to continuing threats of physical harm and violence. (*See e.g.*, Dkt. No. 58, 3:24-20 (highlighting death threats leveled against individuals named in the Nucatola transcript and individuals connected with this lawsuit).)   Given the Court's Temporary Restraining Order and the substantial privacy interests at issue in this litigation, NAF respectfully requests that the documents identified above be removed from the public record and replaced with copies redacting this highly sensitive material.

NAF has already contacted the ECF helpdesk regarding this issue, and the documents in question have been locked from public viewing.  NAF will submit correctly redacted versions of these documents and move to file them under seal when it submits an amended motion to seal in response with the Court's August 14 Order re Motion to Clarify TRO and Motion to Seal. (Dkt. No. 64.)

For the foregoing reasons, NAF respectfully requests that the Court grant NAF's Motion to Remove.

Dated: August 17, 2015    MORRISON & FOERSTER LLP

By: */s/ Christopher L. Robinson*
 CHRISTOPHER L. ROBINSON

Attorneys for Plaintiff
NATIONAL ABORTION FEDERATION