UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 |
| Plaintiff, | Judge: Hon. William H. Orrick, III |
| v. | **PROPOSED ORDER GRANTING STATE ATTORNEYS GENERAL LEAVE TO PARTICIPATE AS AMICI CURIAE** |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), AND TROY NEWMAN, | |
| Defendants. | |

Upon consideration of the Motion for Leave to Participate as *Amici Curiae* by the Attorneys General for the States of Alabama, Arizona, Michigan, and Oklahoma ("Amici State Attorneys General"), it is hereby ORDERED that:

1. The Motion is GRANTED;

2. The Clerk is directed to accept for filing the Memorandum of Law By Amici State Attorneys General Re: Defendants' Motion to Clarify Temporary Restraining Order As It Relates To Any Subpoenas [Dkt. No. 61]; and

3. Amici State Attorneys General may file additional briefs amici curiae and appear at hearings and other proceedings related to the scope the Court's injunctive relief as it relates to Defendants' response to any subpoenas or other requests from law enforcement.

Dated: _____          _____
William H. Orrick, III
United States District Judge