UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), AND TROY NEWMAN,<br><br>Defendants. | Case No. 3:15-cv-3522<br><br>Judge: Hon. William H. Orrick, III<br><br>**ORDER GRANTING IN PART STATE ATTORNEYS GENERAL MOTION FOR LEAVE TO PARTICIPATE AS AMICI CURIAE** |

Upon consideration of the Motion for Leave to Participate as *Amici Curiae* by the Attorneys General for the States of Alabama, Arizona, Michigan, and Oklahoma ("Amici State Attorneys General"), it is hereby ORDERED that:

1. The Clerk is directed to accept for filing the Memorandum of Law By Amici State Attorneys General Re: Defendants' Motion to Clarify Temporary Restraining Order As It Relates To Any Subpoenas [Dkt. No. 61];

2. Amici State Attorneys General may appear at and participate in tomorrow's hearing, if they wish; and

3. Within seven days of this Order, plaintiff may file a responsive brief of no more than 8 pages in length to the Memorandum of Law By Amici State Attorneys General.

Dated: August 31, 2015

_____
William H. Orrick, III
United States District Judge