KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1250
Washington, D.C. 20005
Telephone:  202.795.9300
Facsimile:  202.795.9310

*Counsel for Amicus Curiae*
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL ABORTION FEDERATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No.  15-cv-03522-WHO<br><br>MOTION FOR LEAVE TO SUBMIT *AMICUS CURIAE* LETTER AND *AMICUS CURIAE* LETTER OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS |

**MOTION FOR LEAVE TO SUBMIT *AMICUS CURIAE* LETTER**

The Reporters Committee for Freedom of the Press (the "Reporters Committee") hereby respectfully requests leave to file the attached *amicus curiae* letter brief in support of neither party in this action. The Reporters Committee believes the attached letter brief will aid the Court in resolving key issues regarding the temporary restraining order ("TRO") that has been issued in this case.

The Reporters Committee is an unincorporated nonprofit association of reporters and editors that works to defend the First Amendment rights and freedom of information interests of the news media. The Reporters Committee has participated as a party and as *amicus curiae* in First Amendment and freedom of information litigation since 1970. The proposed *amicus* letter brief attached to this Motion supplements the arguments of the parties by addressing the appropriate standard for the issuance of injunctive relief that acts as a prior restraint on speech.

Accordingly, the Reporters Committee respectfully requests leave to submit the attached *amicus* letter.

Dated: September 3, 2015

                                                                  _____s/Katie Townsend_____
                                                                  Katie Townsend
                                                                  THE REPORTERS COMMITTEE
                                                                  FOR FREEDOM OF THE PRESS

                                                                  *Counsel for Amicus Curiae*
                                                                  THE REPORTERS COMMITTEE
                                                                  FOR FREEDOM OF THE PRESS