1   LINDA E. SHOSTAK (CA SBN 64599)
    LShostak@mofo.com
2   DEREK F. FORAN (CA SBN 224569)
    DForan@mofo.com
3   NICHOLAS S. NAPOLITAN (CA SBN 251762)
    NNapolitan@mofo.com
4   CHRISTOPHER L. ROBINSON (CA SBN 260778)
    ChristopherRobinson@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California 94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Plaintiff
    NATIONAL ABORTION FEDERATION (NAF)
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  NATIONAL ABORTION FEDERATION (NAF),      Case No. 3:15-cv-3522-WHO

14              Plaintiff,                    Judge: Hon. William H. Orrick, III

15       v.                                   **PLAINTIFF'S NOTICE OF
                                              NINTH CIRCUIT FILING:**
16  THE CENTER FOR MEDICAL PROGRESS,
    BIOMAX PROCUREMENT SERVICES LLC,          **PLAINTIFF'S OPPOSITION TO
17  DAVID DALEIDEN (aka "ROBERT SARKIS"),     DEFENDANTS' EMERGENCY
    and TROY NEWMAN,                          MOTION FOR STAY OF
18                                            DISCOVERY PENDING
                Defendants.                   RESOLUTION OF PETITION
19                                            FOR WRIT OF MANDAMUS**

20
                                              Date Action Filed:    July 31, 2015
21                                            Trial Date:

22

23

24

25

26

27

28

    NOTICE RE FILING IN NINTH CIRCUIT OF OPPOSITION TO MOTION TO STAY DISCOVERY
    CASE NO. 3:15-CV-3522-WHO
    sf-3577031

1    **<u>NOTICE</u>**

2         For the Court's convenience, Plaintiff hereby provides notice and a courtesy copy of

3    NAF's Opposition to Defendants' Emergency Motion for Stay of Discovery Pending Appeal,

4    which NAF filed with the Ninth Circuit on September 16, 2015.  A copy of this filing is attached

5    as Exhibit 1 hereto.

6

7

8    Dated: September 17, 2015              LINDA E. SHOSTAK
                                            DEREK F. FORAN
9                                           NICHOLAS S. NAPOLITAN
                                            CHRISTOPER L. ROBINSON
10                                          MORRISON & FOERSTER LLP

11

12                                          By:  */s/ Derek Foran*
                                                  DEREK F. FORAN
13
                                            Attorneys for Plaintiff
14                                          NATIONAL ABORTION FEDERATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE RE FILING IN NINTH CIRCUIT OF OPPOSITION TO MOTION TO STAY DISCOVERY
CASE NO. 3:15-CV-3522-WHO                                                              1
sf-3577031