KATIE TOWNSEND (SBN 254321)
ktownsend@rcfp.org
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1250
Washington, D.C. 20005
Telephone:  202.795.9300
Facsimile:  202.795.9310

*Counsel for Amicus Curiae*
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL ABORTION FEDERATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>　　　　　　Defendants. | Case No.  15-cv-03522-WHO<br><br>**NOTICE OF FILING OF MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE *AMICUS CURIAE* LETTER BRIEF IN SUPPORT OF NEITHER PARTY** |

1

# NOTICE OF FILING

**PLEASE TAKE NOTICE** that on September 18, 2015, the Reporters Committee for Freedom of the Press (the "Reporters Committee") filed the attached Motion for Leave to Submit *Amicus Curiae* Letter Brief in Support of Neither Party in the matter of *Center for Medical Progress, et al. v. United States District Court for the Northern District of California*, Case No. 15-72844, now pending before the United States Court of Appeals for the Ninth Circuit.

.

Dated: September 18, 2015

    s/Katie Townsend
Katie Townsend
THE REPORTERS COMMITTEE
FOR FREEDOM OF THE PRESS

*Counsel for Amicus Curiae*
THE REPORTERS COMMITTEE
FOR FREEDOM OF THE PRESS