| | |
|---|---|
| 1 | LINDA E. SHOSTAK (CA SBN 64599) |
|   | LShostak@mofo.com |
| 2 | DEREK F. FORAN (CA SBN 224569) |
|   | DForan@mofo.com |
| 3 | NICHOLAS S. NAPOLITAN (CA SBN 251762) |
|   | NNapolitan@mofo.com |
| 4 | CHRISTOPHER L. ROBINSON (CA SBN 260778) |
|   | ChristopherRobinson@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 6 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
|   | NATIONAL ABORTION FEDERATION (NAF) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522-WHO |
|---|---|
| Plaintiff, | Judge:  Hon. William H. Orrick, III |
| v. | **PLAINTIFF'S NOTICE OF NINTH CIRCUIT FILING:** |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | **PLAINTIFF-REAL PARTY IN INTEREST'S ANSWER TO PETITION FOR WRIT OF MANDAMUS** |
| Defendants. | Date Action Filed:   July 31, 2015 |
| | Trial Date: |

# **NOTICE**

For the Court's convenience, Plaintiff hereby provides notice and a courtesy copy of Plaintiff-Real Party in Interest's Answer to Petition for Writ of Mandamus, which was filed with the Ninth Circuit on September 18, 2015. A copy of this filing is attached as Exhibit 1 hereto.

Dated: September 18, 2015

LINDA E. SHOSTAK
DEREK F. FORAN
NICHOLAS S. NAPOLITAN
CHRISTOPER L. ROBINSON
MORRISON & FOERSTER LLP

By: */s/ Derek Foran*
     DEREK F. FORAN

Attorneys for Plaintiff
NATIONAL ABORTION FEDERATION