

FILED

SEP 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CENTER FOR MEDICAL PROGRESS; et al.. | No. 15-72844 |
| | D.C. No. 3:15-cv-03522-WHO<br>Northern District of California,<br>San Francisco |
| CENTER FOR MEDICAL PROGRESS; et al., | |
| Petitioners, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO, | |
| Respondent, | |
| NATIONAL ABORTION FEDERATION, NAF, | |
| Real Party in Interest. | |

Before: REINHARDT, TASHIMA, and RAWLINSON, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant an answer. *See* Fed. R. App. P. 21(b). Accordingly, on or before 3:00 p.m. Pacific Time on Friday, September 18, 2015, the real party in interest shall file an answer. The

MF/Pro Se

district court may address the petition if it so desires. The district court may elect to file an answer with this court or to issue an order and serve a copy on this court.

Petitioners may file an optional reply to the answer on or before 3:00 p.m. Pacific Time on Monday, September 21, 2015.

The emergency motion for a stay will be addressed by separate order.

The Clerk shall serve this order on the district court and District Judge William H. Orrick, III.