D. John Sauer
James Otis Law Group, LLC
231 South Bemiston Ave., Suite 800
St. Louis, Missouri 63105
(314) 854-1372
jsauer@jamesotis.com

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | ) Case No. 3:15-cv-3522 (WHO) |
| | ) |
| | ) Judge William H. Orrick, III |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF CHANGE OF COUNSEL** |
| | ) |
| THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN, | ) |
| | ) |
| | ) |
| Defendants. | ) |

NOTICE OF CHANGE OF COUNSEL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that D. JOHN SAUER of the James Otis Law Group, LLC hereby withdraws as attorney of record for Defendants THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; AND DAVID DALEIDEN (together, "Defendants"). Defendants continue to be represented in this matter by their attorneys of record Catherine W. Short, Thomas Brejcha, Peter Breen, and Corrine Konczal, who should be served with all pleadings and notices in this action.

Dated: September 24, 2015

Respectfully submitted,

*/s/ D. John Sauer*

D. John Sauer
James Otis Law Group, LLC
231 South Bemiston Ave., Suite 800
St. Louis, Missouri 63105
(314) 854-1372
jsauer@jamesotis.com