United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No.  15-cv-03522-WHO<br><br>**ORDER RE CONGRESSIONAL SUBPONEA**<br><br>Re: Dkt. No. 152 |

If plaintiff NAF wants to file a response to defendants' October 2, 2015 letter regarding compliance with the Congressional subpoena, it must do so on or before **Monday October 5, 2015 at 12:00 p.m.**  Prior to any production in response to the Congressional subpoena on October 7, 2015, absent further order of the Court, defendants shall make, preserve, and keep in their or their counsel's possession a true and correct copy of all materials to be provided to Congress.

**IT IS SO ORDERED**.

Dated:    October 2, 2015



WILLIAM H. ORRICK
United States District Judge