1  LINDA E. SHOSTAK (CA SBN 64599)
   LShostak@mofo.com
2  DEREK F. FORAN (CA SBN 224569)
   DForan@mofo.com
3  NICHOLAS S. NAPOLITAN (CA SBN 251762)
   NNapolitan@mofo.com
4  CHRISTOPHER L. ROBINSON (CA SBN 260778)
   ChristopherRobinson@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   NATIONAL ABORTION FEDERATION (NAF)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN,<br><br>Defendants. | Case No. 3:15-cv-3522-WHO<br><br>Judge: Hon. William H. Orrick, III<br><br>**ORDER GRANTING NATIONAL ABORTION FEDERATION (NAF)'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>Date Action Filed: July 31, 2015<br>Trial Date: |

Having reviewed Plaintiff National Abortion Federation ("NAF")'s Administrative Motion to File Certain Documents under Seal, and the Declaration of Christopher L. Robinson in support thereof, pursuant to Local Rules 7-11 and 79-5 and good cause appearing, the motion is GRANTED and the Clerk of the Court is directed to instruct allow the following documents to be filed under seal:

| Document | Portions of Document to be Sealed |
|---|---|
| Joint Dispute Letter | 2:27-3:19; 3:22-27; 4:2-18; 5:16-20; 10:12-13; 10:15-20; 10:25-11:7; 11:16-18; 14:1-16; 18:25:28; and 23:23-25 |
| Declaration of Derek F. Foran in Support of National Abortion Federation (Naf)'s Separate Statement of the Joint Discovery Letter | Paragraphs 17-22, and 25 |
| Foran Decl. Ex. 6 | Exhibit in full |
| Foran Decl. Ex. 7 | Exhibit in full |
| Foran Decl. Ex. 19 | References on Page 3 |

**IT IS SO ORDERED.**

Dated: October 16, 2015



William H. Orrick