

LIFE: AT THE HEART OF THE LAW

Paul Blewett, Esq.
*President*
Alexandra Snyder, Esq.
*Executive Director*
Catherine W. Short, Esq.
*Vice President Legal Affairs*
Mary Riley
*Vice President Operations*
Allison K. Aranda, Esq.
*Senior Staff Counsel*
Rebekah Millard, Esq.
*Staff Counsel*

**Board of Directors**
John R. Streett, Esq.
*Chairman*
Christian Hon
Royce Hood, Esq.
David Shaneyfelt, Esq
Terry L. Thompson, Esq.
Colette Wilson, Esq.
Anthony E. Wynne, JD

**Advisory Board**
The Hon. Steve Baldwin
*San Diego, California*
Daniel Cathcart, Esq.
*Los Angeles, California*
Raymond Dennehy, PhD.
*San Francisco, California*
The Rev. Joseph D. Fessio, SJ
*San Francisco, California*
Robert P. George
*Princeton University*
The Hon. Ray Haynes
*Riverside, California*
James Hirsen, Esq.
*Riverside, California*
The Hon. Howard Kaloogian
*Los Angeles, California*
David Llewellyn, Esq.
*Sacramento, California*
Anne J. O'Connor, Esq.
*New Jersey*
Ben Stein, Esq.
*West Hollywood, California*
Andrew Zepeda, Esq.
*Beverly Hills, California*

**Northern California**
(Administration)
P.O. Box 2105
Napa, California 94558
(707) 224-6675

**Southern California**
P.O. Box 1313
Ojai, California 93024
(805) 640-1940

October 22, 2015

The Honorable William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *National Abortion Federation v. Center for Medical Progress, et al.*
       Case No. 3:15-cv-03522

Dear Judge Orrick:

It has just come to our attention that videos covered by the TRO are appearing on the Internet. Defendants Daleiden and CMP were in no way involved in this disclosure and have no idea how this happened. One report states that the videos were obtained from "a source on Capitol Hill" but neither Daleiden nor CMP knows if this is correct.

Very truly yours,

*Catherine W Short*

Catherine Short