# EXHIBIT A

Re: Letter re NAF v CMP

**Subject:** Re: Letter re NAF v CMP
**From:** Katie Townsend <ktownsend@rcfp.org>
**Date:** 10/19/15, 6:42 PM
**To:** "Napolitan, Nicholas S." <NNapolitan@mofo.com>, "Jean_Davis@cand.uscourts.gov" <Jean_Davis@cand.uscourts.gov>
**CC:** "asoutherland@aclj.org" <asoutherland@aclj.org>, "brianr@chavezochoalaw.com" <brianr@chavezochoalaw.com>, "kristie@chavezochoalaw.com" <kristie@chavezochoalaw.com>, "beauroysden@gmail.com" <beauroysden@gmail.com>, "bmcintosh@wcjuris.com" <bmcintosh@wcjuris.com>, "del@wcjuris.com" <del@wcjuris.com>, "sseto@wcjuris.com" <sseto@wcjuris.com>, "cgammill@aclj-dc.org" <cgammill@aclj-dc.org>, "lldfojai@cs.com" <lldfojai@cs.com>, "cjs@wcjuris.com" <cjs@wcjuris.com>, "ckonczal@thomasmoresociety.org" <ckonczal@thomasmoresociety.org>, "elwhite3@yahoo.com" <elwhite3@yahoo.com>, "ewhite@aclj.org" <ewhite@aclj.org>, "jeannewhite3@yahoo.com" <jeannewhite3@yahoo.com>, "ezimmerman@aclj.org" <ezimmerman@aclj.org>, "sekulow@aclj.org" <sekulow@aclj.org>, "joseph.williams.24@gmail.com" <joseph.williams.24@gmail.com>, "pbreen@thomasmoresociety.org" <pbreen@thomasmoresociety.org>, "wood@wcjuris.com" <wood@wcjuris.com>, "Foran, Derek F." <DForan@mofo.com>, "tbrejcha@thomasmoresociety.org" <tbrejcha@thomasmoresociety.org>, "Katielynn.townsend@gmail.com" <Katielynn.townsend@gmail.com>, "Robinson, Christopher" <ChristopherRobinson@mofo.com>, "Serrano, Javier" <JSerrano@mofo.com>, "Laks, Alexandra" <ALaks@mofo.com>, "Shostak, Linda E." <LShostak@mofo.com>

All: I was copied on the below email. I am counsel for a non-party, the Reporters Committee for Freedom of the Press, that submitted an amicus letter brief in this case. The Reporters Committee is a nonprofit association of reporters and editors that is both a member of, and representative of, the news media. Since neither I nor the Reporters Committee is subject to any confidentiality agreement or stipulated protective order that the parties in this case may be subject to, I wanted to be sure that all parties, as well as Ms. Davis, were aware that we had received the below email and its attachment.

Best regards,
Katie



Katie Townsend · Litigation Director
1156 15th Street NW, Suite 1250, Washington, DC 20005
ktownsend@rcfp.org · (202) 795-9303
PGP: A2DD B1DA C63C E25E A237 CA8F C4BC 9E34 56BD A333