# EXHIBIT B

**Subject:** Re: Letter re NAF v CMP
**From:** Katie Townsend <ktownsend@rcfp.org>
**Date:** 10/20/15, 11:31 AM
**To:** "Napolitan, Nicholas S." <NNapolitan@mofo.com>
**CC:** "Foran, Derek F." <DForan@mofo.com>

Mr. Napolitan: I was on a flight this morning, so I apologize for my delay in responding to your email. As counsel for a First Amendment organization that advocates for court access and maximum transparency in criminal and civil matters, I and the other attorneys at my organization do not, as a matter of either practice or principle, agree to be bound by confidentiality agreements or protective orders in litigation matters. I am not presently a party to and will not agree to be bound by the parties' stipulated protective order governing discovery in this case. I intend to seek guidance from the Court concerning the scope and nature of my obligations – if any – with respect to the email and attachment that were sent to me. I am traveling for the remainder of the week. However, I do intend to file that request for guidance within the next day or so and, certainly, by the end of this week. In the meantime, I will maintain the status quo with respect to the material I received. That means that while I will not destroy it, I will also not disseminate it or discuss or reveal its contents until I get further guidance from the Court. I am the only person with a copy of the email and the attachment at my organization, and I have already deleted the copy that was sent to my personal gmail address.

Thank you,
Katie



Katie Townsend · Litigation Director
1156 15th Street NW, Suite 1250, Washington, DC 20005
ktownsend@rcfp.org · (202) 795-9303
PGP: A2DD B1DA C63C E25E A237 CA8F C4BC 9E34 56BD A333

On 10/20/15 12:52 PM, Napolitan, Nicholas S. wrote:

> Ms. Townsend,
>
> Once again, thank you for bringing this error to our attention. I am forwarding you a copy of the Protective Order, which protects the material included in yesterday's inadvertent disclosure. Under section 10 of that order, I must ask anyone to whom an inadvertent disclosure was made to sign the agreement to be bound by the Protective Order. Pursuant to that provision, I request that you sign that agreement, which is Exhibit A-1 to the Protective Order. For your convenience, I am attaching this exhibit as a separate PDF.
>
> Please delete and destroy all copies of yesterday's attachment, and let me know once you have done so. I sincerely appreciate your cooperation in this.
>
> Best,
>
> Nick Napolitan
> Morrison & Foerster LLP
> 425 Market Street | San Francisco, CA 94105
> nnapolitan@mofo.com | www.mofo.com
> Telephone: 415.268.6789
>
> **From:** Katie Townsend [mailto:ktownsend@rcfp.org]
> **Sent:** Monday, October 19, 2015 6:43 PM
> **To:** Napolitan, Nicholas S.; Jean_Davis@cand.uscourts.gov
> **Cc:** asoutherland@aclj.org; brianr@chavezochoalaw.com; kristie@chavezochoalaw.com; beauroysden@gmail.com; bmcintosh@wcjuris.com; del@wcjuris.com; sseto@wcjuris.com; cgammill@aclj-dc.org; lldfojai@cs.com; cjs@wcjuris.com; ckonczal@thomasmoresociety.org; elwhite3@yahoo.com; ewhite@aclj.org; jeannewhite3@yahoo.com; ezimmerman@aclj.org; sekulow@aclj.org; joseph.williams.24@gmail.com; pbreen@thomasmoresociety.org; wood@wcjuris.com; Foran, Derek F.; tbrejcha@thomasmoresociety.org; Katielynn.townsend@gmail.com; Robinson, Christopher; Serrano, Javier; Laks, Alexandra; Shostak, Linda E.
> **Subject:** Re: Letter re NAF v CMP