| Attorney or Party without Attorney:<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105<br>Telephone No: 415-268-7000 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFONRIA | | | | |
| Plaintiff: National Abortion Federation (NAF) | | | | |
| Defendant: Center For Medical Progress et al | | | | |
| **PROOF OF SERVICE**<br>**TRO** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:15-cv-3522 |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the TEMPORARY RESTRAINING ORDER & APPLICATION  Order Keeping Temporary Restraining Order In Effect Until Resolution of Request For Preliminary Injunction

3.  a. Party served:                                           Charles C Johnson
    b. Person served:                                        Charles C Johnson

4.  Address where the party was served:         2770 Mesa Ave
                                                                          CLOVIS, CA  93611

5.  I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Oct. 21, 2015 (2) at: 7:42PM

7.  *Person Who Served Papers:*
    a. James G Conquest

    **QUEST**
    *Legal*
    *Services*

    **1865 Herndon Avenue, Suite K145**
    **Clovis, CA 93611    (559) 392-5787**

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d.  *The Fee* for Service was:    $75.00

    e.  I am: (3)  registered California process server
          (i)   Independent Contractor
          (ii)  Registration No.:        S201510000042
          (iii) County:                      Fresno

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    *Date: Wed, Oct. 21, 2015*

PROOF OF SERVICE
TRO

(James G Conquest)

2686789.50