

LIFE: AT THE HEART OF THE LAW

Paul Blewett, Esq.
*President*
Alexandra Snyder, Esq.
*Executive Director*
Catherine W. Short, Esq.
*Vice President Legal Affairs*
Mary Riley
*Vice President Operations*
Allison K. Aranda, Esq.
*Senior Staff Counsel*
Rebekah Millard, Esq.
*Staff Counsel*

Board of Directors

John R. Streett, Esq.
*Chairman*
Christian Hon
Royce Hood, Esq.
David Shaneyfelt, Esq
Terry L. Thompson, Esq.
Colette Wilson, Esq.
Anthony E. Wynne, JD

Advisory Board

The Hon. Steve Baldwin
*San Diego, California*
Daniel Cathcart, Esq.
*Los Angeles, California*
Raymond Dennehy, PhD.
*San Francisco, California*
The Rev. Joseph D. Fessio, SJ
*San Francisco, California*
Robert P. George
*Princeton University*
The Hon. Ray Haynes
*Riverside, California*
James Hirsen, Esq.
*Riverside, California*
The Hon. Howard Kaloogian
*Los Angeles, California*
David Llewellyn, Esq.
*Sacramento, California*
Anne J. O'Connor, Esq.
*New Jersey*
Ben Stein, Esq.
*West Hollywood, California*
Andrew Zepeda, Esq.
*Beverly Hills, California*

Northern California
(Administration)
P.O. Box 2105
Napa, California 94558
(707) 224-6675

Southern California
P.O. Box 1313
Ojai, California 93024
(805) 640-1940

October 30, 2015

The Honorable William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *National Abortion Federation v. Center for Medical Progress, et al.*
       Case No. 3:15-cv-03522

Dear Judge Orrick:

Defense counsel have received this Court's order stating it received no response to NAF's letter of October 22, 2015, requesting leave to depose Charles Johnson and that Mr. Daleiden be ordered to turn over all copies of all materials covered by the TRO to outside counsel for CMP. The Court granted these requests.

It was not defense counsel's understanding that NAF's letter was to be considered as a motion requiring a response. In light of this court's earlier admonitions about complying with the local rules and the court's standing orders, we were awaiting direction from the court on how to proceed in the face of NAF's unorthodox letter request for substantive relief.

Defendant Daleiden requests an opportunity to file a response to NAF's letter of October 22.

Respectfully,

/s/

Catherine Short