UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>    Defendants. | Case No. 15-cv-03522-WHO<br><br>**ORDER RE OCTOBER 30, 2015 ORDER**<br>Re: Dkt. No. 185 |

Defendant Daleidin requests an opportunity to respond to NAF's October 22, 2015 letter (Dkt. 171-3). In that letter, NAF sought leave to depose an individual NAF believes is posting online materials covered by the Court's TRO and an order requiring Daleidin to turn over all materials covered by the TRO to outside counsel for CMP. Daleidin's counsel did not understand NAF's requests to be before the Court on a motion and, therefore, was awaiting the Court's direction before filing a response.

In light of the ambiguity in the docket, I GRANT Daleidin's request. Daleidin shall file a response to NAF's October 22, 2015 letter, not to exceed two pages, by **12:00 p.m. Tuesday November 3, 2015**. The deposition authorized by the Court's October 30, 2015 Order shall not take place before the Court issues a further order, although service and scheduling may continue if underway.

For clarity going forward, when a party seeks any form of relief from the Court, that party shall file its request as either a noticed motion (under Civil Local Rule 7-2), a motion for administrative relief (under Civil Local Rule 7-11), or a joint letter seeking resolution of a discovery dispute, as appropriate.

**IT IS SO ORDERED**.

Dated: November 2, 2015



WILLIAM H. ORRICK
United States District Judge