| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Telephone No:* 415-268-7000 | *For Court Use Only* |
| *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
U. S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFONRIA

*Plaintiff:* National Abortion Federation
*Defendant:* Center For Medical Progress, et a.,

| PROOF OF SERVICE<br>Order Regarding Scope | Hearing Date: | Time: | Dept/Div: | Case Number:<br>15-cv-03522-WHO |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Order Regarding Scope of Stipulated Protective Order; Motion for clarification regarding scope of the stipulated protective order, Amended discovery responses following court's order, NAF's request re disclosed materials.

3. a. Party served:   Charles C. Johnson

4. Address where the party was served:   2770 Mesa Avenue
   CLOVIS, CA  93611

5. I served the party:
   a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun., Nov. 01, 2015 (2) at: 4:02PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. James G Conquest     d. **The Fee** for Service was:   $75.00

   QUEST Legal Services
   1865 Herndon Avenue, Suite K145
   Clovis, CA 93611   (559) 392-5787

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    S201510000042
      (iii) County:              Fresno

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Nov. 02, 2015

   Judicial Council Form              PROOF OF SERVICE                    *(James G Conquest)*      2686789.55
   Rule 2.150.(a)&(b) Rev January 1, 2007   Order Regarding Scope

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| NATIONAL ABORTION FEDERATION ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:15-cv-3522-WHO |
| THE CENTER FOR MEDICAL PROGRESS, DAVID DALEIDEN, ET AL ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Charles C. Johnson
270 Mesa Ave., Clovis, CA 93611

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Keleher's Certified Shorthand Reporters 1540 E. Shaw Ave., Suite 122 Fresno, CA 93710 | Date and Time: 11/06/2015 12:00 pm |
|---|---|

The deposition will be recorded by this method: Video and stenographic

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: Attachment A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 10/30/2015

CLERK OF COURT                              OR    [signature]

*Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* NATIONAL ABORTION FEDERATION, who issues or requests this subpoena, are:
Derek F. Foran, Morrison & Foerster LLP, 425 Market St., San Francisco, CA 94105, DForan@mofo.com; (415) 268-6323

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:15-cv-3522-WHO

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Charles C. Johnson__
on *(date)* __October 30, 2015__.

☐ I served the subpoena by delivering a copy to the named individual as follows:
2770 Mesa Avenue, Clovis, CA  93611

on *(date)* __November 01, 2015__; or
4:02 p.m.

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __November 01, 2015__

*Server's signature*

James G. Conquest / Process Server / Fresno County / S201510000042

*Printed name and title*

1865 Herndon Avenue, Suite K145, Clovis, CA  93611

*Server's address*

Additional information regarding attempted service, etc.: