Case 3:15-cv-03522-WHO   Document 193   Filed 11/02/15   Page 1 of 3

Mark P. Meuser, SBN 231335
Meuser Law Group, Inc
PO Box 5412
Walnut Creek, CA 94596
Telephone: (415) 577-2850
Facsimile: (925) 262-4656
mark@meuser-law.com

Attorney for Charles C. Johnson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| NATIONAL ABORTION FEDERATION<br><br>    Plaintiff,<br><br>v.<br><br>CENTER FOR MEDICAL PROGRESS, *et al*<br><br>    Defendants. | Case No.: 15-CV-03522-WHO<br><br><br><br>**MOTION TO QUASH THE SUBPOENA OF CHARLES C. JOHNSON**<br><br><br>**Date: Dec. 9, 2015**<br>**Time: 2:00pm**<br>**Location: Courtroom 2, 17th Floor**<br><br>Re: Dkt. Nos. 185, 191, and 192 |

### JOHNSON'S MOTION TO QUASH SUBPOENA

PLEASE TAKE NOTICE that on December 9, 2015, at 2:00pm, in Courtroom 2, 17th Floor of the United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102, the undersigned counsel for Charles C. Johnson (hereinafter "Johnson") shall move for an order to Quash the Subpoena served upon Johnson.

Johnson seeks to quash Plaintiff National Abortion Federation's October 30, 2015 subpoena for documents because it impermissibly seeks the expedited production of documents from Johnson on November 6, 2015. In particular, Plaintiff's subpoena for documents should be

1
**Motion to Quash**

1  quashed because it does not allow Johnson a reasonable time to comply, *see* Fed. R. Civ.
2  P.45(d)(3)(A)(i).
3      Johnson therefore respectfully requests that Johnson's Motion to Quash Subpoena be
4  granted.

6  Respectfully submitted this 2nd day of November, 2015.

                           Meuser L. Group, Inc.

                           /s/ Mark P. Meuser
                           Mark P. Meuser, SBN 231335
                           Attorney for Charles C. Johnson

**MEMORANDUM OF POINTS AND AUTHORITIES**

On November 1, 2015, Charles C. Johnson ("Johnson") was served a Subpoena to Testify at a Deposition scheduled for November 6, 2015. This Deposition also requested that Johnson produce documents at his Deposition. (See Exhibit 1 attached to the declaration of Meuser). Served with a copy of the Subpoena was a copy of this Court's order, Document 185.

Fed. R. Civ. P. 45(d)(3)(A) (i) requires that a subpoena be quashed "On timely motion" where the subpoena "fails to allow a reasonable time to comply".

Fed. R. Civ. P. 30(b)(2) permits a party to issue a subpoena *duces tecum* pursuant to Rule 34.

Fed. R. Civ. P. 34(b)(2)(A) allows a person served with a request for production of documents at least 30 days to object to the request for production.

In this case, Plaintiff National Abortion Federation has served a subpoena *duces tecum* allowing Johnson only five days to produce documents. Plaintiff by noticing this deposition on such short notice is violating Federal Rules and has not given Johnson adequate time to file proper objections.

Johnson hereby requests this Court to quash the subpoena *duces tecum* scheduled for November 6, 2015. By filing this motion, Johnson is not waiving his right to any other objections that he might have to National Abortion Federation's request for production of documents under any applicable rule, law, or the Constitutions of the United States or the State of California.

Respectfully submitted this 2nd day of November, 2015.

        Meuser L. Group, Inc.

        /s/ Mark P. Meuser
        Mark P. Meuser, SBN 231335
        Attorney for Charles C. Johnson