UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03522-WHO<br><br>**ORDER RE TRO MATERIALS AND MOTION TO QUASH**<br><br>Re: Dkt. Nos. 193, 195, 197 |

Having reviewed defendants' submission regarding Daleidin's opposition to NAF's request that Daleidin turn over all materials covered by the TRO to outside counsel for CMP (Dkt. No. 195); I agree that such an order is premature absent evidence indicating that Daleidin may have violated the TRO.

With respect to the Johnson Deposition, defendants have not raised any objection to the deposition going forward.  The only ground raised by Johnson in his motion seeking to quash the deposition subpoena is that the subpoena violated the Federal Rules by providing him insufficient time to raise objections.  Dkt. No. 193.  Having considered Johnson's objection and NAF's response thereto – and in light of my ongoing concern over potential violations of the TRO – I find this matter appropriate for resolution without oral argument under Civil Local Rule 7-1(b) and vacate the December 9, 2015 hearing.  I DENY Johnson's motion to quash, but in order to provide Johnson more time to gather documents requested by the subpoena, ORDER that the deposition shall take place the week of November 16th.

**IT IS SO ORDERED**.

Dated:  November 4, 2015



WILLIAM H. ORRICK
United States District Judge