[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN,<br><br>　　　　Defendants. | ) Case No. 3:15-cv-3522 (WHO)<br>)<br>) Judge William H. Orrick, III<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO EXTEND DEADLINE**<br>) **TO FILE OPPOSITION AND**<br>) **REPLY TO MOTION FOR**<br>) **PRELIMINARY INJUNCTION**<br>)<br>)<br>)<br>)<br>)<br>) |

1   WHEREAS, Defendant David Daleiden's Opposition to Plaintiff National Abortion
2   Federation's Motion for Preliminary Injunction in this case is due on December 2, 2015;

3   WHEREAS, Defendant Daleiden's counsel Catherine Short is unavailable on December 1,
4   2015 and December 2, 2015, due to travel and appearance as lead counsel for oral argument in a
5   case in the Fifth Circuit;

6   WHEREAS, counsel for all parties have agreed to extend Defendants' deadline to oppose
7   Plaintiff's Motion for Preliminary Injunction to December 3, 2015, and Plaintiff's deadline for its
8   Reply to December 10, 2015;

9   NOW THEREFORE, IT IS AGREED AND STIPULATED, subject to the Court's
10  approval, that: (1) Defendant's deadline to oppose Plaintiff's Motion for Preliminary Injunction be
11  extended from December 2, 2015, to December 3, 2015, and (2) Plaintiff's deadline to file a Reply
12  Brief be extended from December 9, 2015, to December 10, 2015.

Dated: November 5, 2015

/s/ *Derek F. Foran*
LINDA E. SHOSTAK (CA SBN 64599)
LShostak@mofo.com
DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
NICHOLAS S. NAPOLITAN
(CA SBN 251762)
NNapolitan@mofo.com
CHRISTOPHER L. ROBINSON
(CA SBN 260778)
ChristopherRobinson@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Plaintiff*  NATIONAL
ABORTION FEDERATION (NAF)

/s/ *Erik M. Zimmerman*
Erik M. Zimmerman* (MI Bar P78026)
Edward L. White III* (MI Bar P62485)
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, MI 48105
Tel: (734) 680-8007; Fax: (734) 680-8006
ezimmerman@aclj.org

Brian R. Chavez-Ochoa (CA Bar 190289)
CHAVEZ-OCHOA LAW OFFICES, INC.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Tel: (209) 772-3013; Fax: (209) 772-3090

Vladamir F. Kozina (CA Bar 95422)
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207
Tel: (209) 477-3833; Fax: (209) 473-4818

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE
OPPOSITION AND REPLY TO MOTION FOR PRELIMINARY INJUNCTION –
3:15-CV-3522 (WHO)

Jay Alan Sekulow (DC Bar 496335)
Carly F. Gammill* (TN Bar 28217)
Abigail A. Southerland* (TN Bar 022608)
Joseph Williams* (TN Bar 033626)
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel: (202) 546-8890; Fax: (202) 546-9309

* Admitted pro hac vice

*Attorneys for Defendant*,
TROY NEWMAN

*/s/ Catherine W. Short*
CATHERINE W. SHORT (CA Bar 117442)
LIFE LEGAL DEFENSE FOUNDATION
P.O. Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
Fax: (805) 640-1940
E-Mail: LLDFOjai@earthlink.net

Thomas Brejcha*
Peter Breen*
Corrine Konczal*
Thomas More Society
19 La Salle St., Ste. 603
Chicago, IL 60603
Email: tbrejcha@thomasmoresociety.org

*Attorneys for Defendant*,
DAVID DALEIDEN (aka "ROBERT SARKIS")

*Admitted pro hac vice

*/s/ Steven N.H.Wood*
Steven N.H. Wood (CA SBN 161291)
Bruce A. McIntosh (CA SBN 175607)
Stephen C. Seto (CA SBN 175458)
Christopher J. Schweickert (CA SBN 225942)
BERGQUIST WOOD McINTOSH SETO LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Tel: (925) 938-6100; Fax: (925) 938-4354
wood@wcjuris.com
bmcintosh@wcjuris.com
sseto@wcjuris.com

cjs@wcjuris.coom

*Attorneys for Defendants*,
THE CENTER FOR MEDICAL PROGRESS,
BIOMAX PROCUREMENT SERVICES, LLC

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November ___, 2015

_____
Hon. William H. Orrick
United States District Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Catherine W. Short, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE OPPOSITION AND REPLY TO MOTION FOR PRELIMINARY INJUNCTION.  In compliance with General Order 45, X.B., I hereby attest that Erik M. Zimmerman, Derek F. Foran, and Steven Wood concur in this filing.

Dated: November 5, 2015                    /s/ *Catherine W. Short*
                                            Attorney