1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CENTER FOR MEDICAL PROGRESS,<br>BIOMAX PROCUREMENT SERVICES LLC,<br>DAVID DALEIDEN (aka "ROBERT SARKIS"),<br>and TROY NEWMAN,<br><br>　　　　　　　Defendants. | Case No. 3:15-cv-3522<br><br>Judge:  Hon. William H. Orrick, III<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING FILIND DEADLINE FOR RESPONSIVE PLEADING**<br><br>Date Action Filed:   July 31, 2015<br>Trial Date: |

1   Pursuant to Local Rule 7-12, Defendants Center for Medical Progress, Biomax
2   Procurement Services, LLC, David Daleiden and Troy Newman  ("Defendants") and Plaintiff
3   National Abortion Federation file this stipulation.
4       WHEREAS, on September 18, 2015, Plaintiff filed its First Amended Complaint in this
5   action;
6       WHEREAS, on September 28, 2015, this Court entered a minute order stating that
7   "responses to the Amended Complaint (whether answers or Rule 12 motions) will be due 21 days
8   following the Court's Order on the motion for preliminary injunction;" and
9       WHEREAS, Defendants may wish to file a motion to strike pursuant to California Code
10  of Civil Procedure section 425.16, which motion will, absent court order, be due on November
11  17, 2015;
12
13      NOW THEREFORE, IT IS AGREED AND STIPULATED, subject to the Court's
14  approval, that this Court's order setting a due date of 21 days following the Court's Order on the
15  motion for preliminary injunction for the filing of responses includes the filing of a motion to
16  strike under California Code of Civil Procedure section 425.16.
17
18  Dated: November 5, 2015

| /s/ *Derek F. Foran* | /s/ *Erik M. Zimmerman* |
|---|---|
| LINDA E. SHOSTAK (CA SBN 64599) | Erik M. Zimmerman* (MI Bar P78026) |
| LShostak@mofo.com | Edward L. White III* (MI Bar P62485) |
| DEREK F. FORAN (CA SBN 224569) | AMERICAN CENTER FOR LAW & JUSTICE |
| DForan@mofo.com | 3001 Plymouth Road, Suite 203 |
| NICHOLAS S. NAPOLITAN | Ann Arbor, MI 48105 |
| (CA SBN 251762) | Tel: (734) 680-8007; Fax: (734) 680-8006 |
| NNapolitan@mofo.com | ezimmerman@aclj.org |
| CHRISTOPHER L. ROBINSON | |
| (CA SBN 260778) | Brian R. Chavez-Ochoa (CA Bar 190289) |
| ChristopherRobinson@mofo.com | CHAVEZ-OCHOA LAW OFFICES, INC. |
| MORRISON & FOERSTER LLP | 4 Jean Street, Suite 4 |
| 425 Market Street | Valley Springs, CA 95252 |
| San Francisco, California 94105-2482 | Tel: (209) 772-3013; Fax: (209) 772-3090 |
| Telephone: 415.268.7000 | |
| Facsimile: 415.268.7522 | Vladimir F. Kozina (CA Bar 95422) |

| | | |
|---|---|---|
| 1 | | MAYALL HURLEY, P.C. |
| 2 | *Attorneys for Plaintiff* NATIONAL ABORTION FEDERATION (NAF) | 2453 Grand Canal Boulevard |
| | | Stockton, CA 95207 |
| 3 | | Tel: (209) 477-3833; Fax: (209) 473-4818 |
| 4 | | Jay Alan Sekulow (DC Bar 496335) |
| | | Carly F. Gammill* (TN Bar 28217) |
| 5 | | Abigail A. Southerland* (TN Bar 022608) |
| | | Joseph Williams* (TN Bar 033626) |
| 6 | | AMERICAN CENTER FOR LAW & JUSTICE |
| 7 | | 201 Maryland Avenue, NE |
| | | Washington, DC 20002 |
| 8 | | Tel: (202) 546-8890; Fax: (202) 546-9309 |
| 9 | | * Admitted pro hac vice |
| 10 | | *Attorneys for Defendant*, |
| 11 | | TROY NEWMAN |
| 12 | | */s/ Catherine W. Short* |
| | | CATHERINE W. SHORT (CA Bar 117442) |
| 13 | | LIFE LEGAL DEFENSE FOUNDATION |
| 14 | | P.O. Box 1313 |
| | | Ojai, CA 93024-1313 |
| 15 | | Tel: (707) 337-6880 |
| | | Fax: (805) 640-1940 |
| 16 | | E-Mail: LLDFOjai@earthlink.net |
| 17 | | Thomas Brejcha* |
| 18 | | Peter Breen* |
| | | Corrine Konczal* |
| 19 | | Thomas More Society |
| | | 19 La Salle St., Ste. 603 |
| 20 | | Chicago, IL 60603 |
| 21 | | Email: tbrejcha@thomasmoresociety.org |
| 22 | | *Attorneys for Defendant*, |
| | | DAVID DALEIDEN (aka "ROBERT SARKIS") |
| 23 | | |
| 24 | | *Admitted pro hac vice |
| 25 | | */s/ Steven N.H.Wood* |
| | | Steven N.H. Wood (CA SBN 161291) |
| 26 | | Bruce A. McIntosh (CA SBN 175607) |
| | | Stephen C. Seto (CA SBN 175458) |
| 27 | | Christopher J. Schweickert (CA SBN 225942) |
| 28 | | BERGQUIST WOOD McINTOSH SETO LLP |
| | | 1470 Maria Lane, Suite 300 |

STIPULATION AND [PROPOSED]ORDER CLARIFYING FILING DEADLINE FOR RESPONSIVE PLEADINGS
CASE NO. 3:15-cv-3522-WHO                                                                       2

Walnut Creek, CA 94596
Tel: (925) 938-6100; Fax: (925) 938-4354
wood@wcjuris.com
bmcintosh@wcjuris.com
sseto@wcjuris.com
cjs@wcjuris.coom

*Attorneys for Defendants*,
THE CENTER FOR MEDICAL PROGRESS,
BIOMAX PROCUREMENT SERVICES, LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2015

_____
Hon. William H. Orrick
United States District Judge

## ATTESTATION OF E-FILED SIGNATURE

I, Catherine Short, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING RESPONSIVE PLEADING PER SEPTEMBER 28th ORDER.  In compliance with General Order 45, X.B., I hereby attest that Derek Foran, Steven Wood, and Erik Zimmerman concur in this filing.

Dated: November 11, 2015                    */s/ Catherine Short*
                                            Catherine Short

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28