1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 |
| Plaintiff, | Judge: Hon. William H. Orrick, III |
| v. | **STIPULATION AND ORDER REGARDING SCOPE OF PROTECTIVE ORDER** |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | Date Action Filed:   July 31, 2015<br>Trial Date: |
| Defendants. | |

Pursuant to Local Rules 7-1(a)(5) and 7-12 and Federal Rule of Civil Procedure 15, National Abortion Federation ("NAF" or "Plaintiff") and Defendants Center for Medical Progress, Biomax Procurement Services, LLC, David Daleiden (collectively, "CMP Defendants") and Troy Newman (collectively, "Defendants"), file this stipulation regarding the scope of the Protective Order:

WHEREAS, on August 26, 2015 the parties stipulated to and this Court issued a Protective Order (Dkt. 92.);

WHEREAS, the Court issued an Order on October 16, 2015 stating that "NAF may, without violating the Protective Order in this case, share portions of the defendants' recordings with specific NAF members who appear on the recordings but only to the extent that the NAF member who is viewing or listening to the recording appears on that portion of the recording and only to the extent that the NAF member agrees to be bound by the Protective Order in this case" (Dkt. 162 at 4:15-19.);

WHEREAS, counsel for NAF has met and conferred with counsel for CMP concerning the scope of any disclosures of audio/video covered by this Court's Temporary Restraining Order that may be potentially responsive to subpoenas served by the Office of the Arizona Attorney General and the Office of the Louisiana Inspector General;

WHEREAS, pursuant to this Court's October 16 Order counsel for NAF is now meeting and conferring directly with representatives of the Arizona Attorney General and Louisiana Inspector General pursuant to the Court's October 16 Order (Dkt. 162 at 20-25.);

WHEREAS, on November 6 NAF filed an Administrative Motion Regarding Protective Order and Meet & Confer With Government Entities (Dkt. 210.)

WHEREAS, the parties have met and conferred more generally regarding certain clarifications from the Court concerning the scope of Protective Order;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:


1. NAF may, consistent with the Protective Order, share the portions of defendants' recordings with attendees of NAF's 2014 or 2015 Conferences that they appear in, so long as they agree to be bound by the Protective Order, as well as with any counsel for NAF members or NAF conference attendees identified on the tapes who agree to be bound by the Protective Order.

2. The parties may, consistent with the Protective Order, discuss the content of the audio/video when they meet and confer with the representatives of the Arizona Attorney General and the Louisiana Inspector General concerning the subpoenas previously served.

3. Attorneys who are employed at or by counsel of records' law firms or who are under a retainer agreement with a named party are treated the same under the Protective Order as attorneys who have formally appeared.

4. Named parties who agree to be bound by the Court's Protective Order are permitted to review deposition transcripts that would otherwise be attorney's eyes-only.

5. NAF hereby withdraws its Administrative Motion Regarding Protective Order and Meet & Confer With Government Entities.

| | |
|---|---|
| Dated: November 10, 2015 | LINDA E. SHOSTAK (CA SBN 64599)<br>DEREK F. FORAN (CA SBN 224569)<br>CHRISTOPER L. ROBINSON<br>(CA SBN 260778)<br>NICHOLAS S. NAPOLITAN<br>(CA SBN 251762)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>Email:  LShostak@mofo.com<br>Email:  Dforan@mofo.com<br>Email:  ChristopherRobinson@mofo.com |
| | By:  */s/ Derek F. Foran*<br>          DEREK F. FORAN |
| | *Attorneys for Plaintiff  NATIONAL ABORTION FEDERATION (NAF)* |

