Catherine W. Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA  93024-1313
Tel:  (707) 337-6880
LLDFOjai@earthlink.net

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Corrine Konczal, *pro hac vice*
Thomas More Society
19 S. La Salle St., Ste. 603
Chicago, IL 60603
(312) 782-1680
tbrejcha@thomasmoresociety.org

Attorneys for Defendant
DAVID DALEIDEN

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>            Plaintiff,<br><br>    vs.<br><br>THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN,<br><br>            Defendants. | Case No. 3:15-cv-3522 (WHO)<br><br>Judge William H. Orrick, III<br><br>JOINT STIPULATION TO ALIGN BRIEFING SCHEDULES OF RELATED MOTIONS<br><br>Hearing Date: December 18, 2015<br>Time: 10:00 a.m. |

1  Pursuant to Local Rule 7-12, Defendants Center for Medical Progress, Biomax Procurement Services, LLC, David Daleiden and Troy Newman (collectively "Defendants") and Plaintiff National Abortion Federation file this stipulation to align the briefing schedules of the related Motion for Preliminary Injunction and Motion for an Order to Show Cause, which are scheduled for hearing on the same day and state in support whereof as follows:

WHEREAS, Plaintiff National Abortion Federation has filed a Motion for an Order to Show Cause (Doc. 222), which it has set for hearing at the same time previously set for hearing on its Motion for Preliminary Injunction (Doc. 225), December 18, at 10:00 a.m.;

WHEREAS, Plaintiff has relied upon its Motion for an Order to Show Cause in support its Motion for Preliminary Injunction. *See* Mot. for Preliminary Inj. at 3 (Doc. 225);

WHEREAS, the Court previously set oppositions to the Motion for Preliminary Injunction for December 3 and replies for December 10 (Doc. 214);

WHEREAS, however, the Clerk has set oppositions to the Motion for an Order to Show Cause for Friday, November 27 (the day after Thanksgiving) and replies for December 4;

WHEREAS, these motions are related, the briefing on these motions is necessarily intertwined, and they should be briefed on the same schedule;

WHEREAS, neither prejudice nor delay will result if the motions are briefed contemporaneously;

NOW THEREFORE, IT IS AGREED AND STIPULATED by and between Plaintiff and Defendants, subject to the Court's approval, that any oppositions to Plaintiff's Motion for an Order to Show Cause (Doc. 222) shall be due December 3, 2015, and that any replies shall be due December 10, 2015.

Respectfully submitted,

/s/ Catherine Short

Catherine W. Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313

Ojai, CA  93024-1313
Tel:  (707) 337-6880
Fax: (805) 640-1940
LLDFOjai@earthlink.net

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Corrine Konczal, *pro hac vice*
THOMAS MORE SOCIETY
19 S. La Salle St., Ste. 603
Chicago, IL 60603
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org
ckonczal@thomasmoresociety.org
*Attorneys for Defendant DAVID DALEIDEN*

Respectfully submitted,
/s/ Edward White

Erik M. Zimmerman* (MI Bar P78026)
Edward L. White III* (MI Bar P62485)
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, MI 48105
Tel: (734) 680-8007; Fax: (734) 680-8006
ezimmerman@aclj.org

Brian R. Chavez-Ochoa (CA Bar 190289)
CHAVEZ-OCHOA LAW OFFICES, INC.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Tel: (209) 772-3013; Fax: (209) 772-3090

Vladamir F. Kozina (CA Bar 95422)
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207
Tel: (209) 477-3833; Fax: (209) 473-4818

Jay Alan Sekulow (DC Bar 496335)
Carly F. Gammill* (TN Bar 28217)
Abigail A. Southerland* (TN Bar 022608)
Joseph Williams* (TN Bar 033626)
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel: (202) 546-8890; Fax: (202) 546-9309
2

1  *Attorneys for Defendant TROY NEWMAN*
   * Admitted pro hac vice

2

3                                                    Respectfully submitted,
                                                     /s/ Steven Wood
4  Steven N.H. Wood (CA Bar 161291)
   Bruce A. McIntosh (CA Bar 175607)
5  Stephen C. Seto (CA Bar 175458)
6  Christopher J. Schweickert (CA Bar 225942)
   BERGQUIST WOOD McINTOSH SETO LLP
7  1470 Maria Lane, Suite 300
   Walnut Creek, CA 94596
8  Tel: (925) 938-6100
   Fax: (925) 938-4354
9  wood@wcjuris.com
10 *Attorneys for Defendants THE CENTER FOR
   MEDICAL PROGRESS and BIOMAX
11 PROCUREMENT SERVICES LLC*

12

13                                                   Respectfully submitted,
                                                     /s/ Derek Foran
14 Linda E. Shostak (CA SBN 64599)
   Lshostak@Mofo.com
15 Derek F. Foran (CA SBN 224569)
   Dforan@Mofo.com
16 Christoper L. Robinson (CA SBN 260778)
   Christopherrobinson@Mofo.com
17 MORRISON & FOERSTER LLP
18 425 Market Street
   San Francisco, CA 94105-2482
19 Tel.: 415.268.7000
   Fax: 415.268.7522
20 *Attorney For Plaintiff NATIONAL
21 ABORTION FEDERATION (NAF)*

22

23                         **ORDER**

24 **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

25 Dated: November 20, 2015

26                                                   _____
27                                                   Hon. William H. Orrick
                                                     United States District Judge
28

3
JOINT STIPULATION – ALIGN BRIEFING SCHEDULES
– 3:15-CV-3522 (WHO)