James Bopp, Jr., Ind. No. 2838-84*
Corrine L. Purvis, Ind. No. 32725-49*
THE BOPP LAW FIRM, P.C.
1 South Sixth Street
Terre Haute, Ind.  47807
Telephone: (812) 232-2434
Facsimile:  (812) 235-3685
JBoppjr@aol.com

*Counsel for Defendant
The Center for Medical Progress (CMP)*

\* Admitted *pro hac vice*

In the United States District Court for the
Northern District of California

| | |
|---|---|
| **National Abortion Federation (NAF)**, <br><br> *Plaintiffs* <br><br> v. <br><br> **The Center for Medical Progress**; BioMax Procurement Services, LLC; David Daleiden a/k/a Robert Sarkis; and Troy Newman, <br><br> *Defendants* | Civil Action No. <br> 3:15-cv-3522 (WHO) <br><br> Judge William H. Orrick, III |

Notice of Appeal

Defendants The Center for Medical Progress, BioMax Procurement Services, LLC, David Daleiden, and Troy Newman appeal to the United States Court of Appeals for the Ninth Circuit from this Court's order from October 30, 2015 compelling Defendants' disclosure of discovery and also an appeal from the November 20, 2015 granting the motion to reconsider, but reaffirming the Court's order from October 30, 2015. (Doc. 185, 244).

A Ninth Circuit representation state statement, *see* FED. R. APP. P. 12.b (2009), is attached.  *See* 9TH CIR. R. 3-2.b, 12-2 (2012).[1]

                                          Respectfully submitted,

| | |
|---|---|
| | /s/ James Bopp |
| Catherine W. Short, | James Bopp, Jr., Ind. No. 2838-84 |
| Calif. No. 117442 | Corrine Purvis, Ind. No. 32725-49 |
| LIFE LEGAL DEFENSE FOUNDATION | THE BOPP LAW FIRM, P.C. |
| Post Office Box 1313 | 1 South Sixth Street |
| Ojai, Calif. 93024 | Terre Haute, Ind. 47807 |
| Telephone (707) 337-6880 | Telephone (812) 232-2434 |
| Facsimile (805) 640-1940 | Facsimile (812) 235-3685 |
| LLDFOjai@earthlink.net | JBoppjr@aol.com |
| *Counsel for Defendant* | *Counsel for Defendant* |
| *David Daleiden* | *The Center for Medical Progress* |
| | |
| November 25, 2015 | Additional Counsel on Following Page |

---

[1] *Available at* http://www.ca9.uscourts.gov/datastore/uploads/rules/frap.pdf.

Steven N.H. Wood, Calif. No. 161291
Bruce A. McIntosh, Calif. No. 175607
Stephen C. Seto, Calif. No. 175458
BERGQUIST WOOD MCINTOSH SETO LLP
1470 Maria Lane, Suite 300
Walnut Creek, Calif.  94596
Telephone (925) 938-6100
Facsimile  (925) 938-4354
wood@wcjuris.com
*Counsel for Defendants*
*The Center for Medical Progress and BioMax Procurement Services, LLC*

Thomas Brejcha
Peter Breen
Corrine Konczal
THOMAS MORE SOCIETY
19 S. La Salle Street, Suite 603
Chicago, Ill.  60603
Telephone (312) 782-1680
TBrejcha@ThomasMoreSociety.org
*Counsel for Defendant*
*David Daleiden*

Edward L. White III,
Mich. No. P62485
Erik M. Zimmerman,
Mich. No. P78026
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, Mich. 48105
Telephone (734) 680-8007
Facsimile  (734) 680-8006
EWhite@aclj.org

Brian R. Chavez-Ochoa,
Calif. No. 190289
CHAVEZ-OCHOA LAW OFFICES, INC.
4 Jean Street, Suite 4
Valley Springs, Calif.  95252
Telephone (209) 772-3013
Facsimile  (209) 772-3090

Vladimir F. Kozina, Calif. No. 95422
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, Calif.  95207
Telephone (209) 477-3833
Facsimile  (209) 473-4818

Jay Alan Sekulow, D.C. No. 496335
Carly F. Gammill, Tenn. No. 28217
Abigail A. Southerland,
Tenn. No. 022608
Joseph Williams, Tenn. No. 033626
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, N.E.
Washington, D.C. 20002
Telephone (202) 546-8890
Facsimile  (202) 546-9309
*Counsel for Defendant Troy Newman*

**ATTESTATION OF E-FILED SIGNATURE**

I certify that on November 25, 2015, I electronically filed the foregoing **Defendant's Notice of Appeal** with the clerk of court using the CM/ECF system, which will notify:

LINDA E. SHOSTAK
LShostak@mofo.com

DEREK F. FORAN
DForan@mofo.com

NICHOLAS S. NAPOLITAN
NNapolitan@nofo.com

CHRISTOPHER L. ROBINSON
ChristopherRobinson@mofo.com


Dated: November 25, 2015                    /s/James Bopp_____
                                            James Bopp