1 | LINDA E. SHOSTAK (CA SBN 64599)
LShostak@mofo.com
2 | DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
3 | NICHOLAS S. NAPOLITAN (CA SBN 251762)
NNapolitan@mofo.com
4 | CHRISTOPHER L. ROBINSON (CA SBN 260778)
ChristopherRobinson@mofo.com
5 | MORRISON & FOERSTER LLP
425 Market Street
6 | San Francisco, California 94105-2482
Telephone: 415.268.7000
7 | Facsimile: 415.268.7522

8 | Attorneys for Plaintiff
NATIONAL ABORTION FEDERATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN,<br><br>Defendant. | Case No. 3:15-cv-3522-WHO<br>Judge: Hon. William H. Orrick, III<br><br>**DECLARATION OF DEREK F. FORAN IN SUPPORT OF NAF'S OPPOSITION TO CHARLES JOHNSON'S SECOND MOTION TO QUASH**<br><br>Hearing Date: Dec. 23, 2015<br>Hearing Time: 2:00 p.m.<br>Location: Courtroom 2 |

DECL. OF DEREK FORAN IN SUPPORT OF NAF'S OPPOSITION TO JOHNSON SECOND MOTION TO QUASH
CASE NO. 3:15-cv-3522-WHO
sf-3599769

1

I, DEREK FORAN, hereby declare as follows:

1. I am a partner at the law firm of Morrison & Foerster LLP, which represents Plaintiff National Abortion Federation ("NAF") in the above captioned action. I am admitted to practice in the State of California and before the United States District Court of the Northern District of California, and am a member of good standing with the state bar. Except where stated otherwise below, I make this declaration based on personal knowledge in support of National Abortion Federation (NAF)'s Opposition to Second Motion to Quash the Subpoena of Charles C. Johnson.

2. Attached as Exhibit 1 is a true and correct copy of an article posted on WashingtonPost.com entitled *Controversial Blogger, Infamous Hacker Team Up To Release Remaining Planned Parenthood Videos*, dated October 23, 2015. This document was obtained by downloading it from WashingtonPost.com's website, at https://www.washingtonpost.com/news/morning-mix/wp/2015/10/23/controversial-bloggerinfamous-hacker-team-up-to-release-remaining-planned-parenthood-videos/.

3. Attached as Exhibit 2 is a true and correct copy of an article posted on gotnews.com entitled BREAKING VIDEO: Planned Parenthood Rep: We Can't Stop Affiliates From Breaking The Law by Charles C. Johnson, dated October 20, 2015. This document was obtained by downloading it from gotnews.com's website, at http://gotnews.com/breaking-videoplanned-parenthood-rep-we-cant-stop-affiliates-from-breaking-the-law/.

4. Attached as Exhibit 3 is a true and correct copy of a screenshot of a Charles C. Johnson Facebook post dated November 4, 2015. This document was obtained by downloading it from Johnson's Facebook page.

5. Attached as Exhibit 4 is a true and correct copy of an email from Defendant David Daleiden ("Daleiden") to Johnson, dated July 13, 2015, with its attachments. Johnson produced this document in response to NAF's October 30, 2015 subpoena duces tecum (Dkt. No. 194). Exhibit 4 is being filed under seal.

6. Attached as Exhibit 5 is a true and correct copy of a log of Facebook Messenger chats between Johnson and Daleiden, dated July 16, 2015. Johnson produced this document in

DECL. OF DEREK FORAN IN SUPPORT OF NAF'S OPPOSITION TO JOHNSON SECOND MOTION TO QUASH
CASE NO. 3:15-cv-3522-WHO
sf-3599769

1

1  response to NAF's October 30, 2015 subpoena duces tecum (Dkt. No. 194).  Exhibit 5 is being
2  filed under seal.
3       7.      Attached as Exhibit 6 are true and correct copies of email communications
4  between Johnson and Daleiden, dated from August 28, 2015 to October 22, 2015.  Johnson
5  produced these documents in response to NAF's October 30, 2015 subpoena duces tecum (Dkt.
6  No. 194).  Exhibit 6 is being filed under seal.
7       8.      Attached as Exhibit 7 is a true and correct copy of a series of text message
8  between Daleiden and Johnson, dated from October 4-24, 2015.  Johnson produced these
9  documents in response to NAF's October 30, 2015 subpoena duces tecum (Dkt. No. 194).
10 Exhibit 7 is being filed under seal.
11      9.      Attached as Exhibit 8 are true and correct copies of Johnson's phone records from
12 July 7, 2015 through November 2, 2015.  Johnson produced these documents in response to
13 NAF's October 30, 2015 subpoena duces tecum (Dkt. No. 194).  Exhibit 8 is being filed under
14 seal.
15      10.     Attached as Exhibit 9 is a true and correct copy of a document entitled "Johnson's
16 Privilege Log," served on counsel for NAF and dated November 17, 2015.
17      11.     Attached as Exhibit 10 is a true and correct copy of the certified transcript of
18 Charles C. Johnson's deposition, taken in Morrison & Foerster's San Francisco office on
19 November 17, 2015.  Pursuant to the parties' Protective Order, this transcript is designated
20 "Confidential – Attorney's Eyes Only" for thirty (30) days from the date the deposition was
21 taken.  Exhibit 10 is being filed under seal.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

12. Attached as Exhibit 11 is a true and correct copy of an email exchange between Johnson and Andrew "Weev" Auernheimer, dated October 21-22, 2015. Johnson produced this document in response to NAF's October 30, 2015 subpoena duces tecum (Dkt. No. 194). Exhibit 11 is being filed under seal.

Executed this thirtieth day of November, 2015, in San Francisco, California.

DEREK F. FORAN

DECL. OF DEREK FORAN IN SUPPORT OF NAF'S OPPOSITION TO JOHNSON SECOND MOTION TO QUASH
CASE NO. 3:15-cv-3522-WHO
sf-3599769

3