Catherine W. Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
LLDFOjai@earthlink.net

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Corrine Konczal, *pro hac vice*
Thomas More Society
19 S. La Salle St., Ste. 603
Chicago, IL 60603
(312) 782-1680
tbrejcha@thomasmoresociety.org
*Attorneys for Defendant David Daleiden*

James Bopp, Jr., Ind. No. 2838-84, *pro hac vice*
Corrine L. Purvis, Ind. No. 32725-49, *pro hac vice*
THE BOPP LAW FIRM, P.C.
1 South Sixth Street
Terre Haute, IN 47807
Telephone (812) 232-2434
JBoppjr@aol.com
*Attorneys for Defendant The Center for Medical Progress and BioMax Procurement Services, LLC*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), <br><br> Plaintiff, <br><br> vs. <br><br> THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN, <br><br> Defendants. | Case No. 3:15-cv-3522 (WHO) <br><br> Judge William H. Orrick, III <br><br> DEFENDANTS' OBJECTIONS TO EVIDENCE IN SUPPORT OF NAF'S MOTION FOR ORDER TO SHOW CAUSE RE CONTEMPT <br><br> Hearing Date: December 18, 2015 <br> Time: 10:00 a.m. |

## DECLARATION OF DEREK FORAN

The Declaration of Derek Foran is fatally defective because he failed to sign it under penalty of perjury. 28 U.S.C. § 1746; Ca. Code of Civil Procedure § 2015.5. As such it cannot be considered a declaration under California law or federal law. *Network Computing Services Corp. v. Cisco Systems, Inc*. (4th Cir. 2005) 152 Fed.Appx. 317, 321 (unpublished); *Davenport v. Board of Trustees of State Center Community College Dist*. (E.D. Cal. 2009) 654 F.Supp.2d 1073, 1083; *Link Treasure Ltd. v. Baby Trend, Inc.* (C.D. Cal. 2011) 809 F.Supp.2d 1191, 1195; *Kulshrestha v. First Union Commercial Corp.* (2004) 33 Cal.4th 601, 612. Accordingly, it has no evidentiary value whatsoever. And none of the exhibits attached thereto can be claimed to have been authenticated. *Link Treasure*, *supra*, 809 F.Supp.2d at 1195.

A lawyer cannot be treated as some kind of super-witness capable of substituting for the witness whose personal knowledge or expert opinion is to be proffered to the court. Nor can a lawyer's declaration under penalty of perjury make the contents of newspaper articles admissible over hearsay and authentication objections. Nonetheless, should Mr. Foran attempt to re-sign the same declaration to which is added the essential "under penalty of perjury" language and file it before the hearing occurs, Defendants would make the following evidentiary objections to such declaration:

| TEXT | EVIDENTIARY OBJECTION | RULINGS |
|---|---|---|
| 3. Based on a review of these videos by attorneys working at my direction, the following presentations, and the recordings that capture them, contain no content that is responsive to the congressional subpoena (which asks | FRE 602: Lack Of Personal Knowledge; FRE 701: Improper Opinion Testimony; FRE 802: Inadmissible Hearsay; FRE 1004, 1007: Best Evidence | Sustained: _____ Overruled: _____ |

| | | | |
|---|---|---|---|
| 1 2 3 | for all material related to the "acquisition, preparation, and sale of fetal tissue" or the "manipulation of abortion procedures"). | | |
| 4 5 6 7 8 9 10 | 4. These files were produced by Daleiden to Congress and, based on a careful review of these videos by attorneys working at my direction, do not contain any material related to the congressional subpoena which only asked for material related to the "acquisition, preparation, and sale of fetal tissue" or the "manipulation of abortion procedures." | FRE 602: Lack Of Personal Knowledge; FRE 701: Improper Opinion Testimony; FRE 802: Inadmissible Hearsay; FRE 1004, 1007: Best Evidence | Sustained: _____ Overruled: _____ |
| 11 12 13 14 15 | 10. The following documents, which were made available to NAF meeting attendees via thumb drive and which have been produced by Daleiden to NAF and to Congress, have nothing to do with fetal tissue procurement and do not contain material that is responsive to the congressional subpoenas. | FRE 602: Lack Of Personal Knowledge; FRE 701: Improper Opinion Testimony; FRE 802: Inadmissible Hearsay; FRE 1004, 1007: Best Evidence | Sustained: _____ Overruled: _____ |
| 16 17 18 19 20 21 22 23 24 25 | 11. Attached as Exhibit 5 hereto is a true and correct copy of a screenshot of a Charles Johnson Facebook post dated October 18, 2015. In this Facebook post, Johnson states: "Gotnews.com has obtained all of the Planned Parenthood videos, thanks to a leak from Congress. The videos has previously been censored by court order. Would you like to see them?" This document was obtained by taking a screenshot of the following web address: https://www.facebook.com/charles.c.johnson/posts/1020514317215908. | FRE 801, 802: Inadmissible Hearsay. | Sustained: _____ Overruled: _____ |

