UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL ABORTION FEDERATION,

        Plaintiff,

    v.

CENTER FOR MEDICAL PROGRESS, et al.,

        Defendants.

Case No.  15-cv-03522-WHO

**ORDER REGARDING ORAL ARGUMENT ON DECEMBER 18, 2015**

       Two motions are scheduled for oral argument in this matter on December 18, 2015.  The hearing will commence at **9 a.m.**, not 10 a.m., in Courtroom 2.  Plaintiff will have 35 minutes to present its argument on the preliminary injunction motion, and defendants, collectively, will have 35 minutes to present their argument.  Plaintiff will have ten minutes to present its argument on the motion for an order to show cause re contempt and defendants, collectively, will have ten minutes to present their argument.

       The Memorandum of Law by Amici Curiae State Attorneys General is accepted and will be considered prior to the hearing.  If the defendants wish to cede any of their time to Amici in opposition to the preliminary injunction motion, they may do so.  Otherwise, no argument from Amici will be allowed.

       **IT IS SO ORDERED**.

Dated: December 9, 2015

WILLIAM H. ORRICK
United States District Judge