1  [COUNSEL LISTED ON SIGNATURE PAGE]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 |
| 12             Plaintiff, | Judge: Hon. William H. Orrick, III |
| 13       v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND NATIONAL ABORTION FEDERATION (NAF)'S DEADLINE TO CHALLENGE STATE SUBPOENAS** |
| 14  THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | |
| 16             Defendants. | Date Action Filed:   July 31, 2015<br>Trial Date: |

Pursuant to Local Rules 7-1(a)(5) and 7-12 and Federal Rule of Civil Procedure 15, National Abortion Federation ("NAF" or "Plaintiff") and Defendants Center for Medical Progress, Biomax Procurement Services, LLC, David Daleiden (collectively, "CMP Defendants") and Troy Newman (collectively, "Defendants"), file this stipulation to extend NAF's deadline to challenge subpoenas issued by the Arizona Attorney General and Louisiana Inspector General to CMP:

WHEREAS, on December 15, 2015, the parties stipulated to extend NAF's deadline to either: (1) complete its meet-and-confer discussions with the Arizona Attorney General and/or the Louisiana Inspector General; or (2) initiate litigation concerning the subpoenas from December 18, 2015 to January 19, 2016 (Dkt. 300);

WHEREAS, the parties also stipulated that "no audio or video footage, documents, or any other material covered by this Court's Temporary Restraining Order, as modified by the Court, may be produced in response to the subpoenas issued by the Arizona Attorney General and Louisiana Inspector General unless and until: (1) NAF and representatives of either or both the Arizona Attorney General and Louisiana Inspector General reach agreement concerning the scope, terms, and conditions of any production in response to their respective subpoenas. An agreement with one state does not authorize a response with respect to the other state; or (2) If NAF initiates litigation in accordance with Paragraph 1 above, disputes concerning the particular subpoena are resolved by the court in which that litigation is filed." *Id.*

WHEREAS, the Court granted the parties' stipulation on December 17, 2015 (Dkt. 302);

WHEREAS, it is in the best interests of the Court and the parties to extend NAF's deadline to reach agreement concerning the appropriate scope of a production or initiate litigation from January 19, 2016 to thirty (30) days after the Court's ruling on NAF's motion for preliminary injunction;

WHEREAS, extending this deadline will not impact the existing schedule in this litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1.     1. NAF may have until thirty (30) days after the Court's ruling on NAF's motion for preliminary injunction to either (1) complete its meet-and-confer discussions with the Arizona Attorney General and/or the Louisiana Inspector General, or (2) initiate litigation concerning the subpoenas issued by the Arizona Attorney General and/or Louisiana Inspector General in the appropriate fora.

2.     2. No audio or video footage, documents, or any other material covered by this Court's Temporary Restraining Order, as modified by the Court, may be produced in response to the subpoenas issued by the Arizona Attorney General and Louisiana Inspector General unless and until: (1) NAF and representatives of either or both the Arizona Attorney General and Louisiana Inspector General reach agreement concerning the scope, terms, and conditions of any production in response to their respective subpoenas. An agreement with one state does not authorize a response with respect to the other state; or (2) If NAF initiates litigation in accordance with Paragraph 1 above, and disputes concerning the particular subpoena are resolved by the court in which that litigation is filed. In the event that NAF does not reach an agreement or initiate litigation with respect to either or both subpoenas, CMP may respond on the thirty-first day after the Court's ruling on NAF's motion for preliminary injunction to the particular subpoena or subpoenas for which there is no agreement or litigation pending.

STIPULATION AND [PROPOSED] ORDER TO EXTEND NAF'S DEADLINE TO CHALLENGE STATE SUBPOENAS
CASE NO. 3:15-cv-3522-WHO
sf-3610710

2

| | | |
|---|---|---|
| 1 | Dated: January 11, 2016 | LINDA E. SHOSTAK (CA SBN 64599) |
| 2 | | DEREK F. FORAN (CA SBN 224569) |
| | | CHRISTOPER L. ROBINSON |
| 3 | | (CA SBN 260778) |
| | | NICHOLAS S. NAPOLITAN |
| 4 | | (CA SBN 251762) |
| | | MORRISON & FOERSTER LLP |
| 5 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 6 | | Telephone: 415.268.7000 |
| | | Facsimile: 415.268.7522 |
| 7 | | Email:  LShostak@mofo.com |
| | | Email:  Dforan@mofo.com |
|   | | Email:  ChristopherRobinson@mofo.com |

