1  Edward L. White III, *pro hac vice*
2  Erik M. Zimmerman, *pro hac vice*
   AMERICAN CENTER FOR LAW & JUSTICE
3  3001 Plymouth Rd., Ste. 203
   Ann Arbor, MI 48105
4  Tel: (734) 680-8007
   Facsimile: (734) 680-8006
5  ewhite@aclj.org
   ezimmerman@aclj.org
6

7  *Attorneys for Defendant Troy Newman*

8  (Additional counsel listed on signature page)

9

10 **UNITED STATES DISTRICT COURT,**
   **NORTHERN DISTRICT OF CALIFORNIA**
11

12 | NATIONAL ABORTION FEDERATION (NAF), | ) Case No. 3:15-cv-3522 (WHO) |
   |---|---|
13 | | ) Judge William H. Orrick, III |
14 | Plaintiff, | ) |
15 | vs. | ) Certificate of Service for Notice re: Submission of Declarations in Response to Court Order of December 30, 2015, Dkt. No. 325 |
16 | THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN, | ) |
17 | | ) |
18 | | ) |
19 | Defendants. | ) |
20

21     On January 15, 2016, I emailed the document that I filed under seal, entitled "Notice re:
22 Submission of Declarations in Response to Court Order of December 30, 2015, Dkt. No. 325,"
23 along with the attached declarations, to the following counsel:
24 Alexandra Laks, alaks@mofo.com
25 Bruce McIntosh, bmcintosh@wcjuris.com
26 Catherine Short, lldfojai@cs.com
27 Christopher Schweickert, cjs@wcjuris.com
28

Certificate of Service for Notice Re: Submission of Declarations in
Response to Court Order, Dkt. No. 325, Case No. 3:15-CV-3522

1  Christopher Robinson, christopherrobinson@mofo.com

2  Corrine Konczal, ckonczal@thomasmoresociety.org

3  Corrine Purvis, Cpurvis@bopplaw.com

4  Derek Foran, dforan@mofo.com

5  James Bopp, Jr., jboppjr@aol.com

6  Lawrence Serrano, jserrano@mofo.com

7  Linda Shostak, lshostak@mofo.com

8  Nicholas Napolitan, nnapolitan@mofo.com

9  Peter Breen, pbreen@thomasmoresociety.org

10  Stephen Seto, sseto@wcjuris.com

11  Steven Wood, wood@wcjuris.com

12  Thomas Brejcha, tbrejcha@thomasmoresociety.org

13       Dated January 15, 2016.

/s/ Erik M. Zimmerman

| Erik M. Zimmerman, *pro hac vice* | Jay Alan Sekulow (DC Bar 496335) |
| Edward L. White III, *pro hac vice* | Carly F. Gammill, *pro hac vice* |
| AMERICAN CENTER FOR LAW & JUSTICE | Abigail A. Southerland, *pro hac vice* |
| 3001 Plymouth Rd., Ste. 203 | Joseph Williams, *pro hac vice* |
| Ann Arbor, MI 48105 | AMERICAN CENTER FOR LAW & JUSTICE |
| Tel: (734) 680-8007 | 201 Maryland Ave., NE |
| Facsimile: (734) 680-8006 | Washington, DC 20002 |
| ewhite@aclj.org | Tel: (202) 546-8890; Facsimile: (202) 546-9309 |
| ezimmerman@aclj.org | |
| | |
| Vladimir F. Kozina (CA Bar 95422) | *Counsel for Defendant Troy Newman* |
| MAYALL HURLEY, P.C. | |
| 2453 Grand Canal Blvd. | |
| Stockton, CA 95207 | |
| Tel: (209) 477-3833; Facsimile: (209) 473-4818 | |

2

Certificate of Service for Notice Re: Submission of Declarations in
Response to Court Order, Dkt. No. 325, Case No. 3:15-CV-3522