| | |
|---|---|
| 1 | LINDA E. SHOSTAK (CA SBN 64599) |
| | LShostak@mofo.com |
| 2 | DEREK F. FORAN (CA SBN 224569) |
| | DForan@mofo.com |
| 3 | NICHOLAS S. NAPOLITAN (CA SBN 251762) |
| | NNapolitan@mofo.com |
| 4 | CHRISTOPHER L. ROBINSON (CA SBN 260778) |
| | ChristopherRobinson@mofo.com |
| 5 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 6 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 7 | Facsimile: 415.268.7522 |
| 8 | Attorneys for Plaintiff |
| | NATIONAL ABORTION FEDERATION (NAF) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 WHO |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date Action Filed: July 31, 2015 |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | Judge: Hon. William H. Orrick |
| Defendants. | |

sf-3588982

1

PROOF OF SERVICE

# PROOF OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on January 15, 2016, I served a copy of:

**NAF'S OMNIBUS OF DECLARATIONS IN RESPONSE TO THE COURT'S ORDER OF DECEMBER 30, 2015** (as filed under seal)

[x] **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system from mblackmer@mofo.com server's email address to the email addresses set forth below per agreement in accordance with Federal Rule of Civil Procedure Rule 5(b).

Thomas Brejcha
Peter Breen
Corrine Gura Konczal
THOMAS MORE SOCIETY
19 S. La Salle Street, Suite 603
Chicago, IL 60603
Telephone (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmoresociety.org
ckonczal@thomasmoresociety.org

Catherine W. Short
Legal Director
LIFE LEGAL DEFENSE FOUNDATION
P.O. Box 1313
Ojai, CA 93024
Telephone (707) 337-6880
Facsimile (805) 640-1940
lldfojai@cs.com

Steven N.H. Wood
Stephen C. Seto
Bruce A. McIntosh
Christopher J. Schweickart
BERGQUIST WOOD McINTOSH
   SETO LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone (925) 938-6100
Facsimile (925) 938-4354
wood@wcjuris.com
sseto@wcjuris.com
bmcintosh@wcjuris.com

Vladimir F. Kozina
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
vkozina@mayallaw.com

sf-3588982

2

| | |
|---|---|
| Erik M. Zimmerman<br>Edward L. White III<br>AMERICAN CENTER FOR LAW<br>   & JUSTICE<br>3001 Plymouth Road, Suite 203<br>Ann Arbor, MI  48105<br>Telephone (734) 680-8007<br>Facsimile (734) 680-8006<br>ezimmerman@aclj.org<br>ewhite@aclj.org | Carly F. Gammill<br>Abigail A. Southerland<br>John Joseph Williams<br>AMERICAN CENTER FOR LAW<br>   & JUSTICE<br>188 Front Street, Suite 116-19<br>Franklin, TN  37064<br>Telephone:  615-415-4822<br>Facsimile:  615-599-5189<br>cgammill@aclj-dc.org<br>asoutherland@aclj.org<br>jwilliams@aclj.org |
| James Bopp, Jr.<br>Corrine Purvis<br>THE BOPP LAW FIRM, P.C.<br>1 South Sixth Street<br>Terre Haute, Ind. 47807<br>Telephone (812) 232-2434<br>Facsimile (812) 235-3685<br>jboppjr@aol.com<br>cpurvis@bopplaw.com | Jay Alan Sekulow<br>AMERICAN CENTER FOR LAW<br>   & JUSTICE<br>201 Maryland Avenue, NE<br>Washington, DC 20002<br>Telephone (202) 546-8890<br>Facsimile (202) 546-9309<br>sekulow@aclj.org |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 15th day of January, 2016.

    Magdalena Blackmer                                                                                            
(typed)                                                           (signature)