Catherine W. Short, Esq.; SBN 117442
LIFE LEGAL DEFENSE FOUNDATION
Post Office Box 1313
Ojai, CA 93024-1313
Tel: (707) 337-6880
LLDFOjai@earthlink.net

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Corrine Konczal, *pro hac vice*
THOMAS MORE SOCIETY
19 S. La Salle St., Ste. 603
Chicago, IL 60603
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
*Attorneys for Defendant David Daleiden*

Steven N.H. Wood, SBN 161291
Bruce A. McIntosh, SBN 175607
Stephen C. Seto, SBN 175458
Christopher J. Schweickert, SBN 225942
BERGQUIST WOOD MCINTOSH SETO LLP
1470 Maria Ln., Ste. 300
Walnut Creek, CA 94596
Tel: (925) 938-6100
Facsimile: (925) 938-4354
wood@wcjuris.com
bmcintosh@wcjuris.com
sseto@wcjuris.com
cjs@wcjuris.com
*Attorneys for Defendant The Center for Medical Progress and BioMax Procurement Services, LLC*

# UNITED STATES DISTRICT COURT,
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 (WHO) |
| Plaintiff, | Judge William H. Orrick, III |
| vs. | Proof of Service re: Declarations of Defendants David Daleiden, Center for Medical Progress, and BioMax Procurement Services Pursuant to December 30, 2015 Order |
| THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN, | |
| Defendants. | |

PROOF OF SERVICE RE; DECLARATIONS PURSUANT
TO DEC. 30 ORDER – 3:15-CV-3522 (WHO)

**PROOF OF SERVICE**

I, Corrine Gura Konczal, am an attorney of record in this matter and am employed at the Thomas More Society, 19 S. LaSalle St., Ste. 603, Chicago, IL 60603.  I am not a party in this matter and am over the age of 18.

I declare that, on January 19, 2015, I served a copy of **Declarations of Defendants David Daleiden, Center for Medical Progress, and BioMax Procurement Services Pursuant to December 30, 2015 Order** upon all counsel of record in this matter to the email addresses of record in this matter, pursuant to Fed. R. Civ. P. 5(b).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of January, 2016 in Chicago, Illinois.

_Corrina Konczal_

---

1
PROOF OF SERVICE RE; DECLARATIONS PURSUANT
TO DEC. 30 ORDER – 3:15-CV-3522 (WHO)