UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL ABORTION FEDERATION, et al.,

        Plaintiffs,

    v.

CENTER FOR MEDICAL PROGRESS, et al.,

        Defendants.

Case No. 15-cv-03522-WHO

**ORDER ON ADMINISTRATIVE MOTION TO SHORTEN TIME AND MOTION TO FILE UNDER SEAL**

Re: Dkt. Nos. 340, 342

    Defendants' motion to file under seal portions of their motion to modify the TRO, discussing information covered by the TRO, is GRANTED. Dkt. No. 340.

    Defendants' motion for an order shortening time is GRANTED. Dkt. No. 342. Plaintiffs' opposition to the motion to modify the TRO is due by **5:00 p.m. Tuesday January 26, 2016**. No reply shall be filed and the matter will be taken under submission and decided on or before January 29, 2016. Unless otherwise notified, the matter will be determined on the papers and no hearing will be held.

    **IT IS SO ORDERED**.

Dated: January 22, 2016



WILLIAM H. ORRICK
United States District Judge