Steven N.H. Wood, SBN 161291
BERGQUIST WOOD MCINTOSH SETO LLP
1470 Maria Ln., Ste. 300
Walnut Creek, CA 94596
Tel: (925) 938-6100
Facsimile: (925) 938-4354
wood@wcjuris.com

*Attorney for Defendants The Center for Medical Progress
and BioMax Procurement Services, LLC*

(Additional counsel listed on signature page)

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 (WHO) |
| Plaintiff, | Judge William H. Orrick, III |
| vs. | |
| THE CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN (aka "ROBERT SARKIS"); and TROY NEWMAN, | Notice of Change in Defendant Center for Medical Progress's Board Membership |
| Defendants. | |

Counsel for Defendant Center for Medical Progress (CMP) seeks to notify the Court that Elizabeth Shearer is now CMP's Secretary, and Defendant Troy Newman is no longer a CMP board member.

Respectfully submitted,

/s/ Steven N.H. Wood
Steven N.H. Wood, SBN 161291
Bruce A. McIntosh, SBN 175607
Stephen C. Seto, SBN 175458
Christopher J. Schweickert, SBN 225942
BERGQUIST WOOD MCINTOSH SETO LLP
1470 Maria Ln., Ste. 300
Walnut Creek, CA 94596
Tel: (925) 938-6100
Facsimile: (925) 938-4354
wood@wcjuris.com
bmcintosh@wcjuris.com
sseto@wcjuris.com
cjs@wcjuris.coom

James Bopp, Jr., *pro hac vice*
Corrine Purvis, *pro hac vice*
THE BOPP LAW FIRM, P.C.
1 South Sixth St.
Terre Haute, IN 47807
Tel: (812) 232-2434
Facsimile: (812) 235-3685
JBoppjr@aol.com

*Attorneys for Defendants*
*The Center For Medical Progress and BioMax Procurement Services, LLC*