1    [COUNSEL LISTED ON SIGNATURE PAGE]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   NATIONAL ABORTION FEDERATION (NAF),    Case No. 3:15-cv-3522

12                  Plaintiff,               Judge:  Hon. William H. Orrick, III

13           v.                              **STIPULATION AND ORDER TO
                                             EXTEND NATIONAL ABORTION
14   THE CENTER FOR MEDICAL PROGRESS,        FEDERATION (NAF)'S
     BIOMAX PROCUREMENT SERVICES LLC,        DEADLINE TO CHALLENGE
15   DAVID DALEIDEN (aka "ROBERT SARKIS"),   STATE SUBPOENAS**
     and TROY NEWMAN,
16                                           Date Action Filed:    July 31, 2015
                 Defendants.                 Trial Date:
17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rules 7-1(a)(5) and 7-12 and Federal Rule of Civil Procedure 15, National Abortion Federation ("NAF" or "Plaintiff") and Defendants Center for Medical Progress, Biomax Procurement Services, LLC, David Daleiden (collectively, "CMP Defendants") and Troy Newman (collectively, "Defendants"), file this stipulation to extend NAF's deadline to challenge subpoenas issued by the Arizona Attorney General and Louisiana Inspector General to CMP:

WHEREAS, the Court issued its ruling on NAF's motion for preliminary injunction on February 5, 2016 (Dkt. 354);

WHEREAS, on April 6, 2016, the parties stipulated to extend NAF's deadline to either: (1) complete its meet-and-confer discussions with the Arizona Attorney General and/or the Louisiana Inspector General; or (2) initiate litigation concerning the subpoenas to April 20, 2016 (Dkt. 364);

WHEREAS, the parties also stipulated that "no audio or video footage, documents, or any other material covered by this Court's Preliminary Injunction Order, as modified by the Court, may be produced in response to the subpoenas issued by the Arizona Attorney General and Louisiana Inspector General unless and until: (1) NAF and representatives of either or both the Arizona Attorney General and Louisiana Inspector General reach agreement concerning the scope, terms, and conditions of any production in response to their respective subpoenas.  An agreement with one state does not authorize a response with respect to the other state; or (2) If NAF initiates litigation in accordance with Paragraph 1 above, disputes concerning the particular subpoena are resolved by the court in which that litigation is filed." *Id.*

WHEREAS, the Court granted the parties' stipulation on April 6, 2016 (Dkt. 365);

WHEREAS, counsel for NAF represents that it has engaged in meet and confer discussions directly with representatives of the Arizona Attorney General and Louisiana Inspector General, continues to engage in such discussions, and is approaching resolution of both of the subpoenas;

WHEREAS, it is in the best interests of the Court and the parties to extend NAF's deadline to reach agreement concerning the appropriate scope of a production or initiate litigation from April 20, 2016 for an additional forty (40) days to May 30, 2016;

WHEREAS, extending this deadline will not impact the existing schedule in this litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1.  NAF may have until May 30, 2016 to either (1) complete its meet-and-confer discussions with the Arizona Attorney General and/or the Louisiana Inspector General, or (2) initiate litigation concerning the subpoenas issued by the Arizona Attorney General and/or Louisiana Inspector General in the appropriate fora.

2.  No audio or video footage, documents, or any other material covered by this Court's Preliminary Injunction Order may be produced in response to the subpoenas issued by the Arizona Attorney General and Louisiana Inspector General unless and until: (1) NAF and representatives of either or both the Arizona Attorney General and Louisiana Inspector General reach agreement concerning the scope, terms, and conditions of any production in response to their respective subpoenas.  An agreement with one state does not authorize a response with respect to the other state; or (2) If NAF initiates litigation in accordance with Paragraph 1 above, and disputes concerning the particular subpoena are resolved by the court in which that litigation is filed.  In the event that NAF does not reach an agreement or initiate litigation with respect to either or both subpoenas, CMP may respond on May 31, 2016 to the particular subpoena or subpoenas for which there is no agreement or litigation pending.

