1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 |
|---|---|
| Plaintiff, | Judge: Hon. William H. Orrick, III |
| v. | **STIPULATION AND ORDER TO EXTEND NATIONAL ABORTION FEDERATION (NAF)'S DEADLINE TO CHALLENGE STATE SUBPOENAS** |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | |
| Defendants. | Date Action Filed:   July 31, 2015<br>Trial Date: |

Pursuant to Local Rules 7-1(a)(5) and 7-12 and Federal Rule of Civil Procedure 15, National Abortion Federation ("NAF" or "Plaintiff") and Defendants Center for Medical Progress, Biomax Procurement Services, LLC, David Daleiden (collectively, "CMP Defendants") and Troy Newman (collectively, "Defendants"), file this stipulation to extend NAF's deadline to challenge subpoenas issued by the Arizona Attorney General and Louisiana Inspector General to CMP:

WHEREAS, the Court issued its ruling on NAF's motion for preliminary injunction on February 5, 2016 (Dkt. 354);

WHEREAS, on April 18, 2016, the parties stipulated to extend NAF's deadline to either: (1) complete its meet-and-confer discussions with the Arizona Attorney General and/or the Louisiana Inspector General; or (2) initiate litigation concerning the subpoenas to May 30, 2016 (Dkt. 368);

WHEREAS, the parties also stipulated that "no audio or video footage, documents, or any other material covered by this Court's Preliminary Injunction Order, as modified by the Court, may be produced in response to the subpoenas issued by the Arizona Attorney General and Louisiana Inspector General unless and until: (1) NAF and representatives of either or both the Arizona Attorney General and Louisiana Inspector General reach agreement concerning the scope, terms, and conditions of any production in response to their respective subpoenas.  An agreement with one state does not authorize a response with respect to the other state; or (2) If NAF initiates litigation in accordance with Paragraph 1 above, disputes concerning the particular subpoena are resolved by the court in which that litigation is filed." *Id.*

WHEREAS, the Court granted the parties' stipulation on April 19, 2016 (Dkt. 370);

WHEREAS, counsel for NAF represents that it has engaged in meet and confer discussions directly with representatives of the Arizona Attorney General and Louisiana Inspector General;

WHEREAS, it is in the best interests of ~~the Court and~~ the parties to extend NAF's deadline to reach agreement concerning the appropriate scope of a production or initiate litigation

from May 30, 2016 to September 30, 2016 or thirty (30) days after the Ninth Circuit's ruling regarding the preliminary injunction, whichever comes first;

WHEREAS, extending this deadline will not impact the existing schedule in this litigation;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties, subject to the approval of the Court, that:

1. NAF may have until **JUNE 20, 2016** ~~or thirty (30) days after the Ninth Circuit's ruling regarding the preliminary injunction, whichever comes first~~, to either (1) complete its meet-and-confer discussions with the Arizona Attorney General and/or the Louisiana Inspector General, or (2) initiate litigation concerning the subpoenas issued by the Arizona Attorney General and/or Louisiana Inspector General in the appropriate fora.

2. No audio or video footage, documents, or any other material covered by this Court's Preliminary Injunction Order may be produced in response to the subpoenas issued by the Arizona Attorney General and Louisiana Inspector General unless and until: (1) NAF and representatives of either or both the Arizona Attorney General and Louisiana Inspector General reach agreement concerning the scope, terms, and conditions of any production in response to their respective subpoenas.  An agreement with one state does not authorize a response with respect to the other state; or (2) If NAF initiates litigation in accordance with Paragraph 1 above, and disputes concerning the particular subpoena are resolved by the court in which that litigation is filed.  In the event that NAF does not reach an agreement or initiate litigation with respect to either or both subpoenas, CMP may respond to the particular subpoena or subpoenas for which there is no agreement or litigation pending after the applicable deadline as set forth in Paragraph 1 above.

| | | |
|---|---|---|
| 1 | Dated: May 20, 2016 | LINDA E. SHOSTAK (CA SBN 64599) |
| 2 | | DEREK F. FORAN (CA SBN 224569) |
| | | CHRISTOPER L. ROBINSON |
| 3 | | (CA SBN 260778) |
| | | NICHOLAS S. NAPOLITAN |
| 4 | | (CA SBN 251762) |
| | | MORRISON & FOERSTER LLP |
| 5 | | 425 Market Street |
| | | San Francisco, California 94105-2482 |
| 6 | | Telephone: 415.268.7000 |
| | | Facsimile: 415.268.7522 |
| 7 | | Email:  LShostak@mofo.com |
| | | Email:  Dforan@mofo.com |
| 8 | | Email:  ChristopherRobinson@mofo.com |

