# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** July 11, 2017 | **Time:** 1 hour, 9 minutes 3:05 p.m. to 4:14 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 15-cv-03522-WHO | **Case Name:** National Abortion Federation v. Center for Medical Progress | |

**Attorneys for Plaintiff:**    Derek F. Foran, Linda Shostak and Christopher Robinson
**Attorneys for Defendants:**  Paul M. Jonna, Catherine Short, and Matthew F. Heffron
(appearing personally)

Vladimir Kozina and Erik Zimmerman
(appearing telephonically)

**Attorney for Non-Parties**
**Steven Cooley & Brentford J. Ferreira:**    Matthew Geragos

**Deputy Clerk:** Jean Davis                                **Court Reporter:** Katherine Sullivan


## PROCEEDINGS

| | |
|---|---|
| 3:05 p.m. | Court in session |
| | Counsel enter their appearances |
| | The Court solicits from counsel any corrections or other clarifications as to the timeline contained in July 10, 2017 Order Concerning OSC Hearing. |
| 3:08 p.m. | Paul M. Jonna heard as to the timeline and queried by the Court |
| 3:13 p.m. | Matthew F. Heffron and Catherine Short waive further commentary as to the timeline |
| 3:14 p.m. | Matthew Geragos defers to other counsel as to the timeline |
| 3:15 p.m. | Derek Foran heard as to the timeline. Mr. Foran advises of his intention to file an amended declaration providing timestamp evidence for prior exhibits |
| 3:19 pm. | Catherine Short heard in response/objection to Mr. Foran's statement |
| | The Court directs that defendant may respond to any filing made by plaintiff within 48 hours of that filing. |
| 3:20 p.m. | Matthew F. Heffron heard and asserts attorney-client privilege on behalf of all civil defense counsel as basis for their refusal to answer any of the Court's questions listed the Order Concerning OSC Hearing. It is the defense position that all the proposed questions would invade it or the work product doctrine. |
| 3:23 p.m. | Paul M. Jonna reads into the record the remarks prepared by counsel Charles LiMandri, who is on a pre-paid vacation and did not attend the hearing. |

| | |
|---|---|
| 3:30 p.m. | Matthew Geragos heard and assertsthe attorney-client privilege on behalf of his clients as the basis for their refusal to answer any of the Court's questions listed in the Order Concerning OSC Hearing. |
| 3:31 p.m. | Ferreira and Cooley called before the Court and confirm their assertion of attorney-client privilege and work-product protection as basis for refusal to answer the questions posed by the Court. |
| 3:35 p.m. | David Daleiden called before the Court.<br>Mr. Heffron invokes the attorney-client privilege on behalf of Daleiden and also asserts his client's entitlement to invoke the Fifth Amendment privilege. Court confirms that for each question, Daleiden refuses to answer based on the attorney-client privilege. |
| 3:38 p.m. | Argument of Matthew Geragos heard as to civil contempt issue. |
| 3:45 p.m. | Argument of Paul M. Jonna heard as to civil contempt issue. |
| 3:53 p.m. | Catherine Short heard as to plaintiff's suggested remedies/damages. |
| 3:56 p.m. | Argument of Derek Foran heard |
| 4:01 p.m. | Paul M. Jonna heard in rebuttal |
| 4:02 p.m. | Matthew Geragos heard in rebuttal |
| 4:05 p.m. | Paul M. Jonna heard as to damages issue |
| 4:06 p.m. | Catherine Short inquires as to the need for argument as to the disgorgement issue. |
| 4:07 p.m. | Derek Foran heard in support of the proposition that Mr. Daleiden is in contempt. |
| 4:10 p.m. | Court announces preliminary findings: |

The Court anticipates finding Mr. Cooley and Mr. Ferreira in contempt of court on the basis that they acted in direct violation of the Court's injunction and that there is no possible excuse as to the link to the Baltimore videos or the link to the YouTube playlist that were unrelated to the Superior Court action.

The Court finds that Mr. Daleidon and CMP created, published, and posted the Preview video to YouTube. They created and published excerpts from the preliminary injunction materials and uploaded them to YouTube as the defense filings playlist. They also published the 144 hours of preliminary injunction materials to YouTube.

The Court will review today's arguments and prepare a written order. Pending that written order, the following actions should be taken:

By July 28, 2017, plaintiff shall file a declaration establishing reasonable security costs and attorney's fees incurred related to the Order to Show Cause; defendants may file a response by August 4, 2017. The Court is currently inclined to find that Mr. Daleiden, CMP, and criminal defense counsel are jointly and severally liable for those fees and costs.

Mr. Daleiden, CMP, Mr. Cooley, and Mr. Ferreira shall each file by Friday, July 14, 2017, a declaration under penalty of perjury certifying that all preliminary injunction materials have been taken down from any YouTube channel within

>their, their clients', or their agents' control, and that no Preliminary Injunction materials are accessible on any remote host.
>
>CMP and Mr. Daleiden are ordered to turn over to their civil or criminal defense counsel all Preliminary Injunction materials in their possession, custody and control. These materials shall remain in the custody of counsel for the remainder of this litigation, subject to any orders that Judge Hite may make in the criminal case. CMP and Mr. Daleiden may review the material as necessary for the litigation of these matters, provided that it remain in the custody of counsel.

| | |
|---|---|
| 4:13 p.m. | Matthew Geragos moves for 30 day stay to allow appellate review. Court indicates that it is unlikely to grant the stay but the motion is taken under advisement. |
| 4:14 p.m. | Court adjourned. |