MORRISON | FOERSTER

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 1, 2018

Writer's Direct Contact
+1 (415) 268.6323
DForan@mofo.com

*Via ECF*

The Honorable William H. Orrick
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *National Abortion Federation v. Center for Medical Progress, et al.*
      Case No. 3:15-cv-03522

Dear Judge Orrick:

We write to advise the Court that the National Abortion Federation ("NAF") has reached a resolution with the Office of the Arizona Attorney General ("Arizona AG") and the State of Louisiana Office of Inspector General ("Louisiana IG") concerning their subpoenas served on the Center for Medical Progress ("CMP"). The Court had given NAF until June 1, 2018, to complete its meet-and-confer discussions with both the Arizona AG and the Louisiana IG. (Dkt. No. 532.) NAF has now completed those discussions. Subject to NAF's compliance with the terms of its agreements, representatives of the Arizona AG and Louisiana IG have confirmed that the subpoenas will be deemed satisfied and that CMP will have no further obligations under those subpoenas.

Respectfully,

Derek F. Foran

sf-3906027