UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION,<br><br>    Plaintiff,<br><br>   v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.,<br><br>    Defendants. | Case No. 15-cv-03522-WHO<br><br>**ORDER ON LETTER REGARDING ANTI-SLAPP STAY**<br><br>Re: Dkt. No. 556 |

Defendants filed a letter (Dkt. No. 556) asserting that once they filed their anti-SLAPP motion (Dkt. No. 546), California Code of Civil Procedure section 425.16(g) applies to stay the discovery schedule adopted after the most recent Case Management Conference (Dkt. 540). Plaintiff does not oppose the request to clarify whether the stay is appropriate.

Defendants' anti-SLAPP motion will be heard on October 3, 2018. I agree that it does not make sense to initiate the meet and confer process to determine the scope of discovery in this case before I consider the anti-SLAPP motion. Therefore, the parties need not meet and confer or take any other steps with respect to discovery in this case at this time.

On October 3, 2018, after giving my tentative ruling on the anti-SLAPP motion and hearing the argument of counsel, I expect to discuss with counsel how discovery should proceed in this case, especially considering the relevant, on-going discovery in the related *Planned Parenthood v. CMP* case.

**IT IS SO ORDERED.**

Dated: September 12, 2018



William H. Orrick
United States District Judge