UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: February 4, 2020 | Time: 6 minutes 2:23 p.m. to 2:29 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 15-cv-03522-WHO | Case Name: National Abortion Federation v. Center for Medical Progress | |

**Attorneys for Plaintiff:** Derek Foran, Karen Leung, and Spencer McManus (appearing personally)

**Attorneys for Defendants:** Peter Breen, Thomas Brejcha, Jr., Harmeet K. Dhillon, Dorothy Yamamoto, John Monaghan, and Edward L. White, III appearing personally); Paul Jonna (appearing telephonically)

**Deputy Clerk:** Jean Davis          **Court Reporter:** FTR Recording

## PROCEEDINGS

Parties appear for case management conference. Defendants' answer and counterclaims shall be filed by February 18, 2020. On that same date, plaintiff shall file the proposed permanent injunction it will seek as a remedy for its breach of contract cause of action.

The Court is inclined to sever the breach of contract claim and the related request for permanent injunctive relief, as suggested by plaintiff. On or before March 3, 2020, defendants shall file a statement, not exceeding five pages, identifying with specificity the discovery they believe they need to oppose the injunctive relief sought by plaintiff (as outlined in plaintiff's February 18, 2020 statement). Plaintiff may file a response, not to exceed five pages, by March 10, 2020.

**Further Case Management Conference set for March 24, 2020 at 2:00 p.m.**