| | |
|---|---|
| Charles S. LiMandri (CA Bar No. 110841) | Thomas Brejcha, *pro hac vice* |
| Paul M. Jonna (CA Bar No. 265389) | Peter Breen, *pro hac vice* |
| Jeffrey M. Trissell (CA Bar No. 292480) | THOMAS MORE SOCIETY |
| Milan L. Brandon (CA Bar No. 326953) | 309 W. Washington St., Ste. 1250 |
| FREEDOM OF CONSCIENCE DEFENSE FUND | Chicago, IL 60606 |
| P.O. Box 9520 | Tel: (312) 782-1680 |
| Rancho Santa Fe, CA 92067 | tbrejcha@thomasmoresociety.org |
| Tel: (858) 759-9948 | pbreen@thomasmorsociety.org |
| cslimandri@limandri.com | |
| pjonna@limandri.com | Matthew F. Heffron, *pro hac vice* |
| jtrissell@limandri.com | THOMAS MORE SOCIETY |
| | 10506 Burt Circle, Suite 110 |
| Harmeet K. Dhillon (CA Bar No. 207873) | 501 Scoular Building |
| Mark P. Meuser (CA Bar No. 231335) | Omaha, NE 68114 |
| DHILLON LAW GROUP INC. | Tel: (312) 782-1680 |
| 177 Post Street, Suite 700 | mheffron@thomasmoresociety.org |
| San Francisco, CA 94108 | |
| 415-433-1700 | Adam Hochschild, *pro hac vice* |
| 415-520-6593 (fax) | THOMAS MORE SOCIETY |
| harmeet@dhillonlaw.com | P.O. Box 401 |
| mmeuser@dhillonlaw.com | Plainfield, VT 05667 |
| | Tel: 314-503-0326 |
| *Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden* | adam@hochschildlaw.com |
| | *Attorneys for Defendant David Daleiden* |

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No. 3:15-cv-3522 (WHO) |
| Plaintiff, | Judge William H. Orrick, III |
| vs. | Defendants' Notice of Errata re: ECF No. 707-15 |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | Location: Courtroom 2, 17th Floor |
| Defendants. | |

## NOTICE OF ERRATA re: ECF NO. 707-15

In opposition to Plaintiff's motion for summary judgment, Defendants submitted "Exhibit 60," relevant portions of the deposition of NAF Vice President of Communications and Membership, Melissa Fowler, as well exhibit 3 to that deposition. (*See* ECF No. 707-9, Daleiden Decl., ¶ 62.) However, it has come to Plaintiff's attention that the "Exhibit 60" submitted contained only the transcript portions itself, and not exhibit 3 to the deposition. (*See* ECF No. 707-15, Exhibit 60.) Thus, Defendants submit this Notice of Errata correcting Exhibit 60.

Respectfully submitted,

/s/ Harmeet K. Dhillon
Harmeet K. Dhillon (CA Bar No. 207873)
Mark P. Meuser (CA Bar No. 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
415-433-1700
415-520-6593 (fax)
harmeet@dhillonlaw.com
mmeuser@dhillonlaw.com

Charles S. LiMandri (CA Bar No. 110841)
Paul M. Jonna (CA Bar No. 265389)
Jeffrey M. Trissell (CA Bar No. 292480)
Milan L. Brandon (CA Bar No. 326953)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Tel: (858) 759-9948
Facsimile: (858) 759-9938
cslimandri@limandri.com
pjonna@limandri.com
jtrissell@limandri.com

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
Facsimile: (312) 782-1887
tbrejcha@thomasmoresociety.org

pbreen@thomasmoresociety.org
mheffron@thomasmoresociety.org

Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
10506 Burt Circle, Suite 110
501 Scoular Building
Omaha, NE 68114
Tel: (312) 782-1680
mheffron@thomasmoresociety.org

Adam Hochschild, *pro hac vice*
THOMAS MORE SOCIETY
P.O. Box 401
Plainfield, VT 05667
Tel: 314-503-0326
adam@hochschildlaw.com

*Attorneys for Defendant David Daleiden*