[COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>Plaintiff,<br><br>v.<br><br>THE CENTER FOR MEDICAL PROGRESS, et al.,<br><br>Defendants. | Case No. 3:15-cv-3522 (WHO)<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Hon. Judge William H. Orrick, III |

Pursuant to Local Rule 7-12, Defendants the Center for Medical Progress, Biomax Procurement Services, LLC, and David Daleiden (collectively, "Defendants") and Plaintiff National Abortion Federation hereby stipulate to the following:

WHEREAS, Counsel for Plaintiff filed its Motion for Attorneys' Fees and Costs ("Motion") on May 18, 2021 and set for hearing in this Court on July 14, 2021;

WHEREAS, pursuant to Northern District of California Local Rule 7-3(a), the deadline for Defendants to file and serve their opposition to Plaintiff's Motion is 14 days from the date of filing and service of the same, which corresponds to June 1, 2021;



WHEREAS, pursuant to Northern District of California Local Rule 7-3(c), the deadline for Plaintiff to file and serve its reply in support of its Motion is 7 days after receipt of Defendants' option, which corresponds to June 8, 2021;

WHEREAS the Parties have agreed that due to the size and complexity of Plaintiff's motion, the Parties would benefit from an expanded briefing schedule, in which they can have adequate time to fully brief all issues in the most concise and clear manner for the Court;

WHEREAS the Parties have therefore agreed to stipulate that the deadline for Defendants to file and serve their opposition to the Motion be extended until June 15, 2021, and the deadline for Plaintiff to file and serve its reply be extended to June 29, 2021;

NOW, THEREFORE, IT IS SO STIPULATED, subject to the Court's approval, that the deadline for Defendants to file and serve their opposition to Plaintiff's Motion is June 15, 2021, and the deadline for Plaintiff to file and serve its reply to Defendants' opposition is June 29, 2021.

Dated: May 19, 2021

| /s/Mark P. Meuser | /s/ Karen Leung |
|---|---|
| HARMEET K. DHILLON (CA SBN: 207873) <br> harmeet@dhillonlaw.com <br> MARK P. MEUSER (CA SBN: 231335) <br> mmeuser@dhillonlaw.com <br> DHILLON LAW GROUP INC. <br> 177 Post Street, Suite 700 <br> San Francisco, California 94108 <br> Telephone: (415) 433-1700 <br> Facsimile: (415) 520-6593 <br><br> *Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden* | DEREK F. FORAN (CA SBN 224569) <br> DForan@mofo.com <br> SPENCER MCMANUS (CA SBN 322824) <br> SMcManus@mofo.com <br> KAREN LEUNG (CA SBN 323029) <br> KLeung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br><br> *Attorneys for Plaintiff National Abortion Federation* |

Charles S. LiMandri (No. 110841)
Paul M. Jonna (No. 265389)
Jeffrey M. Trissell (No. 292480)
FREEDOM OF CONSCIENCE DEFENSE
FUND
P.O. Box 9520



Rancho Santa Fe, CA 92067
Email: cslimandri@limandri.com
*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org

*Attorneys for Defendant David Daleiden*

# ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Dated: May 19, 2021    */s/ Mark P. Meuser*
　　　　　　　　　　　　Mark P. Meuser



Stipulation and [Proposed] Order    Case No. 3:15-cv-3522 (WHO)

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing is set for July 14, 2021 at 2 p.m.**

Dated: May 20, 2021



_____
Judge William H. Orrick

