[COUNSEL LISTED ON SIGNATURE PAGE]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CENTER FOR MEDICAL PROGRESS, et al.,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-3522 (WHO)<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S BILL OF COSTS**<br><br>Hon. Judge William H. Orrick, III |

Pursuant to Local Rule 7-12, Defendants the Center for Medical Progress, Biomax Procurement Services, LLC, and David Daleiden (collectively, "Defendants") and Plaintiff National Abortion Federation hereby stipulate to the following:

WHEREAS, Counsel for Plaintiff filed its Bill of Costs on May 18, 2021 (ECF No. 728), as well as its Motion for Attorneys' Fees (ECF No. 727);

WHEREAS, pursuant to Northern District of California Local Rule 54-2(a), the deadline for Defendants to file and serve any objections to Plaintiff's Bill of Costs is 14 days from the date of filing and service of the same, which corresponds to June 1, 2021;

/ / /

/ / /

1   WHEREAS, the Parties agreed that due to the size and complexity of Plaintiff's Motion for
2  Attorneys' Fees, the Parties would benefit from an expanded briefing schedule, in which they can
3  have adequate time to fully brief all issues in the most concise and clear manner for the Court;

4   WHEREAS, therefore pursuant to the Parties' stipulation and the Court's order, the deadline
5  for Defendants to file and serve their opposition to Plaintiff's Motion for Attorneys' Fees is June 15,
6  2021 (ECF No. 730);

7   WHEREAS, the Parties have further agreed that it would be in the interest of all parties for
8  Defendants to also file any objection to Plaintiff's Bill of Costs on June 15, 2021;

9   NOW, THEREFORE, IT IS SO STIPULATED, subject to the Court's approval, that the
10 deadline for Defendants to file and serve any objection to Plaintiff's Bill of Costs is June 15, 2021.

Dated: May 24, 2021

/s/ Charles S. LiMandri

Charles S. LiMandri (No. 110841)
Paul M. Jonna (No. 265389)
Jeffrey M. Trissell (No. 292480)
FREEDOM OF CONSCIENCE DEFENSE FUND
P.O. Box 9520
Rancho Santa Fe, CA 92067
Email: cslimandri@limandri.com

HARMEET K. DHILLON (CA SBN: 207873)
harmeet@dhillonlaw.com
MARK P. MEUSER (CA SBN: 231335)
mmeuser@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden*

/s/ Derek F. Foran

DEREK F. FORAN (CA SBN 224569)
DForan@mofo.com
SPENCER MCMANUS (CA SBN 322824)
SMcManus@mofo.com
KAREN LEUNG (CA SBN 323029)
KLeung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Plaintiff National Abortion Federation*

Thomas Brejcha, *pro hac vice*
Peter Breen, *pro hac vice*
Matthew F. Heffron, *pro hac vice*
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
tbrejcha@thomasmoresociety.org
pbreen@thomasmorsociety.org

*Attorneys for Defendant David Daleiden*

**ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)**

    As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Dated: May 24, 2021                                     */s/ Charles S. LiMandri*
                                                                                 Charles S. LiMandri

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May ___, 2021

_____
Judge William H. Orrick

# CERTIFICATE OF SERVICE

*National Abortion Federation v. The Center for Medical Progress, et al.*
Case No.: 3:15-cv-3522

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9520, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S BILL OF COSTS.**

I certify that one true and correct copy of the foregoing was served on each of the interested parties in this action, addressed as follows:

____ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

_X_ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed on May 24, 2021, at Rancho Santa Fe, California.

Kathy Denworth