FILED

DEC 19 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONAL ABORTION FEDERATION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> STEVEN COOLEY; BRENTFORD J. FERREIRA, <br><br> Appellants, <br><br> CENTER FOR MEDICAL PROGRESS; BIOMAX PROCUREMENT SERVICES, LLC; DAVID DALEIDEN, AKA Robert Daoud Sarkis; TROY NEWMAN, <br><br> Defendants. | No. 21-15955 <br><br> D.C. No. 3:15-cv-03522-WHO <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: S.R. THOMAS, McKEOWN, and CLIFTON, Circuit Judges.

Judge S.R. Thomas has voted to deny the appellants' petition for rehearing en banc and Judges McKeown and Clifton so recommend. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35(b).

The appellants' petition for rehearing en banc is denied.