# EXHIBIT O

Harmeet K. Dhillon (SBN 207873)
Mark P. Meuser (SBN 231335)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
Tel. 415-433-1700; Fax. 415-520-6593
harmeet@dhillonlaw.com
mmeuser@dhillon.law.com

John M. Reeves*
Reeves Law LLC
7733 Forsyth Blvd., Suite 1100-1192
St. Louis, MO 63105
Tel. 314-775-6985
reeves@appealsfirm.com

*Attorneys for Defendants the Center for
Medical Progress, BioMax Procurement
Services, LLC, and David Daleiden*

*Admitted pro hac vice*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF), | Case No.: 3:15-cv-03522-WHO |
| Plaintiff, | **DECLARATION OF CHARLES S. LIMANDRI, ESQ.** |
| v. | Judge: Hon. William H. Orrick III |
| THE CENTER FOR MEDICAL PROGRESS, BIOMAX PROCUREMENT SERVICES, LLC, DAVID DALEIDEN (aka "ROBERT SARKIS"), and TROY NEWMAN, | Courtroom: 2<br>Hearing Date: April 15, 2024<br>Hearing Time: 2:30 p.m. |
| Defendants. | |

I, Charles S. LiMandri, declare and state as follows:

1.     I am an attorney at law duly licensed to practice in the State of California and in the Northern District of California. I am a partner with LiMandri & Jonna LLP, and have previously served as counsel of record for Defendants the Center for Medical Progress, BioMax Procurement Services, LLC, and David Daleiden (collectively "Defendants") in the above-entitled matter. The matters discussed below are based my own personal knowledge, or on various internal firm records, and I could and would testify to them if called upon to do so in court.

2.     LiMandri & Jonna LLP represented Defendants between August 2015 and December 2023. Beginning in August 2015, LiMandri & Jonna LLP represented Defendants in a state court action. Although the above-entitled action was commenced in July 2015, LiMandri & Jonna LLP only began representing Defendants in the above-entitled action in February 2017. *See* ECF Nos. 397, 402, 403 (notices of appearance). In December 2023, LiMandri & Jonna LLP was discharged by Defendants and since then have not represented them in any matter. *See* ECF No. 798 (notice of withdrawal).

3.     LiMandri & Jonna LLP has had possession of recordings covered by this Court's Permanent Injunction and continues to have possession of some such recordings as it cooperates in the transfer of the client file to successor counsel. It is unclear when LiMandri & Jonna LLP first came into possession of recordings covered by the Permanent Injunction, but most likely possessed various recordings soon after becoming counsel of record in 2017.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 9, 2024, in Rancho Santa Fe, California.

_____
Charles S. LiMandri, Esq.

DECLARATION OF CHARLES S. LIMANDRI, ESQ.