| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | APR 12 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NATIONAL ABORTION FEDERATION (NAF),

    Plaintiff - Appellee,

 v.

CENTER FOR MEDICAL PROGRESS, et al.;

    Defendants - Appellants.

No. 24-1948

D.C. No. 3:15-cv-03522-WHO
Northern District of California, San Francisco

ORDER

The court has received appellants' emergency motion for a stay pending appeal. The opposition is due by 12:00 p.m. Pacific Time on Monday, April 15, 2024. The optional reply is due by 9:00 a.m. Pacific Time on Tuesday, April 16, 2024.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT