FILED

APR 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONAL ABORTION FEDERATION (NAF),<br><br>  Plaintiff - Appellee,<br><br> v.<br><br>CENTER FOR MEDICAL PROGRESS, et al.;<br><br>  Defendants - Appellants. | No. 24-1948<br><br>D.C. No.<br>3:15-cv-03522-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: S.R. THOMAS, McKEOWN, and CLIFTON, Circuit Judges.

The district court's March 25, 2024 order granting appellee's motion to enforce and collect on a surety liability is temporarily stayed for seven days to allow us to consider the emergency motion on the merits. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019).