**FILED**

**MAY 21 2024**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONAL ABORTION FEDERATION, Plaintiff-Appellee, v. CENTER FOR MEDICAL PROGRESS; et al., Defendants-Appellants, and TROY NEWMAN, | Nos. 24-1948<br>21-16983<br>22-15102<br><br>D.C. No. 3:15-cv-03522-WHO<br>Northern District of California, San Francisco<br><br>ORDER |

Before: S.R. THOMAS, McKEOWN, and CLIFTON, Circuit Judges.

Appellants' unopposed motion (Dkt. 20 in No. 24-1948, Dkt. 39 in No. 21-16983, and Dkt 40 in No. 22-15102) to consolidate is granted. Nos. 24-1948, 21-16983, and 22-15102 are consolidated.