| | | |
|---|---|---|
| 1 | Dated: November 10, 2015 | By: __/s/ Steven Wood__<br>Steven Wood |
| 2 | | |
| 3 | | STEVEN N.H WOOD (CA SBN 161291)<br>wood@wcjuris.com |
| | | BRUCE A. McINTOSH (SBN 175607) |
| 4 | | bmcintosh@wcjuris.com<br>STEPHEN C. SETO (SBN 175458) |
| 5 | | sseto@wcjuris.com<br>BERGQUIST WOOD McINTOSH SETO |
| 6 | | LLP<br>1470 Maria Lane, Suite 300 |
| 7 | | Walnut Creek, CA 94596<br>Telephone:  (925) 938-6100 |
| 8 | | Fascimile:   (925) 938-4354 |
| 9 | | *Attorneys for Defendants The Center for Medical Progress and Biomax Procurement Services, LLC* |
| 10 | | |
| 11 | Dated: November 10, 2015 | By: __/s/ Erik Zimmerman__<br>Erik Zimmerman |
| 12 | | |
| 13 | JAY ALAN SEKULOW (DC Bar 496335) | BRIAN R. CHAVEZ-OCHOA (CA Bar 190289) |
| 14 | CARLY F. GAMMILL (TN Bar 28217)<br>cgammill@aclj-dc.org | brianr@chavezochoalaw.com<br>CHAVEZ-OCHOA LAW OFFICES, INC. |
| 15 | ABIGAIL A. SOUTHERLAND (TN Bar 022608) | 4 Jean Street, Suite 4<br>Valley Springs, CA 95252 |
| 16 | asoutherland@aclj.org<br>JOSEPH WILLIAMS* (TN Bar 033626) | Tel: (209) 772-3013; Fax: (209) 772-3090 |
| 17 | AMERICAN CENTER FOR LAW & JUSTICE | EDWARD L. WHITE III (MI Bar P62485)<br>ewhite@aclj.org |
| 18 | 201 Maryland Avenue, NE<br>Washington, DC 20002 | ERIK M. ZIMMERMAN (MI Bar P78026)<br>ezimmerman@aclj.org |
| 19 | Tel:  (202) 546-8890; Fax:  (202) 546-9309 | AMERICAN CENTER FOR LAW & JUSTICE |
| 20 | | 3001 Plymouth Road, Suite 203<br>Ann Arbor, MI 48105 |
| 21 | | Tel:  (734) 680-8007; Fax:  (734) 680-8006 |
| 22 | | Vladimir F. Kozina (CA Bar 95422)<br>MAYALL HURLEY, P.C. |
| 23 | | 2453 Grand Canal Boulevard<br>Stockton, CA 95207 |
| 24 | | Tel: (209) 477-3833; Fax: (209) 473-4818 |
| 25 | | *Attorneys for Defendant,*<br>*Troy Newman* |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND ORDER REGARDING SCOPE OF PROTECTIVE ORDER
CASE NO. 3:15-cv-3522-WHO
sf-3594870

4

Dated: November 10, 2015

By:   */s/ Catherine Short*
      CATHERINE SHORT

CATHERINE W. SHORT (CA Bar 117442)
LIFE LEGAL DEFENSE FOUNDATION
P.O. Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
Fax: (805) 640-1940
E-Mail: LLDFOjai@earthlink.net

Thomas Brejcha
Peter Breen
Corrine Konczal
Thomas More Society
19 La Salle St., Ste. 603
Chicago, IL 60603
Email: tbrejcha@thomasmoresociety.org

*Attorneys for Defendant,
David Daleiden (aka "Robert Sarkis")*

**ATTESTATION OF E-FILED SIGNATURE**

I, Derek F. Foran, am the ECF User whose ID and password are being used to file this STIPULATION REGARDING FILING OF AMENDED PLEADING.  In compliance with General Order 45, X.B., I hereby attest that Derek Foran, Steven Wood, Erik Zimmerman, and Catherine Short concur in this filing.

Dated: November 10, 2015                      */s/ Derek F. Foran*
                                                                    DEREK F. FORAN

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 12, 2015                    _____
                                                                  Honorable William H. Orrick, III
                                                                  United States District Court