| | | |
|---|---|---|
| 12. Attached as Exhibit 6 hereto is a true and correct copy of a screenshot of a Charles Johnson Facebook post dated October 18, 2015. In this Facebook post, Johnson states: "The U.S. House of Representatives has had the rest of the Planned Parenthood videos and a few staffers have leaked them to me." This document was obtained by taking a screenshot of the following web address: https://www.facebook.com/charles.c.johnson/posts/10205143541688318 | FRE 801, 802: Inadmissible Hearsay. | Sustained: _____ Overruled: _____ |
| 13. Attached as Exhibit 7 hereto is a true and correct copy of an article posted on gotnews.com entitled The Man Behind The #PlannedParenthood Video And Me by Charles C. Johnson, dated July 16, 2015. This document was obtained by downloading it from gotnews.com's website, at: http://gotnews.com/the-man-behind-the-plannedparenthood-videoand-me/. | FRE 801, 802: Inadmissible Hearsay. | Sustained: _____ Overruled: _____ |
| 14. Attached as Exhibit 8 hereto is a true and correct copy of an article posted on gotnews.com entitled BREAKING VIDEO: Planned Parenthood Rep: We Can't Stop Affiliates From Breaking The Law by Charles C. Johnson, dated October 20, 2015. This document was obtained by downloading it from gotnews.com's website, at http://gotnews.com/breaking-videoplanned-parenthood-rep-we-cant-stop-affiliates-from-breaking-the-law/. | FRE 801, 802: Inadmissible Hearsay. | Sustained: _____ Overruled: _____ |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 | 15. Attached as Exhibit 9 hereto is a true and correct copy of an article posted on WashingtonPost.com entitled Controversial Blogger, Infamous Hacker Team Up To Release Remaining Planned Parenthood Videos, dated October 23, 2015. This document was obtained by downloading it from WashingtonPost.com's website, at https://www.washingtonpost.com/news/morning mix/wp/2015/10/23/controversial-bloggerinfamous-hacker-team-up-to-release-remaining-planned-parenthood-videos/. | FRE 801, 802: Inadmissible Hearsay | Sustained: _____ Overruled: _____ |
| 10 11 12 13 14 15 16 17 18 19 | 16. Attached as Exhibit 10 hereto is a true and correct copy of an article posted on WashingtonPost.com entitled Meet The Divisive Blogger Who Says He Outed Rolling Stone's 'Jackie', dated December 9, 2014. This document was obtained by downloading it from WashingtonPost.com's website at https://www.washingtonpost.com/news/morningmix/ wp/2014/12/09/the-blogger-who-wants-to-take-down-rolling-stone-jackie-and-theuniversity-of-virginia-president/ Attached to the Appendix as Exhibit 100, starting at Bates number. | FRE 801, 802: Inadmissible Hearsay | Sustained: _____ Overruled: _____ |
| 20 21 22 23 24 25 26 | 17. Attached as Exhibit 11 hereto is a true and correct copy of an article posted on gotnews.com entitled BREAKING: Here Are All The Unreleased Planned Parenthood Tapes by Charles Johnson, dated October 22, 2015. This document was obtained by downloading it from gotnews.com's website, at http://gotnews.com/breaking-here-are-all-the-unreleased-plannedparenthood-tapes/. | FRE 801, 802: Inadmissible Hearsay. | Sustained: _____ Overruled: _____ |

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | /s/ Catherine Short |

3  Catherine W. Short, Esq.; SBN 117442
   Life Legal Defense Foundation
4  Post Office Box 1313
   Ojai, CA 93024-1313
5  Tel: (707) 337-6880
   Fax: (805) 640-1940
6  LLDFOjai@earthlink.net

7
   Thomas Brejcha, *pro hac vice*
8  Peter Breen, *pro hac vice*
   Corrine Konczal, *pro hac vice*
9  Thomas More Society
   19 S. La Salle St., Ste. 603
10 Chicago, IL 60603
   Tel: (312) 782-1680
11 tbrejcha@thomasmoresociety.org
12 pbreen@thomasmoresociety.org
   ckonczal@thomasmoresociety.org
13 *Counsel for Defendant David Daleiden*

14 James Bopp, Jr., Ind. No. 2838-84
15 Randy Elf, New York No. 2863553
   Corrine Purvis, Ind. No. 32725-49
16 THE BOPP LAW FIRM, P.C.
   1 South Sixth Street
17 Terre Haute, Ind. 47807
   Telephone (812) 232-2434
18 Facsimile (812) 235-3685
19 JBoppjr@aol.com

20 Steven N.H. Wood, Calif. No. 161291
   Bruce A. McIntosh, Calif. No. 175607
21 Stephen C. Seto, Calif. No. 175458
   BERGQUIST WOOD
22 MCINTOSH SETO LLP
23 1470 Maria Lane, Suite 300
   Walnut Creek, Calif. 94596
24 Telephone (925) 938-6100
   Facsimile (925) 938-4354
25 wood@wcjuris.com
   *Counsel for Defendants*
26 *The Center for Medical Progress and BioMax Procurement Services, LLC*

27                                    5
                 DEFS' EVIDENTIARY OBJECTIONS RE OPPOS. TO OSC
28                         – 3:15-CV-3522 (WHO)