By:  */s/ Derek F. Foran*
     DEREK F. FORAN

*Attorneys for Plaintiff  NATIONAL ABORTION FEDERATION (NAF)*

STIPULATION AND [PROPOSED] ORDER TO EXTEND NAF'S DEADLINE TO CHALLENGE STATE SUBPOENAS
CASE NO. 3:15-cv-3522-WHO
sf-3610710

3

| | |
|---|---|
| Dated: January 11, 2016 | By: */s/ Steven Wood*<br>       Steven Wood |

STEVEN N.H WOOD (CA SBN 161291)
wood@wcjuris.com
BRUCE A. McINTOSH (SBN 175607)
bmcintosh@wcjuris.com
STEPHEN C. SETO (SBN 175458)
sseto@wcjuris.com
BERGQUIST WOOD McINTOSH SETO LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone:  (925) 938-6100
Fascimile:   (925) 938-4354

*Attorneys for Defendants The Center for Medical Progress and Biomax Procurement Services, LLC*

| | |
|---|---|
| Dated: January 11, 2016 | By: */s/ Erik Zimmerman*<br>       Erik Zimmerman |

JAY ALAN SEKULOW (DC Bar 496335)
CARLY F. GAMMILL (TN Bar 28217)
cgammill@aclj-dc.org
ABIGAIL A. SOUTHERLAND (TN Bar 022608)
asoutherland@aclj.org
JOSEPH WILLIAMS* (TN Bar 033626)
AMERICAN CENTER FOR LAW & JUSTICE
201 Maryland Avenue, NE
Washington, DC 20002
Tel:  (202) 546-8890; Fax:  (202) 546-9309

BRIAN R. CHAVEZ-OCHOA (CA Bar 190289)
brianr@chavezochoalaw.com
CHAVEZ-OCHOA LAW OFFICES, INC.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Tel: (209) 772-3013; Fax: (209) 772-3090

EDWARD L. WHITE III (MI Bar P62485)
ewhite@aclj.org
ERIK M. ZIMMERMAN (MI Bar P78026)
ezimmerman@aclj.org
AMERICAN CENTER FOR LAW & JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, MI 48105
Tel:  (734) 680-8007; Fax:  (734) 680-8006

Vladimir F. Kozina (CA Bar 95422)
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207
Tel: (209) 477-3833; Fax: (209) 473-4818

*Attorneys for Defendant,
Troy Newman*

STIPULATION AND [PROPOSED] ORDER TO EXTEND NAF'S DEADLINE TO CHALLENGE STATE SUBPOENAS
CASE NO. 3:15-cv-3522-WHO
sf-3610710

4

Dated: January 11, 2016

By: /s/ Catherine Short
    CATHERINE SHORT

CATHERINE W. SHORT (CA Bar 117442)
LIFE LEGAL DEFENSE FOUNDATION
P.O. Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
Fax: (805) 640-1940
E-Mail: LLDFOjai@earthlink.net

Thomas Brejcha
Peter Breen
Corrine Konczal
Thomas More Society
19 La Salle St., Ste. 603
Chicago, IL 60603
Email: tbrejcha@thomasmoresociety.org

*Attorneys for Defendant,*
*David Daleiden (aka "Robert Sarkis")*

STIPULATION AND [PROPOSED] ORDER TO EXTEND NAF'S DEADLINE TO CHALLENGE STATE SUBPOENAS
CASE NO. 3:15-cv-3522-WHO
sf-3610710

5

**ATTESTATION OF E-FILED SIGNATURE**

I, Derek F. Foran, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND NAF'S DEADLINE TO CHALLENGE STATE SUBPOENAS. In compliance with General Order 45, X.B., I hereby attest that Derek Foran, Steven Wood, Erik Zimmerman, and Catherine Short concur in this filing.

Dated: January 11, 2016                                   */s/ Derek F. Foran*
                                                                     DEREK F. FORAN

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2016                               Honorable William H. Orrick, III

                                                                     United States District Court