1  Dated: April 19, 2016

LINDA E. SHOSTAK (CA SBN 64599)
DEREK F. FORAN (CA SBN 224569)
2                              CHRISTOPER L. ROBINSON
(CA SBN 260778)
3                              NICHOLAS S. NAPOLITAN
(CA SBN 251762)
4                              MORRISON & FOERSTER LLP
425 Market Street
5                              San Francisco, California 94105-2482
Telephone: 415.268.7000
6                              Facsimile: 415.268.7522
Email:  LShostak@mofo.com
7                              Email:  Dforan@mofo.com
Email:  ChristopherRobinson@mofo.com
8

9

By:  */s/ Derek F. Foran*
10                              DEREK F. FORAN

11                              *Attorneys for Plaintiff  NATIONAL
ABORTION FEDERATION (NAF)*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: April 19, 2016

By:___/s/ Steven Wood_____
         Steven Wood

2

3    STEVEN N.H WOOD (CA SBN 161291)
wood@wcjuris.com
BRUCE A. McINTOSH (SBN 175607)

4    bmcintosh@wcjuris.com
STEPHEN C. SETO (SBN 175458)

5    sseto@wcjuris.com
BERGQUIST WOOD McINTOSH SETO

6    LLP
1470 Maria Lane, Suite 300

7    Walnut Creek, CA 94596
Telephone:  (925) 938-6100

8    Fascimile:   (925) 938-4354

9    *Attorneys for Defendants The Center for
Medical Progress and Biomax Procurement*

10   *Services, LLC*

11   Dated: April 19, 2016

By:___/s/ Erik Zimmerman_____
         Erik Zimmerman

12

13   JAY ALAN SEKULOW (DC Bar
496335)
CARLY F. GAMMILL (TN Bar 28217)

14   cgammill@aclj-dc.org
ABIGAIL A. SOUTHERLAND (TN Bar

15   022608)
asoutherland@aclj.org

16   JOSEPH WILLIAMS* (TN Bar 033626)
AMERICAN CENTER FOR LAW &

17   JUSTICE
201 Maryland Avenue, NE

18   Washington, DC 20002
Tel:  (202) 546-8890; Fax:  (202) 546-

19   9309

BRIAN R. CHAVEZ-OCHOA (CA Bar
190289)
brianr@chavezochoalaw.com
CHAVEZ-OCHOA LAW OFFICES, INC.
4 Jean Street, Suite 4
Valley Springs, CA 95252
Tel: (209) 772-3013; Fax: (209) 772-3090

EDWARD L. WHITE III (MI Bar P62485)
ewhite@aclj.org
ERIK M. ZIMMERMAN (MI Bar P78026)
ezimmerman@aclj.org
AMERICAN CENTER FOR LAW &
JUSTICE
3001 Plymouth Road, Suite 203
Ann Arbor, MI 48105
Tel:  (734) 680-8007; Fax:  (734) 680-8006

20

21

22   Vladimir F. Kozina (CA Bar 95422)
MAYALL HURLEY, P.C.
2453 Grand Canal Boulevard

23   Stockton, CA 95207
Tel: (209) 477-3833; Fax: (209) 473-4818

24

25   *Attorneys for Defendant,
Troy Newman*

26

27

28

1

Dated: April 19, 2016                    By:___/s/ Catherine Short_____
                                              CATHERINE SHORT

2

3                                         CATHERINE W. SHORT (CA Bar 117442)
                                          LIFE LEGAL DEFENSE FOUNDATION
                                          P.O. Box 1313
4                                         Ojai, CA 93024-1313
                                          Tel:  (707) 337-6880
5                                         Fax:  (805) 640-1940
                                          E-Mail:  LLDFOjai@earthlink.net

6

7                                         Thomas Brejcha
                                          Peter Breen
                                          Corrine Konczal
8                                         Thomas More Society
                                          19 La Salle St., Ste. 603
9                                         Chicago, IL 60603
                                          Email: tbrejcha@thomasmoresociety.org

10

11                                        *Attorneys for Defendant,*
                                          *David Daleiden (aka "Robert Sarkis")*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                **ATTESTATION OF E-FILED SIGNATURE**

3              I, Derek F. Foran, am the ECF User whose ID and password are being used to file this

4       STIPULATION TO EXTEND NAF'S DEADLINE TO CHALLENGE STATE SUBPOENAS.

5       In compliance with General Order 45, X.B., I hereby attest that Derek Foran, Steven Wood, Erik

6       Zimmerman, and Catherine Short concur in this filing.

7       Dated: April 19, 2016                        _____/s/ Derek F. Foran_____
                                                             DEREK F. FORAN
8

9

10                                       **ORDER**

11             PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13

14                                          _____

15      Dated:  April 19, 2016
                                                    Honorable William H. Orrick, III
16
                                                    United States District Court
17

18

19

20

21

22

23

24

25

26

27

28