By:  */s/ Derek F. Foran*
         DEREK F. FORAN

*Attorneys for Plaintiff  NATIONAL ABORTION FEDERATION (NAF)*

| | | |
|---|---|---|
| 1 | Dated: May 20, 2016 | By:   /s/ Steven Wood |
| 2 | | Steven Wood |
| 3 | | STEVEN N.H WOOD (CA SBN 161291) |
| | | wood@wcjuris.com |
| | | BRUCE A. McINTOSH (SBN 175607) |
| 4 | | bmcintosh@wcjuris.com |
| | | STEPHEN C. SETO (SBN 175458) |
| 5 | | sseto@wcjuris.com |
| | | BERGQUIST WOOD McINTOSH SETO LLP |
| 6 | | 1470 Maria Lane, Suite 300 |
| 7 | | Walnut Creek, CA 94596 |
| | | Telephone:  (925) 938-6100 |
| 8 | | Fascimile:   (925) 938-4354 |
| 9 | | *Attorneys for Defendants The Center for Medical Progress and Biomax Procurement Services, LLC* |
| 10 | | |
| 11 | Dated: May 20, 2016 | By:   /s/ Erik Zimmerman |
| | | Erik Zimmerman |
| 12 | | |
| 13 | JAY ALAN SEKULOW (DC Bar 496335) | BRIAN R. CHAVEZ-OCHOA (CA Bar 190289) |
| 14 | CARLY F. GAMMILL (TN Bar 28217) | brianr@chavezochoalaw.com |
| | cgammill@aclj-dc.org | CHAVEZ-OCHOA LAW OFFICES, INC. |
| 15 | ABIGAIL A. SOUTHERLAND (TN Bar 022608) | 4 Jean Street, Suite 4 |
| | | Valley Springs, CA 95252 |
| | asoutherland@aclj.org | Tel: (209) 772-3013; Fax: (209) 772-3090 |
| 16 | JOSEPH WILLIAMS* (TN Bar 033626) | |
| 17 | AMERICAN CENTER FOR LAW & JUSTICE | EDWARD L. WHITE III (MI Bar P62485) |
| | | ewhite@aclj.org |
| 18 | 201 Maryland Avenue, NE | ERIK M. ZIMMERMAN (MI Bar P78026) |
| | Washington, DC 20002 | ezimmerman@aclj.org |
| | Tel:  (202) 546-8890; Fax:  (202) 546-9309 | AMERICAN CENTER FOR LAW & JUSTICE |
| 19 | | 3001 Plymouth Road, Suite 203 |
| 20 | | Ann Arbor, MI 48105 |
| | | Tel:  (734) 680-8007; Fax:  (734) 680-8006 |
| 21 | | |
| 22 | | Vladimir F. Kozina (CA Bar 95422) |
| | | MAYALL HURLEY, P.C. |
| 23 | | 2453 Grand Canal Boulevard |
| | | Stockton, CA 95207 |
| | | Tel: (209) 477-3833; Fax: (209) 473-4818 |
| 24 | | |
| 25 | | *Attorneys for Defendant,* |
| | | *Troy Newman* |
| 26 | | |
| 27 | | |
| 28 | | |

1  Dated: May 20, 2016					By:	*/s/ Catherine Short*
							CATHERINE SHORT

	CATHERINE W. SHORT (CA Bar 117442)
	LIFE LEGAL DEFENSE FOUNDATION
	P.O. Box 1313
	Ojai, CA 93024-1313
	Tel:  (707) 337-6880
	Fax:  (805) 640-1940
	E-Mail:  LLDFOjai@earthlink.net

	Thomas Brejcha
	Peter Breen
	Corrine Konczal
	Thomas More Society
	19 La Salle St., Ste. 603
	Chicago, IL 60603
	Email: tbrejcha@thomasmoresociety.org

	*Attorneys for Defendant,*
	*David Daleiden (aka "Robert Sarkis")*

**ATTESTATION OF E-FILED SIGNATURE**

I, Derek F. Foran, am the ECF User whose ID and password are being used to file this STIPULATION TO EXTEND NAF'S DEADLINE TO CHALLENGE STATE SUBPOENAS. In compliance with General Order 45, X.B., I hereby attest that Derek Foran, Steven Wood, Erik Zimmerman, and Catherine Short concur in this filing.

Dated: May 20, 2016

*/s/ Derek F. Foran*
DEREK F. FORAN

**ORDER**

PURSUANT TO STIPULATION, NAF may have until **JUNE 20, 2016** to either (1) complete its meet-and-confer discussions with the Arizona Attorney General and/or the Louisiana Inspector General, or (2) initiate litigation concerning the subpoenas issued by the Arizona Attorney General and/or Louisiana Inspector General in the appropriate fora.

A Telephonic Conference to discuss the status of the meet-and-confer discussions will be held on Tuesday **June 14, 2016 at 3:30 pm**. Plaintiffs shall give notice of this Telephonic Conference to counsel for Arizona and Louisiana, who may participate in the telephonic conference if they wish. Counsel wishing to participate in the telephone conference should make arrangements to do so with the Courtroom Deputy.

Honorable William H. Orrick, III
United States District Court

Dated: May 23, 2016